# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/6/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00611JMS-LEK |
| CASE NAME: | Ralph Nader, et al. Vs. Dwayne D. Yoshina, etc. |
| ATTYS FOR PLA: | Lawrence I. Kawasaki |
| ATTYS FOR DEFT: | Aaron H. Schulaner |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 2/6/2006 | TIME: | 9:00-9:05 |

COURT ACTION:   EP: Status Conference Re: Stay of Case held.

Briefing completed.  Parties to contact Court if and when a decision is reached at Hi Supreme Court.

Further Status Conference Re: Stay of Case set for 9:30 12/4/06, LEK.

Submitted by: Warren N. Nakamura, Courtroom Manager