IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RALPH NADER, PETER MIGUEL CAMEJO, ROBERT H. STIVER, MICHAEL A. PEROUTKA, CHUCK BALDWIN, AND DAVID W. PORTER,<br><br>          Plaintiffs,<br><br>   vs.<br><br>DWAYNE D. YOSHINA, Chief Elections Officer, State of Hawaii,<br><br>          Defendant. | CIVIL NO. 04-00611 JMS/LEK<br><br>ORDER DENYING DEFENDANT'S MOTION TO DISMISS WITHOUT PREJUDICE |

ORDER DENYING DEFENDANT'S MOTION TO DISMISS WITHOUT PREJUDICE

On July 13, 2005, Defendant Dwayne D. Yoshina, Chief Elections Officer of the State of Hawaii (hereinafter, "Yoshina" or "the Defendant"), moved to dismiss the complaint brought by Ralph Nader, Peter Miguel Camejo, Robert H. Stiver, Michael A. Peroutka, Chuck Baldwin, and David W. Porter (hereinafter, "the Plaintiffs"). On October 28, 2005, however, the parties stipulated to stay proceedings pending the resolution of the Plaintiffs' related appeal to the Hawaii Supreme Court. To avoid leaving this motion unresolved for an extended period

of time, however, the court hereby DENIES the motion without prejudice.  This order does not prevent or limit the Defendants from renewing their motion at a later time.

        IT IS SO ORDERED.

        DATED:  Honolulu, Hawaii, March 31, 2006.



        _____
        J. Michael Seabright
        United States District Judge

*Nader et al. v. Yoshina*, Civ. No. 04-00611JMS/LEK, Order Denying Defendant's Motion to Dismiss Without Prejudice