# MINUTES

FILED IN THE  
UNITED STATES DISTRICT COURT  
DISTRICT OF HAWAII

12/04/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00611JMS-LEK |
| CASE NAME: | Ralph Nader, et al. Vs. Dwayne D. Yoshina, et al. |
| ATTYS FOR PLA: | Lawrence L. Kawasaki |
| ATTYS FOR DEFT: | Aaron H. Schulaner |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 12/04/2006 | TIME: | 9:28-9:30 |

COURT ACTION:  EP: Further Status Conference Re: Stay of Case held.

Further Status Conference Re: Stay of Case set for 9:30 3/5/07, LEK.  All parties by phone.

Submitted by: Warren N. Nakamura, Courtroom Manager