# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

03/05/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00611JMS-LEK |
| CASE NAME: | Ralph Nader, et al. Vs. Dwayne D. Yoshina, et al. |
| ATTYS FOR PLA: | Eric A. Seitz |
| ATTYS FOR DEFT: | Aaron H. Schulaner |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 03/05/2007 | TIME: | 9:41-9:43 |

COURT ACTION:  EP: Further Status Conference Re: Stay of Case held.  Aaron H. Schulaner participated by phone.

Further Status Conference Re: Stay of Case set for 9:30 6/12/07, LEK.

Submitted by: Warren N. Nakamura, Courtroom Manager