# MINUTES

CASE NUMBER:       CIVIL NO. 04-00611JMS-LEK

CASE NAME:         Ralph Nader, et al. Vs. Dwayne D. Yoshina, et al.

ATTYS FOR PLA:     Eric A. Seitz

ATTYS FOR DEFT:    Aaron H. Schulaner

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 06/12/2007 | TIME: | 9:08-9:10 |

COURT ACTION:   EP: Further Status Conference Re: Stay of Case held.

Further Status Conference Re: Stay of Case set for 9:00 10/1/07, LEK.

Submitted by: Warren N. Nakamura, Courtroom Manager