# MINUTES

CASE NUMBER: CIVIL 04-00611JMS-LEK

CASE NAME: Ralph Nader, et al., vs. Dwayne D. Yoshina, Chief Election Officer, State of Hawaii

ATTYS FOR PLA: Eric Seitz

ATTYS FOR DEFT: Aaron H. Schulaner

INTERPRETER:

JUDGE: J. Michael Seabright    REPORTER: Gloria Bediamol

DATE: 09/26/2007    TIME: 10:30 - 10:45

COURT ACTION: Status Conference:

Mr. Seitz informed the Court that this case is still under submission at the Supreme Court.

Court lifted the stay to have settlement discussions with Magistrate Judge Kobayashi.

Further status conference set for October 26, 2007 at 10:30 a.m. before Judge Seabright.

Submitted by: Dottie Miwa, Courtroom Manager