# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00611JMS-LEK |
| CASE NAME: | Ralph Nader, et al. Vs. Dwayne D. Yoshina, Chief Election Officer, State of Hawaii |
| ATTYS FOR PLA: | Eric A. Seitz |
| ATTYS FOR DEFT: | Aaron H. Schulaner |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | In Chambers-No Record |
| DATE: | 10/19/2007 | TIME: | 2:30-4:00 |

COURT ACTION:  EP: Further Settlement Conference held.

Further Settlement Conference set for 11/13/2007 at 11:00 a.m. before Magistrate Judge Leslie E. Kobayashi.

Submitted by: Warren N. Nakamura, Courtroom Manager