# MINUTES

CASE NUMBER:      CIVIL 04-00611JMS-LEK

CASE NAME:      Ralph Nader, et al., vs. Dwayne D. Yoshina, Chief Election Officer, State of Hawaii

ATTYS FOR PLA:      Eric A. Seitz

ATTYS FOR DEFT:    Aaron H. Schulaner

INTERPRETER:

---

JUDGE:    J. Michael Seabright          REPORTER:    Gloria Bediamol

DATE:    11/01/2007          TIME:    9:00 - 9:10

---

COURT ACTION:   Further Status Conference:

Arguments heard.

Court lifted the stay and will have  parties  meet with Magistrate Judge Kobayashi sometime next week for a resetting conference.

Submitted by: Dottie Miwa, Courtroom Manager