# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00611JMS-LEK |
| CASE NAME: | Ralph Nader, et al. Vs. Dwayne D. Yoshina, Chief Election Officer, State of Hawaii |
| ATTYS FOR PLA: | Eric A. Seitz |
| ATTYS FOR DEFT: | Aaron H. Schulaner |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 11/13/2007 | TIME: | 11:00-11:07 |

COURT ACTION:  EP: Status Conference Re: Settlement held.  All parties participated by phone. New trial date and deadlines given. **Amended** Rule 16 Scheduling Order to be issued.

1. Non-jury trial on March 4, 2008 at 9:00 a.m. before JMS
2. Final Pretrial Conference on January 22, 2008 at 9:00 a.m. before LEK
3. Final Pretrial Conference before District Judge N/A
4. Final Pretrial Statement by January 15, 2008
5. File motions to Join/Add Parties/Amend Pleadings by **N/A**
6. File other Non-Dispositive Motions by **N/A**
7. File Dispositive Motions by **December 4, 2007**
8a. File Motions in Limine by February 12, 2008
8b. File opposition memo to a Motion in Limine by February 19, 2008
11a. Plaintiff's Expert Witness Disclosures by **N/A**
11b. Defendant's Expert Witness Disclosures by **N/A**
12. Discovery deadline **N/A**
13. Settlement Conference set for **on call** before **LEK**
14. Settlement Conference statements by **N/A**
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by N/A
21. File Final witness list by February 12, 2008
24. Exchange Exhibit and Demonstrative aids by February 5, 2008
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by February 12, 2008
26. File objections to the Exhibits by February 19, 2008

28a. File Deposition Excerpt Designations by February 12, 2008
28b. File Deposition Counter Designations and Objections by February 19, 2008
29. File Trial Brief by February 19, 2008
30. File Findings of Fact & Conclusions of Law by February 19, 2008

Other Matters: **Amended** Rule 16 Scheduling Order to be issued.

Submitted by: Warren N. Nakamura, Courtroom Manager

CIVIL NO. 04-00611JMS-LEK;
Ralph Nader, et al. Vs. Dwayne D. Yoshina, Chief Election Officer, State of Hawaii;
Rule 16 Scheduling Conference Minutes
11/13/2007