ORIGINAL

MARK J. BENNETT          2672
Attorney General of Hawaii

AARON H. SCHULANER       6954
HOLLY T. SHIKADA         4017
Deputy Attorneys General
235 S. Beretania Street, Room 304
Honolulu, Hawaii 96813
Telephone: (808) 586-1255
Facsimile: (808) 586-1488
E-Mail: Aaron.H.Schulaner@Hawaii.Gov

Attorneys for Defendant

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 04 2007

at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RALPH NADER, PETER MIGUEL CAMEJO, ROBERT H. STIVER, MICHAEL A. PEROUTKA, CHUCK BALDWIN, AND DAVID W. PORTER,<br><br>Plaintiffs,<br><br>vs.<br><br>DWAYNE D. YOSHINA, Chief Election officer, State of Hawaii,<br><br>Defendant. | CIVIL NO. 04-00611 JMS/LEK<br><br>NOTICE OF HEARING; DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT; MEMORANDUM IN SUPPORT; DECLARATION OF AARON H. SCHULANER; EXHIBITS 1-14; CERTIFICATE OF SERVICE<br><br>HEARING<br>DATE:<br>TIME:<br>JUDGE:   Hon. J. Michael Seabright |

263169_8.DOC

<u>NOTICE OF HEARING</u>

TO: ERIC A. SEITZ, ESQ.
LAWRENCE I. KAWASAKI, ESQ.
820 Mililani Street, Suite 714
Honolulu, Hawaii 96813

Attorney for Plaintiffs

PLEASE TAKE NOTICE that Defendant's Motion to Dismiss or in the Alternative for Summary Judgment, filed on December 4, 2007, shall come on for hearing before the Honorable J. Michael Seabright, Judge of the above-entitled Court, in his courtroom at 300 Ala Moana Blvd., Prince Jonah Kalanianaole Federal Building, Honolulu, Hawaii, on _____ at _____ .m. or as soon thereafter as counsel can be heard.

DATED: Honolulu, Hawaii, December 4, 2007.

AARON H. SCHULANER
HOLLY T. SHIKADA
Deputy Attorneys General

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RALPH NADER, PETER MIGUEL CAMEJO, ROBERT H. STIVER, MICHAEL A. PEROUTKA, CHUCK BALDWIN, AND DAVID W. PORTER,<br><br>Plaintiffs,<br><br>vs.<br><br>DWAYNE D. YOSHINA, Chief Election officer, State of Hawaii,<br><br>Defendant. | CIVIL NO. 04-00611 JMS/LEK |

DEFENDANT'S MOTION TO DISMISS
OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT

Defendant Dwayne D. Yoshina, by and through his attorneys, Mark J. Bennett, Attorney General of Hawaii, and his undersigned deputies, hereby move for an Order dismissing the Complaint or in the alternative granting summary judgment.

This motion is made pursuant to Rules 12(b) and 56, Fed. R. Civ. P. and is supported by the attached memorandum of law, the records and files herein, and such other matters as may be brought to the Court's attention at the hearing of this Motion.

263169_8.DOC

DATED: Honolulu, Hawaii, December 4, 2007.

*[signature]*

AARON H. SCHULANER
HOLLY T. SHIKADA
Deputy Attorneys General

Attorneys for Defendant