TABLE OF CONTENTS

Page(s)

TABLE OF AUTHORITIES…………………………………… iii

I.    BACKGROUND…………………………………………… 1

      A.    PROCEDURAL FRAMEWORK FOR ACCESS TO THE
            PRESIDENTIAL BALLOT IN HAWAII………………… 1

            1.    ACCESS TO THE PRESIDENTIAL BALLOT VIA
                  QUALIFIED POLITICAL PARTY……………….. 2

            2.    ACCESS TO THE PRESIDENTIAL BALLOT
                  VIA PETITION…………………………………........ 3

            3.    VERIFICATION OF SIGNATURES ON PETITIONS,
                  NOTIFICATIONS OF APPLICANTS AND
                  OBJECTIONS…………………………………………… 4

      B.    STATEMENT OF FACTS…………………………..… 5

II.   STANDARD OF REVIEW ……………………………….. 10

      A.    DISMISSAL DUE TO A LACK OF SUBJECT
            MATTER JURISDICTION………………….…………… 10

      B.    DISMISSAL DUE TO A FAILURE TO STATE A CLAIM
            UPON WHICH RELIEF CAN BE GRANTED…….....…… 11

      C.    SUMMARY JUDGMENT……………………………….. 12

Page(s)

III.   ARGUMENT…………………. …………………………….…    14

    A.   HAWAII'S DIFFERENT REQUIREMENTS FOR POLITICAL
        PARTY PRESIDENTIAL CANDIDATE AND INDEPENDENT
        CANDIDATES ARE BASED ON CONSTITUTIONALLY
        REASONABLE AND SUFFICIENT REGULATORY
        INTERESTS……………………………………………    14

    B.   THE COURT SHOULD ABSTAIN FROM DETERMINING
        THOSE CLAIMS CURRENTLY BEFORE THE HAWAII
        STATE SUPREME COURT……………………………    18

IV.   CONCLUSION………………………………………………..    20

TABLE OF AUTHORITIES

Cases                                                                    Page(s)

American Party of Texas v. White,
        415 U.S. 767, 94 S.Ct. 1296 (1974)……………………………    15, 16,
                                                                         17

Anderson v. Liberty Lobby, Inc.,
        477 U.S. 242, 252, 106 S. Ct. 2505,
        91 L. Ed 2d 202 (1986)…………………………………………    13

Anderson v. Celebrezze,
        460 U.S. 780, 788, 103 S.Ct. 1564, 1569-1570 (1983)…………    15

Bergquist v. County of Cochise,
        806 F.2d 1364, 1369 (9th Cir. 1986)……………………………    12

British Airways Bd. V. Boeing Co.,
        585 F. 2d 946, 952 (9th Cir. 1978)……………………………..……    14

Burdick v. Takushi,
        504 U.S. 428, 112 S.Ct. 2059 (1992)…………………………    14, 15

Erum v. Cayetano,
        881 F.2d 689 (9th Cir. 1989)……………………………………    15

California Architectural Bldg. Products, Inc. v. Franciscan
        Ceramics, Inc., 818 F.2d 1466, 1468 (9th Cir. 1987)
        cert. Denied, 484 U.S. 1006 (1988)……………………………..    13

Celotex Corp. v. Catrett,
        477 U.S. 316, 323, 106 S. Ct. 2548, 91 L. Ed. 2d 265 (1986)…..    12

Clegg v. Cult Awareness Network,
        18 F.3d 752, 753-54 (9th Cir. 1994)……………………………    11, 20

Page(s)

Hishon v. King & Spaulding,
      467 U.S. 69, 73, 104 S.Ct. 2229, 81 L.Ed.2d 59 (1984)............    11, 20

Jenness v. Fortson,
      403 U.S. 431, 439, 91 S.Ct. 1970, 1974 (1971)............ .......    17, 18

Jenness v. Fortson,
      403 U.S., 431, 439, 441-442, 91 S.Ct. at 1976 (1971).............    17, 18

Juidice v. Vail,
      430 U.S. 327, 335, and 337 (1977)...................................    19

Matsushita Elec. Indus. Co. v. Zenith Radio Corp.,
      475 U.S. 574, 586 (1986)............................................    14

Montclair Parkowners Ass'n v. City of Montclair,
      211 F.3d 1144, 1146 (9th Cir. 2000)................................    19

Mortensen v. First Fed. Sav. & Loan Ass'n,
      549 F.2d 884, 891 (3d Cir. 1977)....................................    11

Neitzke v. Williams,
      490 U.S. 319, 326-27, 109 S.Ct. 1827,
      104 L.Ed.2d 338 (1989)..............................................    11

Pennzoil Co. v. Texaco Inc.,
      481 U.S. 1, 11 (1987)...............................................    19

Thornhill Publishing Company, Inc. v. General
      Telephone & Electronics Corporation,
      594 F.2d 730 (9th Cir. 1979).......................................    11

T.W. Elec. Service v. Pacific Elec. Contractors,
      809 F.2d 626, 630-31 (9th Cir. 1987)...............................    13

Page(s)

Younger v. Harris,
      401 U.S. 37, 41, 47-49, 53-54 (1971)……………………………… 9, 18,
                                                                       19, 20

Federal Statute

42 USC § 1973ff  …………………………………………………….. 7


Federal Rules of Civil Procedure

Fed R. Civ. P. 12(b)(1)………………………………………………… 10

Fed. R. Civ. P. 12(b)(6)……………………………………………... 10, 11

Fed. R. Civ. P. 56……………………………………………… …….. 10, 12

State Statutes

HRS §§ 11-61 to 11-64………………………………………………. 2

HRS § 11-61(b)………………………………………………………. 2

HRS § 11-62…………………………………………………………. 2

HRS § 11-62(a)(3)…………………………………………………... 2

HRS § 11-62(d)……………………………………………………… 2

HRS § 11-113……………………………………………………….. 4, 8, 14

HRS § 11-113(c)(1) & (2) …………………………………………... 1, 3

HRS § 11-113(c)(1)…………………………………………………. 3

HRS § 11-113(c)(2)…………………………………………………. 3

HRS § 11-113(d)……………………………………………………. 4

|  | Page(s) |
|---|---|
| HRS § 11-113(e)………………………………………….. | 5 |
| HRS § 91-14…………………………………………….. | 5 |

State Administrative Rules

| HAR §§ 2-51-110 through 2-51-113……………………………… | 4 |