IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RALPH NADER, PETER MIGUEL CAMEJO, ROBERT H. STIVER, MICHAEL A. PEROUTKA, CHUCK BALDWIN, AND DAVID W. PORTER,<br><br>Plaintiffs,<br><br>vs.<br><br>DWAYNE D. YOSHINA, Chief Election Officer, State of Hawaii,<br><br>Defendant. | CIVIL NO. 04-00611 JMS/LEK |

DECLARATION OF AARON H. SCHULANER

I, AARON H. SCHULANER, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney licensed to practice law in the State of Hawaii and am a deputy attorney general assigned to represent the Defendant in the above-captioned case;

2. Attached hereto as Exhibit 1 is a true and correct copy of a letter from the Office of Elections to Mr. Stiver of the Nader for President 2004 Campaign, dated September 20, 2004;

263169_8.DOC

3.  Attached hereto as Exhibit 2 is a true and correct copy of a letter from the Office of Elections to Mr. Porter of the Peroutka for President 2004 Campaign, dated September 20, 2004;

4.  Attached hereto as Exhibit 3 is a true and correct copy of a letter from the Office of Elections to Mr. Stiver of the Nader for President 2004 Campaign, dated September 24, 2004;

5.  Attached hereto as Exhibit 4 is a true and correct copy of a letter from the Office of Elections to Mr. Porter of the Peroutka for President 2004 Campaign, dated September 24, 2004;

6.  Attached hereto as Exhibit 5 is a true and correct copy of the Nader Settlement Agreement, dated October 1, 2004;

7.  Attached hereto as Exhibit 6 is a true and correct copy of the Peroutka Decision, dated October 5, 2004;

8.  Attached hereto as Exhibit 7 is a true and correct copy of the October 18, 2004 findings of Chief Election Officer Dwayne D. Yoshina regarding the Nader presidential petition;

9.  Attached hereto as Exhibit 8 is a true and correct copy of Plaintiffs Michael A. Peroutka, Chuck Baldwin, and David W. Porter's "Notice of Appeal from Administrative Decision of Office of Elections Dated October 5, 2004," filed in the Circuit Court of the First Circuit, State of Hawaii, on October 28, 2004;

10. Attached hereto as Exhibit 9 is a true and correct copy of Plaintiffs Ralph Nader, Peter Miguel Camejo, and Robert Stivers' "Notice of Appeal from Administrative Decision of Office of Elections Dated October 18, 2004," filed in the Circuit Court of the First Circuit, State of Hawaii, on October 18, 2004;

11. Attached hereto as Exhibit 10 is a true and correct copy of Appellants' Joint Notice of Appeal; Exhibits A-D; Certificate of Service, filed in <u>Michael A. Peroutka, et al. v. Dwayne D. Yoshina</u>, Civil No. 04-1-1904-10 (SSM) and <u>Ralph Nader, et al. v. Dwayne D. Yoshina</u>, Civil No. 04-1-1904-10 (SSM). Exhibits A and B of the Notice of Appeal are the Decisions of the Court and Orders filed on November 23, 2004 in both cases respectively. Exhibits C and D of the Notice of Appeal are the Final Judgments filed on April 5, 2005 in both cases respectively.

12. Attached hereto as Exhibit 11 is a true and correct copy of Appellants' Joint Opening Brief filed on July 22, 2005;

13. Attached hereto as Exhibit 12 is a true and correct copy of Appellee's Answering Brief filed on September 30, 2005;

14. Attached hereto as Exhibit 13 is a true and correct copy of Appellants' Reply Brief filed on October 11, 2005; and

15. Attached hereto as Exhibit 15 is a true and correct copy of the Declaration of Dwayne D. Yoshina, dated October 12, 2004, that was attached to

Defendant's Memorandum in Opposition to Plaintiffs' Motions for Temporary Restraining Order/Preliminary Injunction, filed on October 12, 2004.

DATED:  Honolulu, Hawaii, December 4, 2007.

_____
AARON H. SCHULANER