

**STATE OF HAWAII**
**OFFICE OF ELECTIONS**
802 LEHUA AVENUE
PEARL CITY, HAWAII 96782

DWAYNE D. YOSHINA
CHIEF ELECTION OFFICER

September 20, 2004

**CERTIFIED MAIL/RETURN RECEIPT**

Mr. Robert H. Stiver
98-434 Hoomailani Street
Honolulu, Hawaii 96782

Dear Mr. Stiver:

      RE:   PETITION TO PLACE THE NAMES OF CANDIDATES FOR PRESIDENT AND VICE PRESIDENT ON THE STATE OF HAWAII GENERAL ELECTION BALLOT

      This is to notify you that Section 11-113, Hawaii Revised Statutes (HRS), establishes the deadline to file a petition to qualify to place the names for President and Vice President for on the general election ballot as 4:30 p.m. on Friday, September 3, 2004 in the State of Hawaii.

      The Office of Elections received your petition on September 3, 2004. You submitted of 7,184 signatures, of these 3,672 were valid and 3,512 were invalid.

      You have failed to satisfy the requirements under Section 11-113, Hawaii Revised Statutes, by not meeting the following requirements:

      1)   A petition shall be upon the form prescribed by the chief election officer containing 3,711 signatures of currently registered voters which constitute not less than one per cent of the votes cast in the State at the last presidential election (in the 2000 presidential election there were 371, 033 votes cast).

EXHIBIT 1

Mr. Robert H. Stiver
September 20, 2004
Page 2

Therefore, the names of Ralph Nader and Peter Miguel Camejo will not be on the general election ballot for president and vice president.

If you object to the finding of eligibility or disqualification, you may, not later than 4:30 p.m. on the fifth day after the finding file a request in writing with the chief election officer for a hearing on the question.

A hearing shall be called not later the 4:30 p.m. on the tenth day after the receipt of the request and shall be conducted in accord with chapter 91. A decision shall be issued not later than 4:30 p.m. on the fifth day after the conclusion of the hearing.

Should you have any questions, please feel free to call myself or Lori Tomczyk at (808) 453-VOTE(8683).

Very truly yours,

*[signature]*

Dwayne D. Yoshina
Chief Election Officer

DDY/lpt
#409017