

**STATE OF HAWAII**

**OFFICE OF ELECTIONS**

802 LEHUA AVENUE
PEARL CITY, HAWAII 96782

**DWAYNE D. YOSHINA**
**CHIEF ELECTION OFFICER**

September 24, 2004

**CERTIFIED MAIL/RETURN RECEIPT**

Mr. Robert H. Stiver
98-434 Hoomailani Street
Pearl City, Hawaii 96782

Dear Mr. Stiver:

> RE:  PETITION TO PLACE THE NAMES OF CANDIDATES FOR PRESIDENT AND VICE PRESIDENT ON THE STATE OF HAWAII GENERAL ELECTION BALLOT

This is to notify you that in our previous letter dated, September 20, 2004, we informed you that your petition contained 3,672 valid signatures. In proofing our calculations, it was found that the correct total is 3,124 valid signatures which is 587 signatures less than the 3,711 valid signatures needed to qualify to place the names of Ralph Nader for President and Peter Miguel Camejo for Vice President on the general election ballot.

Should you have any questions, please feel free to call myself or Lori Tomczyk at (808) 453-VOTE(8683).

Very truly yours,

DWAYNE D. YOSHINA
Chief Election Officer

DDY/lpt:ak
#409019

EXHIBIT 3