

**STATE OF HAWAII**
**OFFICE OF ELECTIONS**
802 LEHUA AVENUE
PEARL CITY, HAWAII 96782

DWAYNE D. YOSHINA
CHIEF ELECTION OFFICER

September 24, 2004

**CERTIFIED MAIL/RETURN RECEIPT**

Mr. David Porter
P. O. Box 3794
Honolulu, Hawaii 96812

Dear Mr. Porter:

    RE:   PETITION TO PLACE THE NAMES OF CANDIDATES FOR PRESIDENT AND VICE PRESIDENT ON THE STATE OF HAWAII GENERAL ELECTION BALLOT

    This is to notify you that in our previous letter dated, September 20, 2004, we informed you that your petition contained 3,481 valid signatures. In proofing our calculations, it was found that the correct total is 3,471 valid signatures which is 240 signatures less than the 3,711 valid signatures needed to qualify to place the names of Michael A. Peroutka for President and Chuck Baldwin for Vice President on the general election ballot.

    Should you have any questions, please feel free to call myself or Lori Tomczyk at (808) 453-VOTE(8683).

Very truly yours,

*Dwayne D. Yoshina*

DWAYNE D. YOSHINA
Chief Election Officer

DDY/lpt:ak
#409018

EXHIBIT 4