# JAY LAWRENCE FRIEDHEIM
### Attorney at Law
## Admiralty Advocates
820 Mililani Street, Suite 503, Honolulu, HI 96813
Phone: (808) 545-5454 · Fax: (808) 528-1818

October 1, 2004

Holly T. Shikada  Sent via facsimile (808) 586-1488
State of Hawaii; Department of the Attorney General
235 S. Beretania Street, Room 304
Honolulu, Hawaii 96813

    Re:    Petition to Place the Names of Candidates for President and Vice-President of the United States on the State of Hawaii General Election Ballot

Dear Mr. Schulaner:

    I am writing to you to outline a proposed resolution of the Nader Campaign's challenge to individual signatures that were denied or not by the elections division. As you know the Nader Campaign has concerns that the verification process needs to be redone given what the Nader Campaign perceives are errors in the verification procedure. We appreciate your concern that the Nader Campaign should have only one bite at the apple. We wish to make it clear that we agree to that concept. However, we want to make sure we have all agreed to what the apple is. The recount will only be of the rejected signatures. All previously accepted signatures remain accepted.

    We wish to be present and to observe when election officials pull up the raw data to compare to the registered voter's signature. Should we disagree with the election division staff's disqualification of a signature submitted by the Nader Campaign, we will flag that signature for the Chief Election Officer's review, which shall be final. We anticipate that should be a very silent process. We will not argue about a decision at that time, we will

1

EXHIBIT 5

simple make notes as to why we disagree with the decision. Alternatively there could be an on-the-spot second level of review. However, whatever the election division decides about a particular signature, we agree to be bound by it, provided we have had the opportunity to state our reasons after reviewing the raw data upon which the decision was based.

We do not waive any constitutional challenges. We are not waiving any challenge that goes to whether or not any requirement for being placed upon the ballot is unconstitutional.

We would not do a Court challenge signature by signature. Rather, we would challenge those Hawaii statutory or administrative rules that exceed those that are permissible under the U.S. Constitution or federal statutes, including but not limited to, the Voting Rights Act of 1965, as amended, or under the Hawaii Constitution.

Very truly yours,

*Jay Law. Friedheim*

JAY LAWRENCE FRIEDHEIM

JLF/ch
cc:  Ralph Nader

SIGNED AND APPROVED AS TO FORM AND CONTENT:

_____
Holly T. Shikada
Attorney for the Office of Elections

APPROVED AND SO ORDERED:

_____
Dwayne Yoshina
Chief Election Officer

2