

**OFFICE OF ELECTIONS
STATE OF HAWAI'I**

| | |
|---|---|
| In the Matter of<br><br>PEROUTKA FOR PRESIDENT<br>CAMPAIGN 2004 PETITION<br>(To Place Names of Candidates For<br>President and Vice President on the<br>State of Hawai'i General Election Ballot) | 2004-002<br><br>FINDINGS OF FACT,<br>CONCLUSIONS OF LAW AND<br>DECISION |

## FINDINGS OF FACT, CONCLUSIONS OF LAW AND DECISION

### I. CHRONOLOGY OF THE CASE

In a letter dated September 24, 2004, the Office of Elections informed Mr. David Porter, the Hawai'i Coordinator for the Peroutka for President 2004 Campaign, that the campaign did not generate enough valid signatures to place the names of Michael A. Peroutka for President and Chuck Baldwin for Vice President on the Hawai'i general election ballot.

In a letter dated September 24, 2004, Mr. Porter wrote to Chief Elections Officer, Dwayne Yoshina, to request a hearing on the matter.

Pursuant to H.R.S. §11-113(e), the hearing in the above-captioned matter was convened on September 30, 2004. The Peroutka for President 2004 Campaign was represented by Mr. Porter and the Office of Elections was represented by Deputy attorney general Aaron Schulaner.

### II. ISSUE PRESENTED

The issue presented in the present matter is whether the Peroutka for President 2004

111867_2.DOC

EXHIBIT 6

Campaign submitted the requisite number of valid signatures to qualify Mr. Michael A. Peroutka and Mr. Chuck Baldwin as candidates on the general election ballot for president and vice-president.

## III. FINDINGS OF FACT

1. On May 4, 2004, Mr. David Porter signed and submitted an "Application for Petition to Place the Names of Candidates for President and Vice-President on the State of Hawai'i General Election Ballot" to the Office of Elections. The Office of Elections subsequently issued petition forms to Mr. Porter.

2. In a letter dated July 29, 2004, Chief Elections Officer Dwayne Yoshina informed Mr. Porter that the Office of Elections verified that the Peroutka for President 2004 campaign submitted a total of 606 signatures on July 15, 2004. Of the total 606 signatures submitted, 299 were deemed valid. The letter also provided a summary of the signatures that were submitted.

3. A signature is deemed: a) valid if the signatory is listed as "active" in the State Voter Registration System (SVRS), b) invalid if the signatory is listed as "inactive" in the SVRS, c) containing insufficient information if the information submitted by the signatory could not be verified due to insufficient information (i.e. no social security number, date of birth, signature, or could not be read from the record), d) of no record if the signatory does not appear in the SVRS, e) to have a different address if the address information on the petition did not match the address in the SVRS, and f) to be a duplicate if the signatory appeared twice on the petition.

4. During the verification process, the Office of Election assigned various codes that were written in the "status" column of the petition forms. The codes corresponded with the status of the signatory. A checkmark or "R" represents a valid signatory, a "DA" represents a different address (the address listed for the signatory in the SVRS does not match the address in the

petition) or discrepancy in the address provided by the signatory, an "IN" meant that the signatory is listed as an inactive voter in the SVRS, and "IS" represented insufficient information.

5. In a letter dated August 24, 2004 Chief Election Officer Yoshina informed Mr. Porter, that as of August 13, 2004, the Peroutka for President 2004 campaign had submitted a total of 2,077 signatures. Of the total, 1,039 signatures were considered valid.

6. The Peroutka for President 2004 campaign filed its petition on September 3, 2004 at 3:17 p.m.

7. In a letter dated September 20, 2004, the Office of Elections notified Mr. Porter that the Peroutka for President 2004 campaign had submitted 7,195 signatures. Of the total amount of signatures submitted, 3,481 were deemed valid and 3,714 were determined to be invalid.

8. In a letter dated September 24, 2004, the Office of Elections informed Mr. Porter that after proofing their calculations, the Peroutka for President 2004 campaign had submitted 3,471 valid signatures and was 240 signatures short of the 3,711 signatures required to place the names of Michael A. Peroutka and Chuck Baldwin for president and vice president on the general election ballot.

9. On September 30, 2004, the Office of Elections, by and through its Ballot Operations Coordinator Lori Tomczyk, recounted the total number of signatures and the total number of valid signatures submitted by the Peroutka for President 2004 campaign on September 3, 2004. As a result of this recount, the total number of valid signatures submitted by the Peroutka for President Campaign increased by six. As a result, the Peroutka for President 2004 submitted 3,477 valid signatures.

10. On pages 1 and 2 of Batch 4 of the Peroutka for President 2004 petitions, there were

fourteen signatories whose status contained a voting precinct number instead of a status code. The signatories whose status codes contained precinct numbers are deemed to be valid signatories. The fourteen signatories whose status contained precinct numbers instead of codes were included in the recount performed by the Office of Elections on the morning of September 30, 2004.

