

**STATE OF HAWAII**
**OFFICE OF ELECTIONS**
802 LEHUA AVENUE
PEARL CITY, HAWAII 96782

DWAYNE D. YOSHINA
CHIEF ELECTION OFFICER

October 18, 2004

Mr. Robert H. Stiver
98-434 Hoomailani Street
Pearl City, Hawaii 96782

Dear Mr. Stiver:

RE: PETITION TO PLACE THE NAMES OF CANDIDATES FOR PRESIDENT AND VICE PRESIDENT ON THE STATE OF HAWAII GENERAL ELECTION BALLOT

As per the settlement agreement, I am reporting my findings to you regarding the Nader 2000 Campaign's petition. My findings are as follows:

1. On September 3, 2004, 5,873 signatures were filed with the Office of Elections. Of these signatures, 3,145 were found valid and 2,728 signatures were found to be invalid.

2. A hearing was subsequently requested pursuant to HRS Section 11-113. Before the completion of the contested case hearing, a settlement was reached on October 1, 2004.

3. The terms of the settlement are that the invalid signatures would be reviewed in the presence of a Nader representative, who would have the opportunity to flag those signatures for which the representative disputes the findings of the Office of Elections during the review. The flagged signatures are then provided to the Chief Election Officer to review. As per the settlement agreement, the decision of the Chief Election Officer is final.

4. The review occurred on October 7-12, 2004.

EXHIBIT 7

Mr. Robert Stiver
October 18, 2004
Page 2

5. Subsequently, I reviewed the findings of the Office of Elections' staff and the signatures that were flagged by the Nader representative.

6. As a result of the Office of Elections staff's review and my subsequent review of the staff's findings and the signatures flagged by the Nader representative, I find that an additional 193 signatures are valid.

7. This results in 3,338 valid signatures and 2,535 invalid signatures.

8. A total of 3,711 valid signatures are necessary for placement on the presidential ballot, as such the Nader Campaign fell short of the requirement by 373 signatures.

I wish to make clear that the provisions of HRS Section 11-113 and the applicable administrative rules were followed in the review of your petition. The law provides that the petition shall contain the signatures of currently registered voters, which constitute not less than one per cent of the votes cast in the State at the last presidential election. HRS Section 11-113. In the 2000 presidential election, 371,033 votes were cast in Hawaii. As such the signature requirement is 3,711.

The law also provides that the petition shall be upon a form prescribed and provided by the Chief Election Officer. HRS Section 11-113. The form is prescribed by the Chief Election Officer through administrative rule, HAR Section 2-51-110. The form contains the following columns for the voter to fill out (1) "Print Your Name Here," (2) "Sign the Name Under Which You Are Registered to Vote," (3) "Print the Residence Address at Which You are Registered to Vote," (4) "Birth Date," and (5) "Date Signed." There is additionally a column for the voter's "Social Security Number," however completing this column is optional. All of the relevant information is required to be provided in order to verify the identity of the signatory as a currently registered voter.

The law provides for the manner in which it is determined whether an individual is qualified to sign the petition. HAR Section 2-51-112. Specifically, the signatory is checked against the statewide voter registration system (SVRS) to determine if he is an active registered voter. The SVRS allows for voter records to be pulled up by either social security number or name. As such, it is critical that signatories comply with the requirement of printing their name in order to avoid illegibility issues which will result in the record not be being accessible.

After the voter's record is either pulled up by name or social security number, the law provides for the manner in which the signatory will be validated: (1) if the signatory on the petition exists as an active registered voter in the SVRS, then the signatory is counted, (2) if the signatory does not exist as an active registered voter in the SVRS then the signatory is not counted, (3) if there are duplicate signatures, and

Mr. Robert Stiver
October 18, 2004
Page 3

the signatory is an active registered voter, then the signatory is counted once, and (4) "If the signatory does not provide all of the required information on the petition or if the information is not legible, then the signatory may not be counted." HAR Section 2-51-113(b)(1)-(4).

As I noted, the process was followed in regards to your petition and you were present for the October 7-12, 2004 review with the Office of Elections' staff, in which you had the opportunity to flag those signatures for which you disagreed with the findings of the staff. I have reviewed the work of my staff along with the reasons you provided for each of the signatures that you flag. In the end, I conclude that the Nader 2004 Campaign has failed to meet the signatory requirement for placement on the presidential ballot.

Very truly yours,

Dwayne D. Yoshina
Chief Election Officer

DDY:RY
410025

I hereby certify that this is a true and correct copy of the original on file at the Office of Elections.

Dated: Honolulu, Hawaii, October 18, 2004.

Dwayne D. Yoshina
Chief Election Officer