FIRST CIRCUIT COURT
STATE OF HAWAII
[illegible]

ERIC A. SEITZ
ATTORNEY AT LAW
A LAW CORPORATION

ERIC A. SEITZ          1412
LAWRENCE I. KAWASAKI   5820
820 Mililani Street
Suite 714
Honolulu, Hawaii  96813
Telephone: (808) 533-7434

Attorneys for Plaintiffs

H. CHING
CLERK

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

FOR THE STATE OF HAWAII

| | |
|---|---|
| MICHAEL A. PEROUTKA, CHUCK BALDWIN, AND DAVID W. PORTER, | CIVIL NO. **04-1-1904-10** |
| Appellants, | NOTICE OF APPEAL FROM ADMIN-ISTRATIVE DECISION OF OFFICE OF ELECTIONS DATED OCTOBER 5, 2004; AFFIDAVIT OF DAVID W. PORTER; EXHIBITS 1-11; MEMO-RANDUM OF LAW; CERTIFICATE OF SERVICE |
| vs. | |
| DWAYNE D. YOSHINA, Chief Election Officer, State of Hawaii, | |
| Appellee. | |

NOTICE OF APPEAL FROM ADMINISTRATIVE DECISION
OF OFFICE OF ELECTIONS DATED OCTOBER 5, 2004

TO:  DWAYNE D. YOSHINA
     Chief Election Officer
     Office of Elections
     State of Hawaii

     Appellee

     MARK J. BENNETT, ESQUIRE
     Attorney General
     State of Hawaii

EXHIBIT 8

Aaron H. Schulaner, Esquire
Russell A. Suzuki, Esquire
Holly T. Shikada, Esquire
Deputy Attorneys General
State of Hawaii
225 Queen Street
Honolulu, Hawaii  96813

Attorneys for Appellee

PLEASE   TAKE   NOTICE  that Appellants MICHAEL A. PEROUTKA, CHUCK BALDWIN, AND DAVID W. PORTER, by and through their undersigned attorneys, hereby appeal to the Circuit Court of the First Circuit, State of Hawaii, from the decision of the Office of Elections dated October 5, 2004, rejecting petitions filed in behalf of Appellants Peroutka and Baldwin to be placed on the ballot in the State of Hawaii for the statewide election to be conducted on November 2, 2004.

This  appeal  is  brought  pursuant to Hawaii Revised Statutes Section 91-14, _inter alia_, and is based upon the administrative records and files herein, the attached affidavit, exhibits, and memorandum of law, and the evidence and arguments to be adduced at a hearing upon this appeal.

In  light  of  the  urgency of this matter Appellants hereby request an expedited evidentiary hearing to be conducted at the earliest possible time.

DATED:  Honolulu, Hawaii, October 18, 2004.

ERIC A. SEITZ
LAWRENCE I. KAWASAKI

Attorneys for Appellants

-2-

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

FOR THE STATE OF HAWAII

MICHAEL A. PEROUTKA, et al,      )    CIVIL NO. _____
                                 )
          Appellants,            )    AFFIDAVIT OF DAVID W. PORTER;
                                 )    EXHIBITS 1-11
     vs.                         )
                                 )
DWAYNE  D.  YOSHINA, Chief       )
Election Officer, State of       )
Hawaii,                          )
                                 )
          Appellee.              )
_____)

AFFIDAVIT OF DAVID W. PORTER

STATE OF HAWAII                  )
                                 ) SS.
CITY AND COUNTY OF HONOLULU      )

          DAVID  W. PORTER, being  first  duly sworn on oath,
deposes and says:

          (1)  I am  a  citizen  and  resident of the City and
County  of  Honolulu,  State  of Hawaii, and am one of the named
Plaintiffs in the above entitled matter.

          (2)  At  all  times  pertinent  hereto  I have been a
registered  voter  in the State of Hawaii and a supporter of the
candidacies  of  Michael  A.  Peroutka and Chuck Baldwin for the
offices  of  President  and  Vice-President of the United States.

          (3)  On  or about May 4, 2004, I signed and submitted
an  application  to  the  Chief Election Officer of the State of
Hawaii,  Dwayne  D.  Yoshina,  to  obtain petitions to place the
names  of Michael A. Peroutka and Chuck Baldwin on the statewide

ballot for the general election to be conducted on November 2, 2004. A true and correct copy of the application is attached hereto as Exhibit 1.

(4) On or about September 3, 2004, the signed petitions were filed with the Office of Elections containing the names and signatures of approximately 7,195 registered voters in the State of Hawaii supporting the applications of Michael A. Peroutka and Chuck Baldwin to be placed on the statewide ballot for the general election to be conducted on November 2, 2004.

(5) In a letter dated September 20, 2004, I was notified by Mr. Yoshina's office that of the 7,195 signatures submitted in behalf of Michael A. Peroutka and Chuck Baldwin only 3,481 were determined to be "valid," and 3,714 were determined to be "invalid" and that the number of "valid" signatures failed to satisfy the requirement of Section 11-113, Hawaii Revised Statutes, to provide at least 3,711 signatures of currently registered voters constituting one percent of the votes cast in the last presidential election. A true and correct copy of the letter dated September 20, 2004, is attached hereto as Exhibit 2.

(6) In another letter dated September 24, 2004, Mr. Yoshina informed me that the previous count of "valid" signatures was inaccurate and that the correct total is 3,471 "valid" signatures which is 240 signatures less than the mini-

mum of 3,711 needed to place the names of Michael A. Peroutka and Chuck Baldwin on the statewide ballot for the general election to be conducted on November 2, 2004. A true and correct copy of the letter from Mr. Yoshina dated September 24, 2004, is attached hereto as Exhibit 3.

(7) On September 24, 2004, I sent a letter to Mr. Yoshina objecting to his decision not to place the names of Michael A. Peroutka and Chuck Baldwin on the ballot and requesting a hearing thereupon. A true and correct copy of my letter dated September 24, 2004, is attached hereto as Exhibit 4.

(8) On the same date Mr. Yoshina notified me by letter that a hearing would be conducted on September 30, 2004. A true and correct copy of the written hearing notice from Mr. Yoshina dated September 24, 2004, is attached hereto as Exhibit 5.

(9) Even before any hearing was conducted I am informed and believe that Mr. Yoshina exercised his authority as Chief Elections Officer to print and distribute ballots for the November 2nd election without including the names of Michael A. Peroutka and Chuck Baldwin thereby prejudging any objections we might raise at a hearing and making the hearing, itself, a sham and a meaningless proceeding.

(10) Mr. Yoshina then appointed himself as the hearing officer thereby demonstrating, even without any appearances to the contrary, that the hearing we received would not be fair

-3-

and impartial.

(11) At the hearing conducted by Mr. Yoshina on September 30, 2004, I adduced evidence that many of the signatures determined by the Office of Elections to be "in-valid" were, in fact, the signatures of currently registered voters in the State of Hawaii whose names were difficult to read and/or who could be verified by the use of post office box addresses and other identifying information that Mr. Yoshina and his staff refused to employ.

(12) At the hearing I also objected to the require-ment that persons signing the petitions provide their social security numbers, dates of birth, and other personal information that may deter qualified registered voters from supporting potential candidates because of the invasion of those voters' privacy rights and interests.

(13) At the hearing I offered to prove that due to sloppy counting and verification procedures the Office of Elections arbitrarily and wrongfully had failed and refused to consider and validate the signatures of a sufficient number of registered voters whose signatures, if counted, clearly would have entitled Michael A. Peroutka and Chuck Baldwin to appear on the statewide ballot for the November 2, 2004 election.

(14) In a written decision dated October 5, 2004, Mr. Yoshina acknowledged that errors had been made by the Office of Elections in tabulating the number of "valid" sig-

-4-

natures on the petitions supporting Michael A. Peroutka and Chuck Baldwin; however, Mr. Yoshina found and concluded arbitrarily and capriciously that the corrected number of "valid" signatures was still insufficient to place the names of Michael A. Peroutka and Chuck Baldwin on the statewide ballot for the election to be conducted on November 2, 2004. A true and correct copy of Mr. Yoshina's written decision is attached hereto as Exhibit 6.

(15) On or about October 1, 2004, I requested in writing that the Office of Elections re-examine the rejected names on the petitions supporting Michael A. Peroutka and Chuck Baldwin. A true and correct copy of my October 1, 2004, letter is attached hereto as Exhibit 7.

(16) In a letter dated October 4, 2004, I was notified by Deputy Attorney General Aaron H. Schulaner that my request for a re-examination was "declined." A true and correct copy of Mr. Schulaner's letter is attached hereto as Exhibit 8.

(17) Attached hereto as Exhibit 9 is a true and correct copy of a partial list of additional valid names which I personally verified by comparing signatures on just a few of the petitions to current lists of registered voters.

(18) Attached hereto as Exhibit 10 is a true and correct copy of Section 11-113, Hawaii Revised Statutes.

(19) Attached hereto as Exhibit 11 is a true and correct copy of the relevant administrative rules of the State

of Hawaii, Office of Elections, pertaining to presidential petitions.

(20)    The Appellants have exhausted all of their available administrative remedies and urgently seek this Court's consideration and hearing on an expedited basis to enable the names of Michael A. Peroutka and Chuck Baldwin to appear on the ballot for the statewide election to be conducted on November 2, 2004.


_____
DAVID W. PORTER


Subscribed and sworn to before me
this __18th__ day of October, 2004.

_____ (Juli T. Seitz)
Notary Public, State of Hawaii

My commission expires: Jan 4, 2008

-6-

APPLICATION TO PLACE THE NAMES OF CANDIDATES
FOR PRESIDENT AND VICE PRESIDENT
ON THE STATE OF HAWAII GENERAL ELECTION BALLOT

## 2004 ELECTIONS

PLEASE PRINT ALL INFORMATION

Name of Presidential Candidate: _MICHAEL A. PEROUTKA_

Name of Vice Presidential Candidate: _CHUCK BALDWIN_

Name of Political Party or Group: _NON-PARTISAN_

Name of Contact Person: _DAVID W. PORTER / RON NEFF_

Address: _P.O. BOX 3794 HONOLULU, HI 96812_

City/State/Zip Code: _HONOLULU, HI 96812_

Telephone: (Residence) _808-949-3634_     Email: _d.w.porter.dave.p@Hotmail.com_
FAX _808-955-2177_
(Business) _808-561-5378_     Web page: _____

Signature of Applicant: _David W. Porter_     Date: _5/4/2004_

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

### FOR OFFICE USE ONLY

NOTARIZED STATEMENT OF INTENT RECEIVED:

| By OE Staff Member | Initials | From Party Representative | Date Received | Time Received |
|---|---|---|---|---|
| AA | DWP | David W. Porter | 5/4/03 | 2:40p |
| OS | | | 7/30/04 | 12:30p |
| | | | 100-1024 | |
| | | | 010397-010496 | |

PETITION FORMS ISSUED:

| By OE Staff Member | To Party Representative | Pty. Rep. Initials | Sets Issued | Date Issued |
|---|---|---|---|---|
| LT | David W. Porter | DWP | 99 Set | 7/ |
| LT | David W. Porter | DWP | 25  10397-10496 | 7/30/04 |
| OS | David W. Porter | DWP | 200 10497-11296 | 8/6/04 |
| OS | David W. Porter | DWP | 200 11297-12100 | 8/31/04 |
| | | | | |
| | | | | |

EXHIBIT    1

Application for Petition for Independent/Nonpartisan Candidates
State of Hawaii - 2004
Page 2

## FOR OFFICE USE ONLY

**PETITION FORMS RECEIVED:**

| By OE Staff Member | From Party Representative | Pty. Rep. Initials | Sets Received | Date Received |
|---|---|---|---|---|
| _Olin Schulz_ | _David Solah_ | _dscd_ | 15 | 7/15/04 |
| | DPorter | _NDen_ | 15 | 7.30.04 |
| _Olin Schulz_ | _Davis Porter_ | _dscd_ | 8 | 8/6/04 |
| _Olin Schulz_ | _Davis Porter_ | _dscd_ | 8 | 8/13/04 |
| _Olin Schulz_ | _Davis Porter_ | _dscd_ | 59 | 8/30/04 |
| _Olin Schulz_ | _Davis Porter_ | _dscd_ | 17 = 120 | 8/31/04 |

**PETITION FORMS FILED:**

| With OE Staff Member | By Party Representative | Pty. Rep. Initials | Sets Filed | Date & Time Filed |
|---|---|---|---|---|
| L. Tomczyk | _David Webb_ | _dscd_ | See attached | 9/3/04 3:17pm |

**APPLICATION PERTAINING TO CANDIDATES RECEIVED:**

| By OE Staff Member | From Party Representative | Pty. Rep. Initials | Date Received | Time Received |
|---|---|---|---|---|
| | | | | |
| | | | | |

**NOMINEES FOR PRESIDENTIAL ELECTORS AND ALTERNATES RECEIVED:**

| By OE Staff Member | From Party Representative | Pty. Rep. Initials | Date Received | Time Received |
|---|---|---|---|---|
| L. Tomczyk | _David Webb_ | _dscd_ | 9/3/04 | 3:17p |

**COMMENTS:**

OFFICE OF ELECTIONS
(01/31/2003)

## Declaration of Intent
## For PRESIDENTIAL and VICE-PRESIDENTIAL CANDIDATES

I, _____ Michael A. Peroutka _____ declare that I am domiciled in City (or Town or Unincorporated place of _____ Millersville _____, County of ____ Anne Arundel ____, State of ____ Maryland ____, and that I am a qualified voter therein; that I intend to be a candidate, affiliated with the Constitution Party, for the office of ____ President ____ to be chosen at the general election to be held on the 2ⁿᵈ day of November 2004; and that I intend to file nomination papers in the state of Hawaii by the deadline of September 3, 2004.

