ORIGINAL

MARK J. BENNETT         2672
Attorney General of Hawaii

AARON H. SCHULANER      6954
HOLLY T. SHIKADA        4017
Deputy Attorneys General
235 S. Beretania Street, Room 304
Honolulu, Hawaii 96813
Telephone: (808) 586-1255
Facsimile: (808) 586-1488
E-Mail: Aaron.H.Schulaner@Hawaii.Gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 04 2007

at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RALPH NADER, PETER MIGUEL CAMEJO, ROBERT H. STIVER, MICHAEL A. PEROUTKA, CHUCK BALDWIN, AND DAVID W. PORTER,<br><br>Plaintiffs,<br><br>vs.<br><br>DWAYNE D. YOSHINA, Chief Election officer, State of Hawaii,<br><br>Defendant. | CIVIL NO. 04-00611 JMS/LEK<br><br>NOTICE OF HEARING; DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT; MEMORANDUM IN SUPPORT; DECLARATION OF AARON H. SCHULANER; EXHIBITS 1-14; CERTIFICATE OF SERVICE<br><br>HEARING<br>DATE:<br>TIME:<br>JUDGE:   Hon. J. Michael Seabright |

263169_8.DOC