ERIC A. SEITZ
ATTORNEY AT LAW
A LAW CORPORATION

ERIC A. SEITZ            1412
LAWRENCE I. KAWASAKI     5820
820 Mililani Street, Suite 714
Honolulu, Hawai'i 96813
Telephone: (808) 533-7434
Facsimile: (808) 545-3608

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RALPH NADER, PETER MIGUEL CAMEJO, ROBERT H. STIVER, MICHAEL A. PEROUTKA, CHUCK BALDWIN, and DAVID W. PORTER,<br><br>Plaintiffs,<br><br>vs.<br><br>DWAYNE D. YOSHINA, Chief Election Officer, State of Hawaii,<br><br>Defendants. | CIVIL NO. 04-00611 JMS/LEK<br><br>PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT AND PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT; CERTIFICATE OF SERVICE<br><br>HEARING:<br>    Date: <u>January 28, 2008</u><br>    Time: <u>9:00 a.m.</u><br>    Judge: <u>J. Michael Seabright</u><br><br>(Trial: March 4, 2008) |

PLAINTIFFS' MEMORANDUM IN OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS OR IN THE

ALTERNATIVE FOR SUMMARY JUDGMENT AND
<u>PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT</u>

Plaintiffs RALPH NADER, PETER MIGUEL CAMEJO, ROBERT H. STIVER (hereinafter "Nader/Camejo Campaign"), MICHAEL A. PEROUTKA, CHUCK BALDWIN, and DAVID W. PORTER (hereinafter "Peroutka/Baldwin Campaign" and/or collectively referred to as "Plaintiffs"), by and through their undersigned attorneys, submit the attached Memorandum in Opposition to Defendant's Motion to Dismiss or in the Alternative for Summary Judgment filed December 4, 2007. Plaintiffs hereby cross-move for Summary Judgment seeking an Order declaring: (1) that Section 11-113, Hawaii Revised Statutes, is unconstitutional on its face and as applied; and (2) that the procedures used in verifying signatures on Plaintiffs' nomination petitions were unconstitutional, that the review of Plaintiffs' petitions was arbitrary, capricious and/or not based on any credible evidence, and that Plaintiffs were not provided a fair administrative hearing.

This memorandum in opposition and cross-motion for summary judgment is brought pursuant to Rule 56, Federal Rules of Civil Procedure, LR

/

/

7.4, and LR 7.9, Local Rules of Practice for the United States District Court for the District of Hawaii, inter alia.

DATED: Honolulu, Hawai'i, JAN 1 0 2008.

*/s/ Eric A. Seitz*

ERIC A. SEITZ
LAWRENCE I. KAWASAKI

Attorneys for Plaintiffs
RALPH NADER, PETER MIGUEL CAMEJO, ROBERT H. STIVER, MICHAEL A. PEROUTKA, CHUCK BALDWIN, AND DAVID W. PORTER