## TABLE OF CONTENTS

Page

I.    Background of the Case . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    1

    A.    Plaintiffs' State Court Actions . . . . . . . . . . . . . . . . . . . .    5

II.   Issues Presented . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    7

    A.    Plaintiffs' Equal Protection Claims . . . . . . . . . . . . . . .    7

    B.    Plaintiffs' State Court Claims . . . . . . . . . . . . . . . . . . . .    10

III.  Standards of Review . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    10

IV.   Argument . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    12

    A.    Plaintiffs' Equal Protection Claims . . . . . . . . . . . . . . .    14

    B.    Plaintiffs' State Court Claims . . . . . . . . . . . . . . . . . . . .    21

        1.    The practices and procedures utilized to count and determine the validity and sufficiency of the signatures on Plaintiffs' petitions are unconstitutional . . . . . . . . . . . . . . . . . . . . . . . . . . . .    22

        2.    Defendant's determination that Plaintiffs failed to submit sufficient valid signatures to qualify to have their candidates' names placed on the presidential ballot was arbitrary, capricious and/or not based on any credible evidence. . . . . . . . . . . .    25

        3.    Plaintiffs were not provided with a fair administrative hearing before an impartial and objective hearing officer. . . . . . . . . . . . . . . . . . . . . .    26

V.    Conclusion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    29