## TABLE OF AUTHORITIES

**CASES**                                                                 **Pages**

American Party of Texas v. White, 415 U.S. 767,
94 S.Ct. 1296, 39 L.Ed.2D 744 (1974) .................... 15, 16

Anderson v. Celebrezze, 460 U.S. 780, 103 S.Ct. 1564,
75 L.Ed.2d 547(1983). ........................... 13, 15, 22

Burdick v. Takushi, 504 U.S. 428, 112 S.Ct. 2059,
19 L.Ed.2d 245 (1992) ............................ 11, 17, 18

Cromer v. State of South Carolina, 917 F.2d 819
(4th Cir. 1990) ....................................... 15

Delaney v. Bartlett, 370 F.Supp.2d 373 (M.D.N.C. 2004) .... 15

Elections Bd. v. Socialist Workers Party, 440 U.S. 173,
99 S.Ct. 983, 59 L.Ed.2d. 230 (1979) .................... 17, 21

Erum v. Cayetano, 881 F.2d 689 (9th Cir. 1989) ........... 12

Greaves v. State Board of Elections of North Carolina,
508 F.Supp. 78 (D.C.N.C. 1980) ........................ 19

Holmes by Holmes v. Sobol, 690 F.Supp. 154
(W.D.N.Y. 1988). ................................... 27, 29

In re Driscoll, 847 A.2d 44 (Pa. 2004) .................. 25

In re Murchinson, 349 U.S. 133, 75 S.Ct. 623,
99 L.Ed. 942 (1955) ................................. 28, 29

In re Nader, 858 A.2d 1167 (Pa. 2004) .................. 22

In re Nomination Petition of Cooper, 643 A.2d 717
(Pa.Cmwlth. 1994) .................................. 23, 24, 26

In re Nomination Petition of Flaherty, 770 A.2d 327
(Pa. 2001). ........................................ 12

Jenness v. Fortson, 403 U.S. 431, 91 S.Ct. 1970,
29 L.Ed.2d 554 (1971) .............................. 16, 17

Lightfoot v. Eu, 964 F.2d 865 (9th Cir. 1992) ................ 11

Nomination Petition of Delle Donne, 779 A.2d 1
(Pa.Cmwlth. 2001) ................................. 23

Palaez v. Waterfront Commission of New York Harbor,
454 N.Y.S.2d 132 (2d Dep't 1982) .................... 27, 29

Sifagaloa v. Bd. of Trustees, Employee's Retirement System,
74 Haw. 181 (1992) ................................. 26

State v. Lesueur, 38 S.W. 325 (Mo. 1896). ................. 25

State v. Zimmerman, 130 N.W.2d 753 (Wis. 1964) .......... 22

Storer v. Brown, 415 U.S. 724, 94 S.Ct. 1274,
39 L.Ed.2d 714 (1974) .............................. 12, 14, 20

Williams v. Rhodes, 393 U.S. 23, 89 S.Ct. 5,
21 L.Ed.2d 24 (1968) ............................... 11, 12, 13, 21

Wood v. Meadows, 207 F.3d 708, 712 (4th Cir. 2000) .......... 15

Zwickler v. Koota, 389 U.S. 241, 88 S.Ct. 391,
19 L.Ed.2d 444 (1967) .............................. 22

Dombrowski v. Pfister, 380 U.S. 479, 85 S.Ct. 1116,
14 L.Ed.2d 22 (1965) ............................... 22

## STATUTES

Article II, §1, Constitution of the United States . . . . . . . . . . . . . . . 12

First Amendment, Constitution of the United States . . . . . . . . . . . 10, 11

Fourteenth Amendment, Constitution of the United States . . . . . . 10, 11

HRS §11-62 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18, 19, 21

HRS §11-62(a) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

HRS §11-62(a)(3) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 14

HRS §11-113 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1, 18, 21

HRS §11-113(c)(1) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

HRS §11-113(c)(2) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3, 9, 17, 20

HRS §11-113(c)(2)(B) . . . . . . . . . . . . . . . . . . . . . . . . . . . 2, 10, 14, 15

## LEGISLATIVE MATERIAL

Act 205, Session Laws of Hawaii, Twentieth State Legislature,
Regular Session of 1999 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18, 21