## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that one copy of the within was duly this date electronically via CM/ECF to the following at the address listed below:

>MARK J. BENNETT, ESQ.
>AARON H. SCHULANER, ESQ.
>HOLLY SHIKADA, ESQ.
>235 S. Beretania, Street, Room 304
>Honolulu, Hawaii 96813
>Email: aaron.h.schulaner@hawaii.gov
>
>Attorneys for Defendant
>DWAYNE D. YOSHINA

DATED:   Honolulu, Hawaii,   JAN 1 0 2008   .

_____
ERIC A. SEITZ