11. Mr. Porter used a voter registration list that was posted on the Nader for President 2004 website to perform a verification of Batch 4 of the Peroutka for President 2004 petitions.

12. Mr. Porter acknowledged that he was concerned that some signatures contained in set one of the petitions submitted by the Peroutka for President 2004 campaign appeared similar. Mr. Porter indicated that he had concerns about two individuals that national had sent to assist him with registration. Mr. Porter testified that due to this concern, he (at the time that the petitions were submitted by Peroutka for President 2004 campaign to the Office of Elections) requested that the Office of Elections isolate and perform a verification on set one of the petitions separately. Mr. Porter acknowledged that set one of the petitions submitted by the Peroutka for President 2004 campaign contained over 300 signatures but only 39 were deemed valid.

13. During the verification process for set one, the Office of Elections determined that set one of the petitions submitted by the Peroutka for President 2004 campaign contained 39 valid signatures.

If any of the above findings of fact shall be deemed to be conclusions of law, the Hearings Officer intends that every such findings of fact shall be construed as a conclusion of law.

## IV.   CONCLUSIONS OF LAW

The issue in this case is whether the Peroutka for President 2004 Campaign had

submitted the requisite number of valid signatures to qualify Michael A. Peroutka and Chuck Baldwin as candidates on the general election ballot for president and vice-president pursuant to H.R.S. §11-113(c)(2)(B).

Based on the evidence presented at the hearing, the Hearings Officer concludes that the Peroutka for President Campaign 2004 failed to prove with preponderance of evidence that it had submitted the requisite number of valid signatures to place Michael A. Peroutka and Chuck Baldwin as candidates on the general election ballot for president and vice-president.

H.R.S. §11-113(c)(2) requires that

> candidates of parties or groups not qualified to place candidates on the primary or general election ballots, the person desiring to place the names on the general election ballot shall file with the chief election officer not later than 4:30 p.m. on the sixtieth day prior to the general election:
>
> (A) A sworn application which shall include the information required under paragraph (1)(A) and (B), and (C) where applicable;
>
> (B) A petition which shall be upon the form prescribed and provided by the chief containing the signatures of currently registered voters which constitute not less than one percent of the votes cast in the State at the last presidential election. The petition shall contain the names of the candidates, a statement that the persons signing intend to support those candidates, the address of each signatory, the date of the signer's signature and other information as determined by the chief election officer.

...

In this current case, the Peroutka for President 2004 campaign was required to submit 3,711 signatures (one percent of the total votes cast in the State of Hawai'i during the last presidential election) in order to place Michael A. Peroutka and Chuck Baldwin as candidates for president and vice-president on the general election ballot. The evidence presented at the hearing demonstrates that the Peroutka for President 2004 campaign did not obtain the requisite number of signatures.

In a letter dated September 20, 2004, the Office of Elections informed Mr. Porter that the Peroutka for President 2004 campaign submitted a total of 7,195 signatures of which 3,481 were valid and 3,714 were invalid. The letter also indicated that Michael A. Peroutka and Chuck Baldwin will not appear on the general election ballots as candidates for president and vice-president because the Peroutka for President 2004 campaign had failed to submit the requisite amount of signatures prescribed by H.R.S. §11-113. In a subsequent letter dated September 24, 2004, the Office of Elections notified Mr. Porter that after proofing its calculations, the Peroutka for President 2004 campaign had obtained 3,471 valid signatures, 240 signatures less than the requisite 3,711 valid signatures required pursuant to H.R.S. §11-113(c)(2). During her testimony, Ms. Tomczyk stated at the hearing that the Office of Elections had recounted the total number of signatures and the total number of valid signatures on the morning of September 30, 2004 and that as a result of the recount, the total number of valid signatures collected by the Peroutka for President 2004 campaign was increased by six. Thus, the campaign was credited with collecting 3,477 valid signatures. However, the campaign was still 234 valid signatures short of the required 3,711.

The evidence submitted demonstrated that the Office of Elections had tabulated the amount of valid signatures submitted by the Peroutka for President 2004 campaign on at least three separate occasions. Despite the three "counts" conducted by the Office of Elections, the Peroutka for President 2004 campaign still failed to submit the requisite amount of signatures.

If any of the above conclusions of law shall be deemed to be findings of fact, the Hearings Officer intends that every such conclusions of law shall be construed as findings of fact.

## V. DECISION

For the reasons stated above, the Hearings Officer finds and concludes that the Peroutka for President 2004 campaign did not submit the number of valid signatures as required by H.R.S. §11-113 to place Michael A. Peroutka and Chuck Baldwin as candidates for president and vice-president on the general election ballot.

## VI. RIGHT TO APPEAL

The parties have the right to appeal to a court of competent jurisdiction within thirty (30) days of the receipt of this Decision.

DATED:    Honolulu, Hawai'i    October 5, 2004

*[signature]*
DWAYNE D. YOSHINA
Hearings Officer
Office of Elections
State of Hawaii