Candidate's signature: _____

Mailing Address:

151 Longfellow Drive
Millersville, MD 21108-2701

State of _____ )
                          )ss
County of _____ )

On the ___ day of _____, 2004, before me, the undersigned, personally appeared MICHAEL A. PEROUTKA, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the above declaration, and made oath that the above declaration by him subscribed is true.

(SEAL)                                        _____
                                              Notary Public

                                              My Commission Expires:

                                              _____

                                              Notary Public, A.A. County, Maryland
                                              My Commission Expires June 1, 2005

### Declaration of Intent
## For PRESIDENTIAL and VICE-PRESIDENTIAL CANDIDATES

I, _____Chuck Baldwin_____ declare that I am domiciled in City (or Town or Unincorporated place of _____Pensacola_____, County of____Escambia____, State of ____Florida____, and that I am a qualified voter therein, that I intend to be a candidate, affiliated with the Constitution Party, for the office of ____Vice-President____ as the running-mate of Presidential candidate Michael A. Peroutka to be chosen at the general election to be held on the 2nd day of November 2004; and that I intend to file nomination papers in the state of Hawaii by the deadline of September 3, 2004.

Candidate's signature: _____

Mailing Address:

7970 Sasser Lane
Pensacola, FL  32526-5265

State of ___Florida____ )
                              )ss
County of ___Escambia____ )

On the 22nd day of ___April___, 2004, before me, the undersigned, personally appeared CHUCK BALDWIN, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the above declaration, and made oath that the above declaration by him subscribed is true.

(SEAL)

_____
Notary Public

Patti M Sheffield
My Commission CC843641
Expires November 26 2004

My Commission Expires:
11-26-04



**STATE OF HAWAII**
**OFFICE OF ELECTIONS**
802 LEHUA AVENUE
PEARL CITY, HAWAII 96782

DWAYNE D. YOSHINA
CHIEF ELECTION OFFICER

September 20, 2004

CERTIFIED MAIL/RETURN RECEIPT

Mr. David Porter
P. O. Box 3794
Honolulu, Hawaii 96812

Dear Mr. Porter:

RE:    PETITION TO PLACE THE NAMES OF CANDIDATES FOR
       PRESIDENT AND VICE PRESIDENT ON THE STATE OF
       HAWAII GENERAL ELECTION BALLOT

This is to notify you that Section 11-113, Hawaii Revised Statutes (HRS), establishes the deadline to file a petition to qualify to place the names for President and Vice President for on the general election ballot as 4:30 p.m. on Friday, September 3, 2004 in the State of Hawaii.

The Office of Elections received your petition on September 3, 2004. You submitted of 7,195 signatures, of these 3,481 were valid and 3,714 were invalid.

You have failed to satisfy the requirements under Section 11-113, Hawaii Revised Statutes, by not meeting the following requirements:

1)    A petition shall be upon the form prescribed by the chief election officer containing 3,711 signatures of currently registered voters which constitute not less than one per cent of the votes cast in the State at the last presidential election (in the 2000 presidential election there were 371, 033 votes cast).

EXHIBIT Z

Mr. David Porter
September 20, 2004
Page 2

Therefore, the names of Michael A. Peroutka and Chuck Brown will not be on the general election ballot for president and vice president.

If you object to the finding of eligibility or disqualification, you may, not later than 4:30 p.m. on the fifth day after the finding file a request in writing with the chief election officer for a hearing on the question.

A hearing shall be called not later the 4:30 p.m. on the tenth day after the receipt of the request and shall be conducted in accord with chapter 91. A decision shall be issued not later than 4:30 p.m. on the fifth day after the conclusion of the hearing.

Should you have any questions, please feel free to call myself or Lori Tomczyk at (808) 453-VOTE(8683).

Very truly yours,

Dwayne D. Yoshina
Chief Election Officer

DDY/lpt
#409016



07

**STATE OF HAWAII**
**OFFICE OF ELECTIONS**
802 LEHUA AVENUE
PEARL CITY, HAWAII 96782

DWAYNE D. YOSHINA
CHIEF ELECTION OFFICER

September 24, 2004

CERTIFIED MAIL/RETURN RECEIPT

Mr. David Porter
P. O. Box 3794
Honolulu, Hawaii 96812

Dear Mr. Porter:

RE:     PETITION TO PLACE THE NAMES OF CANDIDATES FOR
        PRESIDENT AND VICE PRESIDENT ON THE STATE OF
        HAWAII GENERAL ELECTION BALLOT

This is to notify you that in our previous letter dated, September 20, 2004, we informed you that your petition contained 3,481 valid signatures. In proofing our calculations, it was found that the correct total is 3,471 valid signatures which is 240 signatures less than the 3,711 valid signatures needed to qualify to place the names of Michael A. Peroutka for President and Chuck Baldwin for Vice President on the general election ballot.

Should you have any questions, please feel free to call myself or Lori Tomczyk at (808) 453-VOTE(8683).

Very truly yours,

DWAYNE D. YOSHINA
Chief Election Officer

DDY/bteak
#405016

EXHIBIT 3

SEP 2 4 2004

David W. Porter
Peroutka for President 200
4P. O. Box 3794
Honolulu, HI 96812

September 24, 2004

Dwayne Yoshina
Chief Elections Officer
Office of Elections
802 Lehua Ave.
Pearl City, HI  96782

Dear Mr. Yoshina;

I do object to the disqualification of our candidates, Michael A. Peroutka, for President, and Chuck Baldwin, for Vice-President.

I hereby request, in writing, as required, a hearing on the question.

Please notify me as soon as possible regarding the hearing.

Sincerely,

David W. Porter



**STATE OF HAWAII**
**OFFICE OF ELECTIONS**
802 LEHUA AVENUE
PEARL CITY, HAWAII 96782

DWAYNE D. YOSHINA
CHIEF ELECTION OFFICER

September 24, 2004

<u>CERTIFIED MAIL/RETURN RECEIPT</u>

Mr. David Porter
P. O. Box 3794
Honolulu, Hawaii 96812

Dear Mr. Porter:

RE:   PETITION TO PLACE THE NAMES OF CANDIDATES FOR
PRESIDENT AND VICE PRESIDENT ON THE STATE OF
HAWAII GENERAL ELECTION BALLOT

This is to confirm that pursuant to Hawaii Revised Statutes, Section 11-113(e) you have requested a hearing on the finding that you did not qualify to place the names of Michael A. Peroutka for President and Chuck Baldwin for Vice President on the general election ballot.

The hearing has been scheduled for:

Thursday, September 30, 2004 at 1:00 p.m.
Room 200, Leiopapa a Kamehameha, (State Office Tower),
235 South Beretania Street

Should you have any questions, please feel free to call myself or Lori Tomczyk at (808) 453-VOTE(8683).

Very truly yours,

DWAYNE D. YOSHINA
Chief Election Officer

DDY:lbt:ak
P409020

SEP 24 2004

5



OFFICE OF ELECTIONS
STATE OF HAWAI'I

| | |
|---|---|
| In the Matter of | 2004-002 |
| PEROUTKA FOR PRESIDENT CAMPAIGN 2004 PETITION (To Place Names of Candidates For President and Vice President on the State of Hawai'i General Election Ballot) | FINDINGS OF FACT, CONCLUSIONS OF LAW AND DECISION |

## FINDINGS OF FACT, CONCLUSIONS OF LAW AND DECISION

### I.    CHRONOLOGY OF THE CASE

In a letter dated September 24, 2004, the Office of Elections informed Mr. David Porter, the Hawai'i Coordinator for the Peroutka for President 2004 Campaign, that the campaign did not generate enough valid signatures to place the names of Michael A. Peroutka for President and Chuck Baldwin for Vice President on the Hawai'i general election ballot.

In a letter dated September 24, 2004, Mr. Porter wrote to Chief Elections Officer, Dwayne Yoshina, to request a hearing on the matter.

Pursuant to H.R.S. §11-113(e), the hearing in the above-captioned matter was convened on September 30, 2004.  The Peroutka for President 2004 Campaign was represented by Mr. Porter and the Office of Elections was represented by Deputy attorney general Aaron Schulaner.

### II.    ISSUE PRESENTED

The issue presented in the present matter is whether the Peroutka for President 2004

111865_2.DOC

6

Campaign submitted the requisite number of valid signatures to qualify Mr. Michael A. Peroutka and Mr. Chuck Baldwin as candidates on the general election ballot for president and vice-president.

## III.    FINDINGS OF FACT

1.    On May 4, 2004, Mr. David Porter signed and submitted an "Application for Petition to Place the Names of Candidates for President and Vice-President on the State of Hawai'i General Election Ballot" to the Office of Elections. The Office of Elections subsequently issued petition forms to Mr. Porter.

2.    In a letter dated July 29, 2004, Chief Elections Officer Dwayne Yoshina informed Mr. Porter that the Office of Elections verified that the Peroutka for President 2004 campaign submitted a total of 606 signatures on July 15, 2004. Of the total 606 signatures submitted, 299 were deemed valid. The letter also provided a summary of the signatures that were submitted.

3.    A signature is deemed: a) valid if the signatory is listed as "active" in the State Voter Registration System (SVRS), b) invalid if the signatory is listed as "inactive" in the SVRS, c) containing insufficient information if the information submitted by the signatory could not be verified due to insufficient information (i.e. no social security number, date of birth, signature, or could not be read from the record), d) of no record if the signatory does not appear in the SVRS, e) to have a different address if the address information on the petition did not match the address in the SVRS, and f) to be a duplicate if the signatory appeared twice on the petition.

4.    During the verification process, the Office of Election assigned various codes that were written in the "status" column of the petition forms. The codes corresponded with the status of the signatory. A checkmark or "R" represents a valid signatory, a "DA" represents a different address (the address listed for the signatory in the SVRS does not match the address in the

petition) or discrepancy in the address provided by the signatory, an "IN" meant that the signatory is listed as an inactive voter in the SVRS, and "IS" represented insufficient information.

5.    In a letter dated August 24, 2004 Chief Election Officer Yoshina informed Mr. Porter, that as of August 13, 2004, the Peroutka for President 2004 campaign had submitted a total of 2,077 signatures. Of the total, 1,039 signatures were considered valid.

6.    The Peroutka for President 2004 campaign filed its petition on September 3, 2004 at 3:17 p.m.

7.    In a letter dated September 20, 2004, the Office of Elections notified Mr. Porter that the Peroutka for President 2004 campaign had submitted 7,195 signatures. Of the total amount of signatures submitted, 3,481 were deemed valid and 3,714 were determined to be invalid.

8.    In a letter dated September 24, 2004, the Office of Elections informed Mr. Porter that after proofing their calculations, the Peroutka for President 2004 campaign had submitted 3,471 valid signatures and was 240 signatures short of the 3,711 signatures required to place the names of Michael A. Peroutka and Chuck Baldwin for president and vice president on the general election ballot.

9.    On September 30, 2004, the Office of Elections, by and through its Ballot Operations Coordinator Lori Tomczyk, recounted the total number of signatures and the total number of valid signatures submitted by the Peroutka for President 2004 campaign on September 3, 2004. As a result of this recount, the total number of valid signatures submitted by the Peroutka for President Campaign increased by six. As a result, the Peroutka for President 2004 submitted 3,477 valid signatures.

10.    On pages 1 and 2 of Batch 4 of the Peroutka for President 2004 petitions, there were

111867_2.DOC                                    3

fourteen signatories whose status contained a voting precinct number instead of a status code.
The signatories whose status codes contained precinct numbers are deemed to be valid
signatories.   The fourteen signatories whose status contained precinct numbers instead of codes
were included in the recount performed by the Office of Elections on the morning of September
30, 2004.

11.    Mr. Porter used a voter registration list that was posted on the Nader for President 2004
website to perform a verification of Batch 4 of the Peroutka for President 2004 petitions.

12.    Mr. Porter acknowledged that he was concerned that some signatures contained in set one
of the petitions submitted by the Peroutka for President 2004 campaign appeared similar.   Mr.
Porter indicated that he had concerns about two individuals that national had sent to assist him
with registration.   Mr. Porter testified that due to this concern, he (at the time that the petitions
were submitted by Peroutka for President 2004 campaign to the Office of Elections) requested
that the Office of Elections isolate and perform a verification on set one of the petitions
separately.   Mr. Porter acknowledged that set one of the petitions submitted by the Peroutka for
President 2004 campaign contained over 300 signatures but only 39 were deemed valid.

13.    During the verification process for set one, the Office of Elections determined that set
one of the petitions submitted by the Peroutka for President 2004 campaign contained 39 valid
signatures.

If any of the above findings of fact shall be deemed to be conclusions of law, the
Hearings Officer intends that every such findings of fact shall be construed as a conclusion of
law.

IV.    CONCLUSIONS OF LAW

The issue in this case is whether the Peroutka for President 2004 Campaign had

submitted the requisite number of valid signatures to qualify Michael A. Peroutka and Chuck

Baldwin as candidates on the general election ballot for president and vice-president pursuant to

H.R.S. §11-113(c)(2)(B).

Based on the evidence presented at the hearing, the Hearings Officer concludes that the

Peroutka for President Campaign 2004 failed to prove with preponderance of evidence that it had

submitted the requisite number of valid signatures to place Michael A. Peroutka and Chuck

Baldwin as candidates on the general election ballot for president and vice-president.

H.R.S. §11-113(c)(2) requires that

candidates of parties or groups not qualified to place candidates on the primary or general
election ballots, the person desiring to place the names on the general election ballot shall
file with the chief election officer not later than 4:30 p.m. on the sixtieth day prior to the
general election:

(A) A sworn application which shall include the information required under
paragraph (1)(A) and (B), and (C) where applicable;

(B) A petition which shall be upon the form prescribed and provided by the chief
containing the signatures of currently registered voters which constitute not less
than one percent of the votes cast in the State at the last presidential election. The
petition shall contain the names of the candidates, a statement that the persons
signing intend to support those candidates, the address of each signatory, the date
of the signer's signature and other information as determined by the chief election
officer.

...

In this current case, the Peroutka for President 2004 campaign was required to submit

3,711 signatures (one percent of the total votes cast in the State of Hawai'i during the last

presidential election) in order to place Michael A. Peroutka and Chuck Baldwin as candidates for

president and vice-president on the general election ballot. The evidence presented at the

hearing demonstrates that the Peroutka for President 2004 campaign did not obtain the requisite

number of signatures.

111867_2.DOC                                    5

In a letter dated September 20, 2004, the Office of Elections informed Mr. Porter that the Peroutka for President 2004 campaign submitted a total of 7,195 signatures of which 3,481 were valid and 3,714 were invalid. The letter also indicated that Michael A. Peroutka and Chuck Baldwin will not appear on the general election ballots as candidates for president and vice-president because the Peroutka for President 2004 campaign had failed to submit the requisite amount of signatures prescribed by H.R.S. §11-113. In a subsequent letter dated September 24, 2004, the Office of Elections notified Mr. Porter that after proofing its calculations, the Peroutka for President 2004 campaign had obtained 3,471 valid signatures, 240 signatures less than the requisite 3,711 valid signatures required pursuant to H.R.S. §11-113(c)(2). During her testimony, Ms. Tomczyk stated at the hearing that the Office of Elections had recounted the total number of signatures and the total number of valid signatures on the morning of September 30, 2004 and that as a result of the recount, the total number of valid signatures collected by the Peroutka for President 2004 campaign was increased by six. Thus, the campaign was credited with collecting 3,477 valid signatures. However, the campaign was still 234 valid signatures short of the required 3,711.

The evidence submitted demonstrated that the Office of Elections had tabulated the amount of valid signatures submitted by the Peroutka for President 2004 campaign on at least three separate occasions. Despite the three "counts" conducted by the Office of Elections, the Peroutka for President 2004 campaign still failed to submit the requisite amount of signatures.

If any of the above conclusions of law shall be deemed to be findings of fact, the Hearings Officer intends that every such conclusions of law shall be construed as findings of fact.

**V.    DECISION**

For the reasons stated above, the Hearings Officer finds and concludes that the Peroutka for President 2004 campaign did not submit the number of valid signatures as required by H.R.S. §11-113 to place Michael A. Peroutka and Chuck Baldwin as candidates for president and vice-president on the general election ballot.

**VI.    RIGHT TO APPEAL**

The parties have the right to appeal to a court of competent jurisdiction within thirty (30) days of the receipt of this Decision.

DATED:    Honolulu, Hawai`i    ___October 5, 2004___ .


DWAYNE D. YOSHINA
Hearings Officer
Office of Elections
State of Hawaii

David W. Porter
P. O. Box 3794
Honolulu, HI   96812

October 1, 2004

Dwayne D. Yoshina
State of Hawaii
Office of Elections
802 Lehua Ave.
Pearl City, HI   96782

**CERTIFIED MAIL/RETURN RECEIPT**

Dear Mr. Yoshina.

      **RE:   PETITION TO PLACE THE NAMES OF CANDIDATES FOR
PRESIDENT AND VICE PRESIDENT ON THE STATE OF HAWAII
GENERAL ELECTION BALLOT**

As a last administrative effort to get ballot access for Michael Peroutka and Chuck Baldwin, I ask
that the Office of Elections reexamine the rejected names on the petitions we had submitted, with me
present.

Respectfully,

David W. Porter
Hawaii Coordinator, Peroutka 2004 Campaign

7



BENJAMIN J. CAYETANO
GOVERNOR

EARL I. ANZAI
ATTORNEY GENERAL

THOMAS R. KELLER
FIRST DEPUTY ATTORNEY GENERAL

**STATE OF HAWAII**
DEPARTMENT OF THE ATTORNEY GENERAL
EDUCATION DIVISION
235 S. BERETANIA STREET, ROOM 304
HONOLULU, HAWAII 96813
(808) 586-1255
Fax No. (808) 586-1488

October 4, 2004

VIA FAX: 955-2177
David W. Porter
P.O. Box 3794
Honolulu, Hawaii 96812

Re:    Peroutka Petition

Dear Mr. Porter:

Your letter, dated October 1, 2004, has been forwarded to me since I represent the Office of Elections. As you are aware the hearing has been concluded and the decision is scheduled to be issued no later than 4:30 p.m. tomorrow. As such, your request for a reexamination of the rejected names on the petition is declined.

Sincerely,

Aaron H. Schulaner
Deputy Attorney General

112035_1.DOC

8

## CHALLENGES TO DISQUALIFIED VOTERS

CLUSTER 1

| PET | PG | LN | NAME | ADDRESS | ZIP | SEX | ST | MAILING ADDRESS |
|---|---|---|---|---|---|---|---|---|
| 304 | 2 | 1 | NAGANO, JACLYN M | 99-150 HOLO PL, C | 96701 | F | | |
| 337 | 2 | 3 | CONNOR, WILLIAM M | 2563 DOLE ST, 902 | 96822 | M | | P O BOX 1023 96701 |
| 337 | 2 | 13 | GONZALES, COTY J | 91-1652 HALOLANI ST | 96706 | M | | |
| 337 | 3 | 13 | WILSON, KIMBERLY C | 1346 LOPAKA PL | 96734 | F | | |
| 337 | 3 | 13 | MASUDA, GAVIN M | 1216 ALA MAHAMOE | 96819 | M | | |
| 341 | 2 | 13 | CHEN, YI XIA | 620 MCCULLY ST, 403 | 96826 | F | 02 | |
| 342 | 2 | 6 | KOGAMI, GERALD M | 1812 ALEWA DR, | 96817 | M | | |
| 342 | 2 | 11 | MAKANEOLE, LEIA N | 1515 KEWALO ST, 204 | 96822 | F | | |
| 350 | 1 | 13 | SATO, TRICIA YUMI | 94-454 HOKUILI ST | 96789 | F | | |
| 352 | 1 | 3 | LANDAU, BARBARA S | 1312B AALAPAPA DR | 96734 | F | | |
| 352 | 2 | 3 | TYAU, KEITH K S | 45-482 HOLOMAKANI PL | 96744 | M | | |
| 354 | 1 | 3 | TAGOMORI, JASON H | 95-707 LAHAI ST | 96789 | M | | |
| 354 | 2 | 1 | DOLLAR, STEVEN J | 1039 WAAKAUA PL | 96822 | M | | |
| 354 | 2 | 11 | INGRAM, MELISSA C | 91-1197 KANEANA ST, 1A | 96706 | F | | |
| 354 | 3 | 4 | ARITA, SHAWN S G | 94-236 KIAHA LP | 96789 | M | | |

(15)

## CHALLENGES TO DISQUALIFIED VOTERS

CLUSTER 2

| PET | PG | LN | NAME | ADDRESS | ZIP | SEX | ST | MAILING ADDRESS |
|---|---|---|---|---|---|---|---|---|
| 10 | 1 | 2 | PUNI, RUTH | 2304 KAPIOLANI BLVD, A3 | 96826 | F | | |
| 10 | 2 | 2 | PEREL, KENNETH P | 91-224 HAKALEA ST | 96706 | M | | |
| 151 | 2 | 6 | ALEXANDER, MARK D | 2499 KAPIOLANI BLVD, 2803 | 96826 | M | | |
| 152 | 2 | 3 | TOKUNAGA, DAENA LYN M | 94-1175 LUHIPULI ST | 96797 | F | | |
| 152 | 2 | 8 | KON, ZACHARY | 45-031 WAIKALUA OLO LP, A | 96744 | M | 02 | |
| 159 | 3 | 6 | BRIONES, RICARDO P | 84-526 HANUHU ST | 96792 | M | | |
| 152 | 3 | 9 | TUIMALO, MISITANA | 99-516 HALAWA HTS RD | 96701 | M | | |
| 255 | 2 | 6 | KAHAWAI, HENRIETTA I | 89-262 MAILI AVE | 96792 | F | | |

(8)

EXHIBIT 9

# CHALLENGES TO DISQUALIFIED VOTERS

## CLUSTER 3

| Г | PG | LN | NAME | ADDRESS | ZIP | SEX | ST | MAILING ADDRESS |
|---|----|----|------|---------|-----|-----|----|-----------------|
| 108 | 2 | 11 | GONZALES, RONIZA C | 176 HOOMOKU ST | 96732 | F | | |
| 108 | 3 | 12 | SANTOS, CRISTINA L M | 46-257 PUNAWAI ST | 96744 | F | | |
| 108 | 3 | 13 | ISHII, LARRY T | 95-1042 AILONA ST | 96789 | M | | |
| 111 | 2 | 2 | CHANG, LEITH L. | 99-545 PAIHI ST | 96701 | M | 02 | |
| 111 | 3 | 6 | MERRILL, JACOB M | 2092 KUHIO AVE, 1602 | 96815 | M | | |
| 111 | 4 | 7 | MURAKAMI, MERLE M | 1655 MAKALOA ST, 1603 | 96814 | F | | |
| 114 | 3 | 7 | 99-1013 KAHUA PL | 95-270 WAIKALANI DR, K203 | 96789 | F | | |
| 114 | 4 | 6 | TRENT, ROBERT W | 242 KAUMAKANI ST | 96825 | M | | |
| 114 | 6 | 7 | SHIMABUKURO, SUSAN Y | 747 HOOMALU ST, A | 96782 | F | | |
| 114 | 7 | 14 | CORNWELL, CLAUDIA T | 86-354 LUALUALEI HMSTD RD | 96792 | F | | |
| 146 | 3 | 5 | TANAKA, ANNE N | 47-636 HUI KELU ST | 96744 | F | | |
| 146 | 4 | 1 | AH SUI, SILAS K | 89-008 FARRINGTON HWY | 96792 | M | 02 | P O BOX 2123 96792 |
| 146 | 4 | 14 | KAWEWEHI, DAWN H | 99-037 NALOPAKA PL | 96701 | F | 02 | |
| 155 | 3 | 14 | WILLIAMS, PETER A | 94-108 HOKUALII CT, 124 | 96789 | M | | |
| 155 | 5 | 14 | RIVERA, RANDY R | 1566 LEHUA ST | 96819 | M | | |
| 155 | 5 | 12 | RAY CA, APRIL J P | 67-233 KAHI ST | 96791 | F | | |
| 177 | 2 | 5 | YAMAUCHI, JENNA K | 311 AKANI WAY | 96734 | F | | P O BOX 724 96791 |
| 177 | 5 | 5 | BUNN, RONALD R | 2017 NUUANU AVE, 1204 | 96817 | M | | |

(18)

# CHALLENGES TO DISQUALIFIED VOTERS

## CLUSTER 4

| PG | LN | NAME | ADDRESS | ZIP | SEX | ST | MAILING ADDRESS |
|---|---|---|---|---|---|---|---|
| 2 | 8 | PLATT, JANET S | 1088 BISHOP ST, 1906 | 96813 | F | | |
| 2 | 10 | UEHARA, RUSSELL I | 2551 BOOTH RD | 96813 | M | | |
| 1 | 11 | REMMERS, WILLIAM W JR | 3454 HINAHINA ST | 96816 | M | | P O BOX 2156 96815 |
| 1 | 2 | MADRID, DANIEL V | 94-943 KAUOLU PL, B617 | 96797 | M | | |
| 3 | 14 | GOMEZ, GLORIA L | 94-617 LOAA ST | 96797 | F | | |
| 1 | 4 | KIM, SARAH CHOE | 320 LILIUOKALANI AVE, 902 | 96815 | F | | |
| 4 | 9 | QUITORIANO, JOHN | 837 PUUOMAO ST | 96825 | M | | P O BOX 37716 96837 |
| 1 | 14 | TUI, NEICHELLE-ANN H | 322-A IOLANI AVE | 96813 | F | | |
| 4 | 15 | OLIVEIRA, JOHNORENE K | 94-192 KUPUNA LP | 96797 | F | | |
| 1 | 2 | PARTIDO, FERNANDO R | 1621 HAKA DR, 2307 | 96817 | M | | |
| 4 | 11 | EGGERMAN, CORA L | 357 ULUPAINA ST | 96734 | F | | |
| 2 | 12 | ELM, JOE L JR | 7305 NUULOLO ST | 96825 | M | | |
| 2 | 13 | STANCIL, THEODORE R | 1088 BISHOP ST, 1801 | 96813 | M | | |
| 1 | 15 | RIVERA, ADRIEANNE R | 3655 PUUKU MAKAI DR | 96818 | F | | |
| 3 | 1 | FRAIM, GERALDINE C | 2333 KAPIOLANI BLVD, 2712 | 96826 | F | | |
| 5 | 1 | KAPAONA, IVAN K | 85-1299 KANEAKI ST | 96792 | M | | 91-553 KUILIOLUA PL, PF2 96706 |
| 3 | 8 | LEE, JADINE S F | 3030 ALA ILIMA, 1001 | 96818 | F | | |
| 2 | 8 | MATSUNAGA, AMY N | 2146 MASON PL | 96817 | F | | |
| 5 | 3 | KAWAGUCHI, JUNE K | 4878 KILAUEA AVE, 1 | 96816 | F | | |
| 3 | 7 | GANIRON, FRANSLYN J | 1034 LONG LN | 96817 | F | | |
| 8 | | KRANTZ, ANTHONY G | 46-369 HAIKU RD, H-6 | 96744 | M | | |
| 2 | 5 | THOMAS, STEVEN E | 1778 ALA MOANA BLVD, 2602 | 96815 | M | | P O BOX 1116 96807 |
| 3 | 10 | KAHIHIKOLO, HARRIET Y | 2204 S KING ST, 309 | 96826 | F | | |
| 2 | 13 | WAIAMAU, ALTON S | 3149-A LINCOLN AVE | 96816 | M | | |
| 2 | 7 | RAMOS, KIMBERLY L | 2250 NOAH ST | 96816 | F | | |
| 1 | 3 | NAPIHAA, KEVIN LEWIS K | 1245 ELM ST, 407 | 96814 | M | | |
| 3 | 2 | NARRONE, DANILO I | 1414 ALEXANDER ST, 305 | 96822 | M | | |
| 5 | 12 | BUTLER, CATRICE H | 2206 CALIFORNIA AVE, K | 96786 | F | | |
| 2 | 15 | GERMAIN, KERRY A | 59-465 KE WAENA RD | 96712 | F | | P O BOX 1584 96744 |
| 4 | 15 | UPINOR, GORDON WAYNE | 44-327 KANEOHE BAY DR | 96744 | M | | |
| 4 | 11 | YOUNG, DANNETTE A | 41-847 OLUOLU ST | 96795 | F | | |
| 3 | 3 | HO, DENNIS K F | 41-235 KAAIAI ST | 96795 | M | | P O BOX 800 96795 |
| 2 | 15 | JOSEPH, ARTHUR | 942 7TH AVE, A | 96816 | M | | P O BOX 88335 96830 |
| 2 | 6 | TRUSDELL, JOHN L JR | 1070 AINALAKO RD | 96720 | M | | 89-MAIKAI ST 96720 |
| 4 | 4 | SARINGAN, CARLINA V | 99-044 HALOPAKA PL | 96701 | F | FV | |

(35)

# CHALLENGES TO DISQUALIFIED VOTERS          CLUSTER 4

| F | PG | LN | NAME | ADDRESS | ZIP | SEX | ST | MAILING ADDRESS |
|---|----|----|------|---------|-----|-----|----|-----------------|
| 5 | 4 | 7 | MANOS, MANUEL B | 1921 ULANA PL | 96819 | M | | PO BOX 485 96734 |
| 5 | 1 | 12 | KLUTZ, SIMANU, CHRISTOPHER E | 44-142 MIKIOLA DR | 96744 | M | | |
| 6 | 1 | 2 | KELLY, REENY | 305 AKA'I WAY | 96734 | F | | |
| 6 | 3 | 1 | DIGITTELLI, DIANA M | 95-474 AWIKI ST | 96789 | F | FV | |
| 6 | 3 | 2 | TABA, TSURUKO | 1626 UA DR | 96816 | F | | P O BOX 894209 96789 |
| 6 | 4 | 5 | WHITE, TRACEY M | 4300 WAIALAE AVE, 1803 | 96816 | F | | |
| 6 | 4 | 15 | NATALE, BARBARA L | 2957 NUMANA RD | 96819 | F | | P O BOX 10 96810 |
| 27 | 4 | 1 | BYRNE, MARGARET D | 84-865 IKUA ST | 96792 | F | | |
| 6 | 4 | 5 | CARROLL, REBECCA L J | ALA MOANA BEACH PARK | 96815 | F | | 277 OHUA AVE 96815 |
| 28 | 2 | 3 | NOBLES, RUBY M | 425 ENA RD, 702-A | 96815 | F | | |
| 28 | 1 | 3 | IMAI, JEREMY J | 99-691 HALAWA HTS RD | 96786 | M | | |
| 28 | 2 | 1 | LAGARAS, ALFONSO S SR | 15 IHOIHO PL, 508B | 96701 | M | | |
| 28 | 2 | 7 | CRUWELL, CHARLES M | 91-1217 KAUIKI ST | 96786 | M | | |
| 28 | 4 | 8 | MORIMOTO, TESSIE ANN Z | 91-589 PUAMAEOLE ST, 35A | 96706 | M | | |
| 28 | 3 | 8 | TOUMA, ANDREW M | 1848 PALOLO AVE, D | 96706 | M | | |
| 28 | 4 | 11 | GISHITOMI, SUSAN C | 2007 CITRON ST | 96816 | M | | |
| 29 | 1 | 29 | MEEHAN, SHARMAN M | 2333 KAPIOLANI BLVD, 807 | 96826 | F | | |
| 29 | 1 | 2 | GANIBE, MARY JANE A | 1912 KALIHI ST, 214 | 96826 | F | | |
| 1 | 2 | 9 | ITO, JULIA M | 632 MAGELLAN AVE | 96819 | F | | |
| 2 | 1 | 9 | BOWMAN, GISELLE K.A. | 775 KINLAU PL, 904 | 96813 | F | | |
| 2 | 4 | 12 | DIRACALI, FRANCISCO C | 2022 WATERHOUSE ST, 10 | 96819 | M | | |
| 2 | 3 | 7 | HIRANATSU, ALAN I | 3450 ALA ILIMA | 96818 | F | | |
| 30 | 3 | 10 | MARTINEZ, GERALDINE M | 1039 16TH AVE | 96816 | M | | |
| 30 | 3 | 14 | SCHAEBE, DONNA M | 546 KAAAHI ST | 96817 | F | | 1330 S BERETANIA ST, 307 96814 |
| 30 | 4 | 15 | PAINE, KATHERINE K | 1201 COLLEGE WALK, 214 | 96813 | F | | P O BOX 3343 96801(32) |
| 30 | 4 | 4 | KEJIHAKA, LENORA K | 231 NAONE ST | 96797 | M | | 840 KAWAIAHAO ST, MPB32 96813 |
| 30 | 4 | 5 | LOPEZ, ENRICO P | 94-1119 KA UKA BLVD, 207 | 96821 | M | | P O BOX 22092 96823 |
| 30 | 4 | 10 | HANCOCK, LELAND R | 214 FULIOUOU RD | 96782 | F | | 1290 MAUNAKEA ST, D217 96817 |
| 30 | 3 | 3 | MIYASHIRO, IALLYN N | 93-931 NOELANI ST | 96705 | M | | |
| 34 | 2 | 1 | GAHADEH, JUSTIN M | 200 ULUALA RD | 96786 | F | | PO BOX 306 96705 |
| 34 | 4 | 12 | WHITTIAM, JONATHAN L | 860 HALEKAUWILA ST, 1809 | 96701 | F | | |
| 34 | 1 | 8 | LACY, GAYLA M | 198 BAILEY PL, 102 | 96813 | F | | |
| 4 | 3 | 11 | INVAU, ADELE M | 91-804 APOKE PL | 96706 | F | | |
| 34 | 3 | 7 | MOU, IANUARIA J | 99-049 KINOOLE PL | 96706 | M | | |
| 34 | 9 | | FREI, MICHAEL B | 66 QUEEN ST, 3404 | 96813 | M | | P O BOX 81 96701 |

# CHALLENGES TO DISQUALIFIED VOTERS

## CLUSTER 4

| F | PG | LN | NAME | ADDRESS | ZIP | SEX | ST | MAILING ADDRESS |
|---|---|---|---|---|---|---|---|---|
| 35 | 2 | 5 | MARIANO, ELVIRA R | 434 KUAMOO ST, 202 | 96815 | F | | |
| 35 | 2 | 6 | WASHINGTON, HENRY M | 6621 KAUNA ST | 96825 | M | | P O BOX 88545 96830 |
| 35 | 3 | 1 | ROMPASKY, DOUGLAS I K | 16 AKEA PL | 96790 | M | | |
| 35 | 3 | 3 | FANSLAU, MICHELLE A | 1022 KEKAULIKE ST, 113 | 96817 | F | | |
| 35 | 4 | 13 | IM, STAN S | 860 HALEKAUWILA ST, 1507 | 96813 | M | | PO BOX 2357 96804 |
| 36 | 1 | 2 | FREITAS, JACQUELYN N | 741A HINANO ST | 96720 | F | | |
| 36 | 4 | 15 | TORRICER, SYLVIA K | 92-1303 HOOKEHA ST | 96707 | F | | |

(7)

## CHALLENGES TO DISQUALIFIED VOTERS — CLUSTER 5

| F | PG | LN | NAME | ADDRESS | ZIP | SEX | ST | MAILING ADDRESS |
|---|----|----|------|---------|-----|-----|----|-----------------|
| 49 | 2 | 15 | MCARDLE, JOHN D | 92-539 AKAAWA ST | 96707 | M | | |
| 49 | 4 | 4 | MIYASHIRO, LILLIAN M | 2787 WINAM AVE, 3 | 96816 | F | | |
| 49 | 4 | 9 | HENOBIO, BRENDA A | 1046 EHOEHO AVE | 96786 | F | | |
| 53 | 2 | 14 | WAXMAN, MICHELLE T | 958 APOKULA ST | 96734 | M | | |
| 53 | 3 | 6 | BALFOUR, DEBRA K M H | 4355 KAIKOO PL | 96816 | F | | P O BOX 860693 96786 |
| 53 | 3 | 13 | BLANCO, SEBASTIAN Q | 1443 KALAEPOHAKU ST | 96816 | M | | |
| 53 | 3 | 4 | DEVELYN, SEAN THOMAS | 2591 DOLE ST | 96822 | M | | |
| 53 | 2 | 11 | ABILLE, SHERRY J | 60 N BERETANIA ST, 201 | 96817 | M | | |
| 53 | 3 | 3 | BERGMANS, MARK S | 1717 MOTT SMITH DR, 608 | 96822 | M | | |
| 53 | 3 | 9 | YONESHIGE, SEAN H | 3133 CHARLES ST | 96816 | M | | |
| 53 | 3 | 15 | LETOTO, LAWRENCE L L | 1449 PENSACOLA ST, 3 | 96822 | M | | |
| 59 | 3 | 3 | MAGALEI, LILA F M | 56-274 MAUNUNUNU ST | 96731 | F | | |
| 59 | 2 | 14 | GALLETES, MARIA C | 56-098 KAHANA ST | 96731 | F | | |
| 59 | 3 | 3 | RAMOS, SANTIAGO T | 56-382 KEKAUOHA ST | 96731 | M | | |
| 59 | 3 | 5 | TAMPON, PRISCILLA V | 56-375 KEKAUOHA ST | 96731 | F | | |
| 59 | 3 | 10 | ROMERO, MATTHEW D | 56-283 KEKAUOHA ST | 96731 | M | | |
| 60 | 3 | 14 | EVANGELISTA, CANDIDA R | 56-111 ALAPA PL | 96731 | F | | P O BOX 458 96731 |
| 60 | 3 | 15 | EUGENIO, ARSENIA A | 56-107 ALAPA PL | 96731 | F | | P O BOX 109 96731 |
| 60 | 3 | 4 | AKINA, PAMELA | 56-603 PUALALEA PL | 96731 | F | | P O BOX 236 96731 |
| 60 | 4 | 9 | COLOMA, MARIA T C | 56-592 PUALALEA PL | 96731 | F | | P O BOX 231 96731 |
| 60 | 3 | 1 | DOMINGO, JULIA P | 92-565 AWAWA ST | 96707 | F | | P O BOX 514 96731 |
| 60 | 3 | 4 | LEE, YONG N | 1617 KEEAUMOKU ST, 1103 | 96822 | M | | P O BOX 244 96731 |
| 60 | 3 | 7 | PAWN, DANIEL K | 1621 ULUPII PL | 96734 | M | | P O BOX 58 96731 |
| 60 | 4 | 7 | DAVIS, ROBERT S JR | 54-252 HONOMU ST | 96717 | F | | PO BOX 649 96731 |
| 61 | 2 | 6 | PAWN, NONILA M K | 54-261 KAWAIHEMO PL | 96717 | M | | PO BOX 822 96717 |
| 61 | 4 | 5 | AH QUIN, NONILA M K | 942 7TH AVE, A | 96816 | M | 02 | P O BOX 334 96717 |
| 61 | 3 | 1 | JOSEPH, LAZAR | 48-350 WAIAHOLE VLY RD | 96744 | M | | P O BOX 1378 96807 |
| 61 | 3 | 2 | PILANCA, PHILEMON K | 48-350 WAIAHOLE VLY RD | 96744 | F | | P O BOX 4050 96744 |
| 63 | 3 | 6 | CROWLEY, COURTNEY A | 47-390 KEOHAPA PL | 96744 | M | | P O BOX 4382 96744 |
| 63 | 3 | 9 | WARDNER, JOY K | 91-1160 MIKOHU ST, 33-U | 96706 | M | | |
| 63 | 3 | 10 | STEVENS, ARIANA | 54-266 KATI HWY | 96717 | F | | P O BOX 667 96717 |

(30)

# CHALLENGES TO DISQUALIFIED VOTERS

## CLUSTER 6

| PG | LN | NAME | ADDRESS | ZIP | SEX | ST | MAILING ADDRESS |
|---|---|---|---|---|---|---|---|
| 64 | 2 | 4 | SAITO, FREDA LYNN J | 94-1037 PAHA PL, S-7 | 96797 | F | | |
| 64 | 2 | 5 | SAITO, TIFFANY-ROSE | 94-1037 PAHA PL, S7 | 96797 | F | | |
| 64 | 2 | 12 | WINTER, JENIFER S | 2366 OAHU AVE | 96822 | F | | |
| 64 | 3 | 1 | DOWNING, GEORGE H | 928 PUNAHELE PL | 96821 | M | | |
| 64 | 1 | 6 | AGARMA, BERNADETTE M | 2308 PALENA ST | 96819 | F | | |
| 64 | 1 | 2 | LAMBERT, SALLY J | 118 WAILUPE CIR | 96821 | F | | |
| 65 | 1 | 1 | SOPER, SHARON L | 500 UNIVERSITY AVE, 125 | 96826 | F | | |
| 65 | 2 | 3 | AKIU, PHILIP A | 755 UMI ST, 2 | 96819 | M | | |
| 65 | 2 | 5 | MARTINEZ, MARK T | 2901 KALAWAO ST | 96822 | M | | 1134 KOKO HEAD AVE 96816 |
| 65 | 2 | 11 | COUVILLON, PATRICIA A | 1521 ALEXANDER ST, 1706 | 96822 | F | | |
| 65 | 3 | 15 | SHINKAWA, SHELBY K | 94-404 PAPOLOHIWA ST | 96789 | F | | |
| 65 | 3 | 4 | JOHN, VANESSA S M | 2931 PACIFIC HTS RD | 96813 | F | | |
| 65 | 4 | 7 | ATKINS, CAROLE S | 6370 HAWAII KAI DR, 40 | 96825 | F | | |
| 66 | 3 | 6 | HAYNES, LOUREILLE H | 1247 ALA KAPUNA, 202 | 96819 | F | | |
| 66 | 4 | 1 | LEWIS, GENIVER M | 45-519 KEAAHALA RD, 202 | 96744 | F | | |
| 66 | 4 | 5 | KIA NAPEPAE, CHAROLYN H | 99-118 KOHOMUA ST, 103 | 96701 | F | | |
| 66 | 4 | 10 | MILLER, KENNETH J | 1654 ALEWA DR | 96817 | M | | |
| 66 | 4 | 13 | EMBRY, CHERYL L | 1541 PALOLO AVE, B | 96816 | F | | |
| 65 | 3 | 15 | KAHOOHANOHANO, SUZANNE K | 821 15TH AVE | 96816 | F | | |
| 65 | 4 | 9 | CULLEN, ROBERT W | 1737 HOE ST | 96819 | M | | |
| 65 | 2 | 10 | DAVIS, KEVIN S | 1025 WILDER AVE, 10B | 96822 | M | | |
| 66 | 4 | 12 | LAMPLEY, NATHANIEL R | 717 KIHAPAI PL, 7 | 96734 | M | | |
| 67 | 2 | 9 | POLLOCK, MAXINE D | 320 MOLO ST, 3 | 96734 | F | | |
| 67 | 2 | 14 | SCHAFFNER, CATHERINE M E | 44-676 KAHINANI PL | 96744 | F | | |
| 67 | 4 | 2 | WONG, JANICE A | 257 POIPU DR | 96825 | F | | |
| 67 | 2 | 13 | LO, LINBOURNE | 1052 LUHIAAI ST | 96734 | M | | |
| 67 | 4 | 14 | COOK, MICHAEL L | 672 AUWINA ST | 96734 | M | | |
| 68 | 4 | 4 | PHILLIPSCHROEP, RYAN W | OCEANVIEW PKWAY | 96778 | M | | PO BOX 15613 96830 |
| 69 | 3 | 3 | KEIHULI, JAYNEI L | 87-160 KULAAUPUNI ST | 96792 | F | | |
| 69 | 3 | 3 | SON, ALIHA II | 1738 YOUNG ST, 5 | 96826 | M | | |
| 74 | 3 | 6 | GHILLOZEF, TAPA K | 91-2055 PAHUHU PL | 96706 | F | | |
| 74 | 4 | 15 | EVANS, ANELA M K | 539 AKOLU PL | 96763 | F | | PO BOX 630374 96763 |

(32)

## CHALLENGES TO DISQUALIFIED VOTERS

### CLUSTER 6

| PT | PG | LN | NAME | ADDRESS | ZIP | SEX | ST | MAILING ADDRESS |
|---|---|---|---|---|---|---|---|---|
| 125 | 2 | 1 | WATTS, RICHARD | 2119 KALOA WAY | 96822 | M | | |
| 125 | 4 | 1 | HASHIMOTO, GARRET T | 1336 DILLINGHAM BLVD, H | 96817 | M | | P O BOX 27584 96827 |

(2)

## CHALLENGES TO DISQUALIFIED VOTERS

### CLUSTER 7

| PET | PG | LN | NAME | ADDRESS | ZIP | SEX | ST | MAILING ADDRESS |
|---|---|---|---|---|---|---|---|---|
| 173 | 2 | 4 | JOHNSON, BONIFACIA M | 1825 DILLINGHAM BLVD | 96819 | F | | |
| 173 | 2 | 3 | SPENCER, BRANDON W | 2122 WAIPUILANI CT | 96782 | M | | |
| 175 | 3 | 15 | ISHIKAWA, MARTIN K S | 66 KALUHEA ST | 96786 | M | | |
| 207 | 2 | 1 | MAJIMAUSOLO, RAVE S H | 1035 WAININA ST | 96825 | M | | P O BOX 86/06/2 96/296 |
| TOTAL | | | | | | | | |

(186)

(4)

## CHALLENGES TO DISQUALIFIED VOTERS — CLUSTER 8

| F | PG | LN | NAME | ADDRESS | ZIP | SEX | ST | MAILING ADDRESS |
|---|----|----|------|---------|-----|-----|----|-----------------|
| 2 | 7 | 2 | HANCOCK, STEPHEN E | 55-575 NANILOA LP, B | 96762 | M | | P O BOX 336 96731 |
| 2 | 7 | 8 | HANCOCK, CARRIE S | 55-525 NANILOA LP, B | 96762 | F | | |
| 2 | 7 | 11 | TUTUA, TEHILA M | 55-565 NANILOA LP | 96762 | F | | P O BOX 156 96717 |
| 3 | 7 | 15 | VINEULA, JOSIAH | 55-146 PUUAHI ST | 96762 | M | | P O BOX 623 96818 |
| 3 | 7 | 15 | STANDLEY, VALERIA B | 56-154 PUULUANA PL, 4 | 96731 | F | | |
| 4 | 7 | 3 | WALLACE, KEHAU Y T | 56-338 KEKAUOHA ST | 96731 | F | | |
| 4 | 7 | 4 | ROH, CAROLYN W | 55-550 NANILOA LP, TVA 6224 | 96762 | F | | |
| 4 | 7 | 8 | CHEW, MARYNELLE | 55-238B KAMEHAMEHA HWY | 96762 | F | | |
| 4 | 7 | 15 | AFUOLA, ROSITA A | 1494 LINAPUNI ST, C | 96819 | F | | |
| 1 | 8 | 1 | DURAN, TERESA A | 47-567 ALAWIKI ST | 96744 | F | | |
| 1 | 8 | 2 | SHIMOMURA, MELISSA M K | 830 IKENA CIR | 96821 | F | | |
| 4 | 8 | 9 | ABREU, WENDY ANN | 91-1087 KEKUILANI LP, F | 96707 | F | | P O BOX 30904 96820 |
| 3 | 8 | 12 | LIRI, TINA ANN | 2122 ALGAROBA ST, E | 96826 | F | | |
| 2 | 9 | 14 | REYES, ATALUA | 91-175 OLAI ST | 96707 | F | FV | |
| 4 | 9 | 9 | AWANA, LENA K | 327 AINAHOU ST | 96825 | F | | P O BOX 700301 96709 |
| 3 | 9 | 14 | FUJIWARA, TAD T | 95-1005 PUUKOA ST | 96789 | F | 02 | |
| 1 | 9 | 2 | MCMAHON, GEOFFREY Y | 57-531 KAM HWY | 96731 | M | 02 | |
| 3 | 1 | 14 | KALEUGHER, CARL E | 95-091 KIPAPA DR, C-219 | 96789 | M | | |
| 1 | 1 | 3 | KALEUGHER, CHERYL A | 95-091 KIPAPA DR, C219 | 96789 | F | | |
| 2 | 1 | 11 | LEE, SALENA M N | 2267 WILSON ST | 96819 | F | | |
| 1 | 2 | 1 | SEGOUL, KAPUAOPUUAALAONALANI | 89-568 PUAKOLU ST | 96792 | F | | |
| 3 | 3 | 3 | SEGOUL, KEAI IILIALANIKUILANI M | 89-568 PUAKOLU ST | 96792 | F | | |
| 3 | 3 | 8 | PARK, JEOM SOON | 1696 HAKU ST | 96819 | F | | |
| 3 | 3 | 7 | NUNU, MANU T | 94-488 MAHOE ST | 96797 | F | | |
| 4 | 3 | 14 | HORIIE, BOBBIE C | 45-1030 KAMAU PL, 4D | 96744 | M | | P O BOX 30845 96820 |
| 2 | 4 | 2 | DELAPENA, DELLARD K | 64-5214 GILLARD RD | 96743 | M | | P O BOX 6443 96743 |
| 6 | 4 | 8 | TOHARA, PATRICK K | AHUALOA | 96727 | M | | P O BOX 604 96727 |
| 8 | 4 | 14 | GALLAGHER, JOHN B | 77-6554 KAHANAAUI PL | 96740 | M | CA | P O BOX 731 96745 |
| 5 | 4 | 2 | IEJIDA, MAFIA E | 55-146 KULANUI ST | 96762 | F | | |
| 4 | 2 | 4 | MOHETAU, JANICE M | 55-431 IOSEPA ST | 96762 | F | | P O BOX 50 96762 |
| 10 | 3 | 10 | ANAE, ALICE M | 55-470 IOSEPA ST | 96762 | F | | |
| 10 | 3 | 10 | FIVEP, MAKE D | 54-231 HAUULA HOMESTEAD RD, A | 96717 | M | | P O BOX 329 96717 |

# CHALLENGES TO DISQUALIFIED VOTERS

CLUSTER 8

| T | PG | LN | NAME | ADDRESS | ZIP | SEX | ST | MAILING ADDRESS |
|---|----|----|------|---------|-----|-----|----|-----------------|
| 33 | 2 | 13 | WESLEY, FAASASALU | 55-339 KAM HWY, 1A | 96762 | F | | |
| 33 | 2 | 14 | CABBAB, PACITA B | 56-105 MAKAIAU PL | 96731 | F | | P O BOX 5 96731 |
| 33 | 3 | 12 | KULFSA, LEONA M | 55-422 MOANA ST | 96762 | F | | P O BOX 146 96717 |
| 33 | 3 | 15 | MATU, FAAFETAI LUAMATA | 55-491 PALEKANA ST | 96762 | F | | P O BOX 179 96762 |
| 33 | 3 | 8 | AIYOU, MARIAHA P | 55-690 WAHINEPEE ST | 96762 | F | | |
| 47 | 3 | 8 | ROSA, LEONARD F JR | 2724 KAHOALOHA LN, 1603 | 96826 | M | | |
| 47 | 3 | 7 | ONGJOCO, PATRICK W | 45-263 HALEINUKU PL | 96744 | M | | |
| 48 | 4 | 1 | HUHHUI, JUDITH A | 1212 KINAU ST, 1703 | 96814 | F | | |
| 48 | 4 | 8 | LAGUA, SHIRLEY M | 67-212 KANALU ST | 96791 | F | | |
| 49 | 3 | 6 | TAPIA, JANET K | 1184 WAIMANO HOME RD, 3-B | 96782 | F | | P O BOX 1062 96791 |
| 49 | 3 | 5 | PERKINS, JON A | 114 N KUAKINI ST, 1402 | 96817 | M | | |
| 50 | 3 | 5 | DAMES, BRITTANY L | 147 HUANU ST | 96813 | F | | |
| 50 | 3 | 2 | STEWART, LEIA P | 815 PROSPECT ST, A | 96813 | F | | |
| 50 | 3 | 7 | MONTHO, JULIE A | 2565 LA I RD | 96816 | F | | |
| 50 | 3 | 14 | MALOSKY, MONICA | 429 KANEKAPOLEI ST, 30 | 96815 | F | | |
| 51 | 2 | 2 | AWANA, KUKIN P | 3234 MONSARRAT AVE, C | 96815 | M | | |
| 52 | 3 | 6 | KANU, LEONARD T | 730 CAPTAIN COOK AVE, 726 | 96813 | M | | |
| 52 | 3 | 13 | HOUSTON, SAMUEL H | 612 EAST WEST RD, 313B | 96822 | M | | P O BOX 61579 96839 |
| 52 | 4 | 5 | DE PONTE, LEONA W P | 131 N JUDD ST | 96817 | F | | |
| 52 | 1 | 3 | MIYASATO, ELIZABETH N | 918 WILIWILI ST, B-2 | 96826 | F | 02 | |
| 52 | 2 | 9 | KIU, JOHN J | 1682 KALAKAUA AVE, 201 | 96826 | M | | |
| 52 | 2 | 10 | SAGUSI, RALPH B | 1556 KAM IV RD | 96819 | M | | P O BOX 75055 96836 |
| 52 | 3 | 12 | FALEOLO, MALEPE N | 56-422 PAHELEHALA LP | 96731 | F | 02 | P.O. BOX 251 HAUULA 96717 |
| 52 | 3 | 15 | BRILLANTE, ROGELIO G | 56-248 HUEHU ST | 96731 | M | | P O BOX 68 96731 |
| 52 | 4 | 5 | SCOTT, AFEINIA S | 56-331 HUEHU ST | 96731 | M | 02 | P O BOX 726 96731 |
| 55 | 3 | 1 | MUELLER, BEAU | 65 FARRINGTON AVE | 96729 | M | | P O BOX 423 96729 |

(26)

# CHALLENGES TO DISQUALIFIED VOTERS                    CLUSTER 9

| T | PG | LN | NAME | ADDRESS | ZIP | SEX | ST | MAILING ADDRESS |
|---|----|----|------|---------|-----|-----|----|-----------------|
| 85 | 2 | 2 | AIKENS, LESIE G | 410 MAGELLAN AVE, 704 | 96813 | M | | |
| 85 | 2 | 8 | LIU, LILIAN H | 3161 ALA ILIMA, 1412 | 96818 | F | | |
| 85 | 2 | 15 | LAGPACAN, ANITES R | 98-1430 KOAHEAHE ST, D-111 | 96782 | M | | |
| 85 | 4 | 13 | LAU, MARTIN H | 55 S KUKUI ST, 2113D | 96813 | M | | |
| 85 | 7 | 7 | ARANDILLE, PHILLIP P | 21 S KUKINI ST, 119 | 96813 | M | | |
| 88 | 2 | 6 | MARSHALL, LIBERT | 329 CALIFORNIA AVE, 404 | 96786 | M | | P O BOX 4287 96812 |
| 88 | 2 | 8 | KUAPIO, DORIS P | 45-342 LILIPUNA RD, 305 | 96744 | F | | |
| 88 | 2 | 13 | ALTMAN, MICHAEL P | 91-224 KAUKOLU PL | 96706 | M | | P O BOX 673 96744 |
| 88 | 3 | 7 | DAMATO, JOHN J | 2033 MAKIKI ST | 96822 | M | | |
| 88 | 3 | 13 | HSU, HUI-HSIANG E | 98-1405 KAMAHAO ST, 163 | 96782 | F | | |
| 88 | 3 | 15 | PERRINE, RALPH CLIFTON | 3215 ALA ILIMA, B-310 | 96818 | M | | |
| 117 | 1 | 1 | SOUZA, ALFRED B | 139 WAIALEALE ST | 96825 | M | | |
| 117 | 1 | 2 | VAN DYKE, KATHLEEN M | 150 NENUE ST | 96821 | F | | |
| 119 | 2 | 5 | OHTA, MICHELLE MASAYO | 1160 ALA NAPUNANI, 1604 | 96818 | F | | |
| 119 | 3 | 8 | OVITT, DWIGHT C | 1420 VICTORIA ST, 801 | 96822 | M | | |
| 119 | 4 | 2 | LAVALLEE, STEFAN M | 710 LUNALILO ST, 906 | 96813 | M | | |
| 121 | 2 | 7 | WINTER, KATHY M | 2100 DATE ST, 2407 | 96826 | F | | |
| 121 | 2 | 14 | GETTMAN, CHRISTOPHER | 445 SEASIDE AVE, 3114 | 96815 | M | 02 | 445 SEASIDE AVE, BOX 458 96815 |
| 121 | 3 | 1 | KAMAHELE, JOYCE D | 981 HANINIHOLO ST | 96825 | F | | |
| 1.26 | 3 | 5 | GREIG, TREVA K | 1623 LIHOLIHO ST, 6 | 96822 | F | | |
| 1.26 | 3 | 10 | TANOA, FOINI F | 1760 GULICK AVE | 96819 | F | | |
| 149 | 2 | 2 | GOMES, MICHAEL K | 98-1038 MOANALUA RD | 96701 | M | | |
| 149 | 2 | 12 | KAAWALOA, DAWN A | 87-162 LAIKU ST | 96792 | M | | P O BOX 37231 96837 |
| 149 | 3 | 6 | KAHALE, KIRK K | 631 MANU OO ST | 96734 | M | | |
| 149 | 3 | 15 | SMITH, MARC A | 89-322 MOKIAWE ST | 96792 | M | | |
| 156 | 4 | 1 | KAUPU, GAYNOR M | 2341 AHAIKI PL | 96782 | F | | |
| 162 | 4 | 1 | PAIVA, ANSONI R | 98-524 1 KAONOHI ST | 96701 | F | | |
| 162 | 2 | 2 | WONG, DAWN E | 45-513 MOLULELE DR | 96744 | F | | |
| 162 | 3 | 3 | PASICABAN, WARIO J | 94-480 KUAHUI ST | 96797 | M | | |
| 162 | 4 | 10 | CONSTANTINO, STACEY P M | 91-814 POHAKUPUHA RD, A2 | 96706 | F | | |
| 162 | 4 | 10 | OIU, HA YOUNG | 8-21 AINAPO ST | 96825 | F | | P O BOX 2373 96706 |
| 171 | 2 | 2 | KWON, PARED Y V | 1128 ALA NAPUNANI, 1702 | 96818 | F | | |

(32)

# CHALLENGES TO DISQUALIFIED VOTERS

## CLUSTER 9

| F | PG | LN | NAME | ADDRESS | ZIP | SEX | ST | MAILING ADDRESS |
|---|----|----|----|----|----|----|----|----|
| 1 | 2 | 3 | UGALE, EDIZA U | 15-E LAKEVIEW CIR | 96786 | F | | |
| 171 | 2 | 7 | COMILANG, GLADYS B | 213  ULULANI ST | 96720 | F | | |
| 171 | 2 | 8 | FAUFATA, KAYLA H T | 4491 MALIA ST | 96821 | F | | |
| 171 | 3 | 3 | JENKINS, ROLAND K | 3388 SALT LAKE BLVD, 105 | 96818 | M | | PO BOX 10293 96721 |
| 171 | 4 | 8 | YAMAMOTO, BRADFORD G | 1746 HUNA ST, 4 | 96817 | M | | |
| 171 | 4 | 9 | ARANGO, FRANCISCO J | 1750 KALAKAUA AVE, 1007 | 96826 | M | | |
| 171 | 4 | 15 | CASTILLO, JEFFREY P | 94-1173 PULAI ST | 96797 | M | | |
| 174 | 2 | 12 | BABA, PAUL K | 91-1216 AAWA DR | 96706 | M | | |
| 174 | 3 | 13 | PULE, DANIEL T | 1676 ALA MOANA BLVD, 910 | 96815 | M | | PO BOX 6075 96737 |
| 174 | 4 | 12 | JOAQUIN, JOHN E | BAMBOO LN | 96737 | M | | |

(286)                                                    (10)

~~TAL

## CHALLENGES TO DISQUALIFIED VOTERS    CLUSTER 10

| PG | LN | NAME | ADDRESS | ZIP | SEX | ST | MAILING ADDRESS |
|----|----|------|---------|-----|-----|-----|-----------------|
| 179 | 2 | 15 | QUILANTANG, KENNETH L JR | 1135 IOMEA PL | 96786 | M | | |
| 179 | 3 | 13 | MATSUDA, MARC T N | 712 OLOHENA ST | 96825 | M | | |
| 179 | 4 | 2 | GEHRING, LEILISA R | 95-227 WAIKALANI DR, A-605 | 96789 | F | 02 | |
| 181 | 3 | 4 | YOGI, CHRISTOPHER M | 7391 AINANANI PL | 96825 | M | | |
| 181 | 4 | 11 | KURANO, TRACIE L | 669 KULILOUOU RD | 96821 | F | | |
| 181 | 4 | 13 | SHERREITT, KUMARI D | 16-1390 KEAAU PAHOA RD | 96749 | F | | HCR 1 BOX 4109 96749 |
| 197 | 2 | 4 | NAKAMURA, DYON S | 99-157 PAMOHO PL | 96701 | F | | |
| 197 | 3 | 14 | SMITH, SHANNON C | 158 HAWTHORNE PL, 302 | 96818 | F | | |
| 197 | 4 | 7 | SMITH, TAINA Z | 1271 ULUNAHELE ST | 96734 | F | | P O BOX 2904 96701 |
| 197 | 4 | 10 | HERTZOG, STACEY L | 94-828 LUMIAUAU ST, P-203 | 96797 | F | | |
| 199 | 2 | 2 | SAKAUE, JUSTIN T | 4405 SIERRA DR | 96816 | M | | |
| 199 | 2 | 3 | MAEDA, REILY T | 99-356 AHEAHE ST | 96701 | M | 02 | |
| 199 | 3 | 1 | CANNELLA, JON J | 1525 ADELAIDE ST | 96819 | M | | |
| 199 | 3 | 2 | OKAZAKI, JASON A | 1736 AKAHI ST | 96819 | M | | |
| 199 | 3 | 8 | FU, JASON W | 24 LUMAHAI ST | 96825 | M | | |
| 199 | 3 | 12 | ANHOW, JESSE K | 760 SUNSET AVE | 96816 | M | | |
| 199 | 3 | 15 | WEIDER, SEAN A | 3027 PUALEI CIR, 208 | 96815 | M | | |
| 199 | 3 | 4 | SPENCE, ALLYSON AKIKO | 5248 PAPAI ST | 96821 | F | 02 | |
| 219 | 4 | 7 | FASHELLE, ANNETTE | 1316 DOMINIS ST | 96822 | F | | |
| 297 | 1 | 5 | NAKAMOTO, IRISHA ANN H | 1448 THURSTON AVE, 11 | 96822 | F | | P O BOX 235658 96822 |
| 297 | 1 | 1 | KELLY, KEVIN M | 56-103 ALAPA PL | 96731 | M | | |
| 297 | 2 | 1 | VELASCO, ROUEL G | 91-803 OANIANI ST | 96707 | M | | |
| 298 | 1 | 8 | BURR-EYBUE, JESSICA L | 820 KAAHUMANU AVE, #49 | 96732 | F | | P O BOX 447 96731 |
| 315 | 1 | 3 | MEHIONA A, CIELY R K | 46-280 AHUI NANI PL | 96744 | F | | |
| 315 | 1 | 9 | MARLOW, HEIDI E | 60 N BERETANIA ST, 2607 | 96817 | F | | |
| 316 | 1 | 2 | CHANG, RUCHITA | 2755 KAPIOLANI BLVD, 37 | 96826 | F | 02 | |
| 320 | 3 | 6 | ZHOU, KAI | 1201 KUKEA ST, 6304 | 96817 | F | | |
| 321 | 2 | 3 | GRASSLE, JUSTIN P K | 1093 LIKO ST | 96734 | M | | |

TOTAL.

(314)                    (28)

## CHALLENGES TO DISQUALIFIED VOTERS          CLUSTER 11

| PG | | LN | NAME | ADDRESS | ZIP | SEX | ST | MAILING ADDRESS |
|---|---|---|---|---|---|---|---|---|
| 184 | 2 | 3 | PAI, SAMUEL S | 1655 MAKALOA ST, 1303 | 96814 | M | | |
| 203 | 2 | 2 | KIM, ATHENA S | 1155 WILDER AVE, 704 | 96822 | F | | |
| 203 | 2 | 7 | AGATER, KERN K | 95-208 AHEA PL | 96789 | M | | |
| 203 | 2 | 11 | ECHEVERRIA, PAUL H | 2563 DOLE ST, 303 | 96822 | M | | |
| 203 | 2 | 12 | O'CONNOR, KIRA P | 814 KINAU ST, 307 | 96813 | F | | |
| 238 | 3 | 15 | SPILLNER, WANDA I | 91-868 HAEHAE PL | 96706 | F | | |
| 238 | 4 | 4 | TALAKI, TRACEY M | 95-299 KAILIULA LP | 96789 | F | 02 | P O BOX 893507 96789 |
| 238 | 4 | 5 | PILGRIM, TRAVIS I | 91-043 AMIO ST | 96706 | F | | |
| 238 | 4 | 8 | BRAGADO, LINDA SUSAN | 95-755 HOKUWELOWELO PL, K206 | 96709 | F | | |
| 240 | 1 | 2 | TARANIAG, JESSE V | 95-1065 KUAULI ST, 9 | 96789 | M | | |
| 240 | 2 | 11 | FALAU, CHARLES N | 45-606 MAHINUI RD | 96744 | M | 02 | |
| 240 | 2 | 2 | SHINMOTO, SHERRY M A | 99-060 KAUHALE ST, 508 | 96701 | F | | PO BOX 894492 96789 |
| 240 | 4 | 6 | GATES, EASTER | 84-918 HAHA ST | 96792 | F | | P O BOX 2432 96804 |
| 240 | 4 | 7 | BLAS, EVELYN B | 94-143 HAAA ST | 96797 | F | | |
| 240 | 4 | 13 | AYRES, JONALFE A | 2265 WAIOMAO RD | 96816 | F | | |
| 243 | 2 | 14 | LACY, GAYLA M | 198 BAILEY PL, 102 | 96786 | F | | |
| 243 | 3 | 4 | ORNELLAS, GINA L H | 89-354 PUA AVE | 96792 | F | | |
| 243 | 3 | 7 | VON WRONSKI, CELESTE M N | 91-797 MAKULE RD, C | 96706 | F | | P O BOX 240673 96824 |
| 5 | 1 | 2 | HOLLISON BETAMOUR, RENEE S | 587 HAO ST | 96821 | F | | |

TOTAL          (333)          (19)

§11-113 Presidential ballots. (a) In presidential elections, the names of the candidates for president and vice president shall be used on the ballot in lieu of the names of the presidential electors, and the votes cast for president and vice president of each political party shall be counted for the presidential electors and alternates nominated by each political party.

(b) A "national party" as used in this section shall mean a party established and admitted to the ballot in at least one state other than Hawaii or one which is determined by the chief election officer to be making a bona fide effort to become a national party. If there is no national party or the national and state parties or factions in either the national or state party do not agree on the presidential and vice presidential candidates, the chief election officer may determine which candidates' names shall be placed on the ballot or may leave the candidates' names off the ballot completely.

(c) All candidates for President and Vice President of the United States shall be qualified for inclusion on the general election ballot under either of the following procedures:

(1) In the case of candidates of political parties which have been qualified to place candidates on the primary and general election ballots, the appropriate official of those parties shall file a sworn application with the chief election officer not later than 4:30 p.m. on the sixtieth day prior to the general election, which shall include:

(A) The name and address of each of the two candidates;

B) A statement that each candidate is legally qualified to serve under the provisions of the United States Constitution;

(C) A statement that the candidates are the duly

EXHIBIT 10

chosen candidates of both the
state and the national party,
giving the time, place, and
manner of the selection.

(2) In the case of candidates of
parties or groups not qualified to
place candidates on the primary or
general election ballots, the person
desiring to place the names on the
general election ballot shall file with
the chief election officer not later
than 4:30 p.m. on the sixtieth day
prior to the general election:

(A) A sworn application which
shall include the information
required under paragraph
(1)(A) and (B), and (C) where
applicable;

(B) A petition which shall be
upon the form prescribed and
provided by the chief
election officer containing
the signatures of currently
registered voters which
constitute not less than one
per cent of the votes cast in
the State at the last
presidential election. The
petition shall contain the
names of the candidates, a
statement that the persons
signing intend to support
those candidates, the address
of each signatory, the date
of the signer's signature and
other information as
determined by the chief
election officer.

Prior to being issued the petition
form, the person desiring to place the
names on the general election ballot
shall submit a notarized statement from
each candidate of that person's intent

to be a candidate for President or Vice President of the United States on the general election ballot in the State of Hawaii. Such statements may be withdrawn by a prospective candidate for Vice President and an alternative candidate for Vice President be substituted anytime prior to the notification of qualification or disqualification provided in subsection (d). Any such substitutions shall be accompanied by a notice of substitution satisfying subparagraph (A), a statement of intent as required by this paragraph, and a letter by the candidate for President endorsing the substitute candidate for Vice President. Upon receipt of a notice of substitution and all other required documents, the substitute shall replace the original candidate for Vice President on the general election ballot. The petitions issued in the names of the original candidates will remain valid for the purposes of this section.

(d) Each applicant and the candidates named, shall be notified in writing of the applicant's or candidate's eligibility or disqualification for placement on the ballot not later than 4:30 p.m. on the tenth business day after filing. The chief election officer may extend the notification period up to an additional five business days, if the applicants and candidates are provided with notice of the extension and the reasons therefore.

(e) If the applicant, or any other party, individual, or group with a candidate on the presidential ballot, objects to the finding of eligibility or disqualification the person may, not later than 4:30 p.m. on the fifth day after the finding, file a request in writing with the chief election officer for a hearing on the question. A hearing shall be called not later than 4:30 p.m. on the tenth day after the receipt of the request and shall be conducted in accord with chapter 91. A decision shall be issued not later than 4:30 p.m. on the fifth day after the conclusion of the hearing. [L 1970, c 26, pt of §2; am L 1973, c 217,

§1(ff); am L 1977, c 189, §1(8); am L 1983, c 34, §14; am L 1993, c 304, §6]

SUBCHAPTER 10
PRESIDENTIAL PETITIONS

§2-51-110 Presidential petitions; issuing. (a)
Any group wishing to petition to place the names of
candidates for president and vice president on the
State's general election ballots, pursuant to HRS
§11-113, shall submit a notarized statement of intent
51-77
§2-51-110
from the presidential and vice presidential candidates to
the chief election officer before receiving the petition
forms. The statement of each candidate shall be
substantially in the following form:
(1) I, (name
of candidate), hereby declare that I intend to
be a candidate for
(president or vice president) of the United
States on the (year) general
election ballot in the State of Hawaii; and
(2) Shall be subscribed and sworn or affirmed to
before a notary public.
(b) The party or group shall also provide basic
information to the chief election officer by filling out
an application form before receiving the petition forms.
An application for petition to place the names of
candidates for president and vice president on State of
Hawaii general election ballot shall be in the form
prescribed and provided by the chief election officer,
attached hereto as Appendix "G" dated July 1, 2000,
containing substantially the following information:
(1) The name of a contact person to be responsible
for the petition;
(2) The group's telephone numbers and mailing
address;
(3) The year of the election for which the petition
is being requested; and
(4) The party or group name and the names of the
candidates for president and vice president.
(c) Before issuing the petition forms, which shall
be substantially similar to a form attached hereto as
Appendix "H" dated July 1, 2000, the chief election
officer shall place on the petition the names of the
presidential and vice presidential candidates and the
party or group name. A petition will not be issued
unless the chief election officer receives the notarized
statement of intent from the presidential candidate and
the vice presidential candidate.

(d) The petition shall be void upon the fifty-ninth day prior to the general election for which it is issued. [Eff and comp 9/16/96; am 9/18/98; am and comp SEP 18 2000] (Auth: HRS §11-4) (Imp: HRS §11-113)

51-78

§2-51-111

§2-51-111 Presidential petitions; withdrawal of signatures. (a) Any voter who signed a presidential petition pursuant to HRS §11-113, may withdraw the voter's signature by submitting a written notice to the chief election officer any time prior to the filing of the petition. The written notice to withdraw shall contain the following:

(1) The date of the notice;

(2) The name, social security number, address, and date of birth of the voter requesting removal of the signature from the petition;

(3) The signature of the voter under the name in which the voter is registered to vote;

(4) The name of the presidential petition from which the signature should be removed; and

(5) A statement that the voter wishes to withdraw the voter's signature from the petition.

(b) Upon receipt of a written notice to withdraw containing the information provided in subsection (a) prior to the filing of the petition, the chief election officer shall notify the group or individuals to whom the petition was issued that the signature of the voter will not be counted.

(c) Upon receipt of the petition for filing, the chief election officer shall:

(1) Verify that the signature on the written notice to withdraw corresponds with the voter's signature on the petition; and

(2) If the signature corresponds, cross out the voter's signature in black ink and indicate that the voter has withdrawn the voter's signature.

(d) If the written notice to withdraw is received by the chief election officer after the petition has been filed, then the chief election officer shall notify the voter, in writing, that the voter's notice was not received in time and was not accepted. [Eff and comp 9/16/96; comp SEP 18 2000] (Auth: HRS §11-4) (Imp: HRS §§11-6, 11-113)

§2-51-112 Presidential petitions; qualification of signatories. To determine whether an individual is qualified to sign a presidential petition, the chief

51-79
§2-51-113

election officer or designated representative shall
determine whether the signatory is an active registered
voter by checking the statewide voter registration
system; provided that a properly executed voter
registration form shall be effective if it is received by
the clerk and the affiant's name has been entered in the
statewide voter registration system on or before the date
on which the petition is filed. [Eff and comp 9/16/96;
comp SEP 18 2000] (Auth: HRS §11-4) (Imp: HRS §11-113)
§2-51-113 Presidential petitions; verification of
signatories. (a) Upon receipt of a presidential
petition, the chief election officer or designated
representative shall verify within ten business days
whether the petition has met the requirements of HRS
§11-113.
(b) Upon receipt of a petition containing at least
the minimum number of signatures required pursuant to HRS
§11-113(c)(2)(b), the chief election officer or
designated representative shall verify whether the
signatory is eligible to sign the petition. To be
eligible, the signatory must be a registered voter in
Hawaii and must appear in the statewide voter
registration system as an active registered voter.
(1) If the signatory on the petition exists as an
active registered voter in the statewide voter
registration system, then the signatory shall be
counted;
(2) If the signatory on the petition does not exist
as an active registered voter in the statewide
voter registration system, then the signatory
shall not be counted;
(3) If there are duplicate signatories on a party
petition, and the signatory is an active
registered voter, then the signatory shall be
counted once; and
(4) If the signatory does not provide all of the
required information on the petition or if the
information is not legible, then the signatory
may not be counted.
(c) A voter who withdraws the voter's signature from
the petition in accordance with section 2-51-111
51-80
§2-51-113
shall not be verified or counted.
(d) The chief election officer or designated

representative may verify that the voter's signature on the petition corresponds with the voter's signature on the voter's registration form. If the signature does not correspond, then the voter's signature on the petition shall not be counted. The chief election officer or designated representative shall indicate on the petition that the voter's signature is invalid because it does not match the signature on the voter's registration form.
(e) The chief election officer or designated representative may verify only as many signatories as needed to ensure that the presidential and vice presidential candidates has met the signature requirements of HRS §11-113. [Eff and comp 9/16/96; am and comp SEP 18 2000] (Auth: HRS §11-4) (Imp: HRS §11-113)

§§2-51-114 to 2-51-129 (Reserved)

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

FOR THE STATE OF HAWAII

MICHAEL A. PEROUTKA, et al,    )    CIVIL NO. _____
                               )
            Appellants,        )    MEMORANDUM OF LAW
                               )
    vs.                        )
                               )
DWAYNE D. YOSHINA, Chief       )
Election Officer, State of     )
Hawaii,                        )
                               )
            Appellee.          )
                               )

MEMORANDUM OF LAW

Introduction

        Appellants Michael A. Peroutka and Chuck Baldwin are
independent candidates for election to the offices of
President and Vice-President of the United States and are
affiliated with an organization known as The Constitution Party
National Campaign. They actively are seeking to be named on
the statewide ballot for the up-coming November 2nd election.
Appellant David W. Porter is a Hawaii resident and registered
voter who is supporting and assisting the campaign efforts of
candidates Peroutka and Baldwin. See Affidavit of David W.
Porter, attached hereto [hereinafter "Porter Affidavit"].

Factual Background

        On or about September 3, 2004, Appellant Porter, in
behalf of the campaigns of Plaintiffs Peroutka and Baldwin,
filed signed petitions with the Office of Elections of the

State of Hawaii for the purposes of having the names of Michael A. Peroutka and Chuck Baldwin placed on ballots in the State of Hawaii for the presidential elections scheduled to be conducted on November 2, 2004. The petitions were obtained, signed, and filed in accordance with the requirements of Section 11-113, Hawaii Revised Statutes [hereinafter "Section 11-113"] (attached hereto as Exhibit 10), which establishes the procedure by which independent candidates may become entitled to have their names on the statewide ballot for general elections conducted in Hawaii.

Section 11-113 requires that the applications of independent presidential candidates be supported by at least one percent of the number of registered voters who actually voted in the previous presidential election. In accordance with the formula established by Section 11-113, the Hawaii Office of Elections has determined that the current threshhold number of required signatures for independent presidential elections is 3,711 [Exhibits 2 and 6].

In accordance with its applicable rules and regulations [Exhibit 11], the Hawaii Office of Elections examines each of the petitions filed by independent candidates to verify whether signatories are, in fact, registered voters in the State of Hawaii. The verification process involves, first, deciphering each handwritten name on the petition and then utilizing other identifying information provided by each sig-

natory to determine if the individual's name is listed as
"active" in the State Voter Registration System. The inform-
ation utilized in the verification process includes social
security number, date of birth, and address [Exhibits 6 and
11].

In fact, if the Office of Elections staff encounters
any difficulty deciphering a signatory's name that signature
routinely is rejected even if there is a similar name on the
current list of registered voters that matches the signatory's
address or other information provided on the petition. If a
signatory provides only a post office box address that signa-
ture also routinely is rejected and will not be counted even if
the current voter list contains both a street address and the
exact same post office box address for the named person [Porter
Affidavit, para. 11].

In the instant case the Office of Elections
acknowledged its receipt of 7,195 signatures on petitions filed
in behalf of candidates Michael A. Peroutka and Chuck Baldwin
of which only 3,481 initially were determined to be "valid,"
and 3,714 were rejected as "invalid" [Exhibit 2]. A few days
later the number of "valid" signatures inexplicably was reduced
by ten to 3,471 -- which is just 240 signatures less than the
required minimum of 3,711 [Exhibit 3]. No reasons ever were
given for the large number of signatures that were rejected.

Pursuant to Section 11-113(e), Hawaii Revised Stat-

utes, Appellants made a timely request for an administrative hearing to contest and review the decision of the Office of Elections rejecting the names of Michael A. Peroutka and Chuck Baldwin for the November 2nd ballot [Exhibit 4]. Before any hearing was conducted, however, Appellee took two decisive actions that clearly indicated that the hearing would be a meaningless and empty proceeding: (1) he ordered that ballots be printed and mailed out to absentee voters even before he considered any of the issues to be presented at the hearing by Appellants, and (2) he appointed himself as the hearing officer. Predictably, following a cursory proceeding that was conducted on September 30, 2004, Appellee summarily swept aside and dismissed any and all objections made in behalf of the Peroutka and Baldwin campaign and arrogantly refused to recount or reconsider any claims that there were more than a sufficient number of registered voters whose signatures had been submitted in the candidates' behalf [Exhibits 6 and 8].

Argument

Although the United States Constitution in Article II and the Twelfth and Twentieth Amendments confers power upon the states to conduct and regulate elections for the offices of President and Vice President, that authority is subject to the protections of both the First and Fourteenth Amendments, inter alia, guarantying each individual's rights to free expression and the free exercise of "the privileges or immunities of

-4-

citizens of the United State." Fourteenth Amendment to the
United States Constitution. See, e.g., <u>Illinois State Board of
Elections v. Socialist Workers Party</u>, 440 U.S. 173, 59 L.Ed.2d
230, 99 S. Ct. 983 (1979); <u>Greaves v. State Board of Elections
of North Carolina</u>, 508 F. Supp. 78 (E.D.N.C. 1980); <u>DeLaney v.
Bartlett</u>, ___ F. Supp. ___, 2004 WL 1689757 (M.D.N.C. 7-26-
2004).

     In <u>Illinois State Board of Elections v. Socialist
Workers Party</u>, <u>supra</u>, the Supreme Court recognized the funda-
mental rights of individuals to associate for political beliefs
and to cast their votes effectively in the face of unreasonable
state restrictions upon access to the ballot. In striking down
provisions of the Illinois Election Code the unanimous Court
observed that

> [w]hen such vital individual rights are at
> stake, a State must establish that its class-
> ification is necessary to serve a compelling
> interest . . . [and] may not choose "means
> that unnecessarily restrict constitutionally
> protected liberty."

<u>Illinois State Board of Elections v. Socialist Workers Party</u>,
440 U.S. 184-85 (Quoting <u>Kusper v. Pontikes</u>, 414 U.S. 51, 58-
59, 38 L.Ed.2d 260, 94 S. Ct. 303 (1973)).

     In <u>Cromer v. South Carolina</u>, 917 F.2d 819 (4th
Cir. 1990), the Court of Appeals noted that independent
candidates normally must be afforded easier access to statewide
ballots than newly formed political parties. And in <u>Delaney v.
Bartlett</u>, ___ F.Supp. ___, 2004 WL 1689757 (M.D.N.C. 7-26-2004)

a United States District Judge held recently that North Carolina's eligibility requirements for independent candidates impose "an unconstitutional burden on the rights of unaffiliated candidates and their supporters" because the state had failed to demonstrate sufficient reasons for the restrictions and/or that it had employed the "least restrictive means" to meet its objectives.

In Burdick v. Takushi, 504 U.S. 428 (1992), the United States Supreme Court held that it was permissible for Hawaii to prohibit write-in candidates because the statewide elections system held out so many other avenues for independent and minority party candidates to obtain access to the ballot. It is submitted that the basic premise for the Court's decision in Burdick has been severely undermined by the admittedly sloppy and restrictive processes and practices of the Office of Elections that have been demonstrated herein.

The evaluation and counting process is severely skewed and, more likely than not, results in unfair determinations that bar potential candidates from having their names placed on the statewide ballots as was the case for the Appellants herein. No two counts ended with the same results, thereby raising serious questions about the integrity of the process itself. If the staff encountered any difficulty reading the names on petitions those signatories simply were rejected. Even where the names could have been verified by use of post

office box addresses appearing on both the petitions and the official voter rolls, the Office of Elections staff did not even attempt to make the comparisons. In short, the Office of Elections procedures and practices employed herein are designed to eliminate names, rather than to validate them, and to frustrate the efforts of legitimate and serious candidates rather than to insure and protect the vital First and Fourteenth Amendment rights that are at stake in the electoral process.

Moreover, it is submitted that the State's efforts to solicit and utilize private information such as social security numbers and dates of birth effectively deter potential signatories because of very legitimate concerns about personal privacy and the possible misuse of such information. Because the current process may thereby discourage registered voters from supporting independent candidates of their choice, there is an impermissible burden placed upon such candidates which makes it even more difficult for them to qualify to have their names placed on the statewide ballot in Hawaii.

Finally, in clear violation of the right to a fair and impartial hearing, Appellee appointed himself as the hearing officer and conducted the hearing after he already had taken decisive steps indicating what the outcome of that hearing would be. Appellants never had any process -- let alone "due process" -- afforded to them under circumstances where there is concrete and irrefutable evidence that candidates

Peroutka and Baldwin actually did produce the signatures of more than enough registered voters who wanted the candidates' names to appear on the ballot for the November 2nd election in Hawaii.

<u>Conclusion</u>

Because the Appellee and his staff have severely undermined and trampled upon fundamental guarantees of fair and democratic elections -- rather than protected them -- it is submitted that Appellants are entitled to the issuance of appropriate and timely relief to uphold and enforce their important constitution rights herein.

DATED: Honolulu, Hawaii, October 18, 2004.

ERIC A. SEITZ
LAWRENCE I. KAWASAKI

Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that one copy of the within was duly served this date by personal delivery to the following at the address listed below:

Mark J. Bennett, Esquire
Attorney General
State of Hawaii

Aaron H. Schulaner, Esquire
Russell A. Suzuki, Esquire
Holly T. Shikada, Esquire
Deputy Attorneys General
State of Hawaii
235 So. Beretania Street
Room 304
Honolulu, Hawaii  96813

Attorneys for Appellee
Dwayne D. Yoshina

DATED:  Honolulu, Hawaii, October 18, 2004.

_____
ERIC A. SEITZ