ERIC A. SEITZ
ATTORNEY AT LAW
A LAW CORPORATION

ERIC A. SEITZ                1412
LAWRENCE I. KAWASAKI   5820
820 Mililani Street, Suite 714
Honolulu, Hawai'i 96813
Telephone: (808) 533-7434
Facsimile: (808) 545-3608

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RALPH NADER, PETER MIGUEL CAMEJO, ROBERT H. STIVER, MICHAEL A. PEROUTKA, CHUCK BALDWIN, and DAVID W. PORTER,<br><br>Plaintiffs,<br><br>vs.<br><br>DWAYNE D. YOSHINA, Chief Election Officer, State of Hawaii,<br><br>Defendants. | CIVIL NO. 04-00611 JMS/LEK<br><br>PLAINTIFFS' CONCISE STATEMENT OF MATERIAL FACTS IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT AND PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT; CERTIFICATE OF COMPLIANCE; AFFIDAVIT OF ERIC A. SEITZ; EXHIBITS 1-10; CERTIFICATE OF SERVICE<br>HEARING:<br>　　Date: January 28, 2008<br>　　Time: 9:00a.m.<br>　　Judge: J. Michael Seabright |

PLAINTIFFS' CONCISE STATEMENT OF MATERIAL FACTS
IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN OPPOSITION
TO DEFENDANT'S MOTION TO DISMISS OR IN THE
ALTERNATIVE FOR SUMMARY JUDGMENT AND
PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT

Plaintiffs RALPH NADER, PETER MIGUEL CAMEJO, ROBERT H. STIVER (hereinafter "Nader/Camejo Campaign", MICHAEL A. PEROUTKA, CHUCK BALDWIN, and DAVID W. PORTER (hereinafter "Peroutka/Baldwin Campaign" and/or collectively referred to as "Plaintiffs"), by and through their undersigned attorneys, hereby submit the following Concise Statement of Material Facts in support of their Memorandum in Opposition to Defendant's Motion to Dismiss or in the Alternative for Summary Judgment and Plaintiffs' Cross-Motion for Summary Judgment pursuant to LR. 56.1 of the Local Rules of Practice for the United States District Court for the District of Hawaii.

| Facts | Evidence |
|---|---|
| 1. Pursuant to HRS §11-113, candidates for President and Vice President of the United States can have their names placed on the general election ballot in Hawaii two ways. | Exhibit 1, attached to Affidavit of Eric A. Seitz, HRS §11-113. |
| 2. In the case of candidates of qualified political parties, an official of those parties can submit an application identifying each of the two candidates chosen by the party. | Exhibit 1, attached to Affidavit of Eric A. Seitz, HRS §11-113(c)(1). |

| | |
|---|---|
| 3. Any group of persons may qualify as a political party by submitting a petition containing the signatures of registered voters comprising "**not less than one-tenth of one percent of the total registered voters of the State as of the last preceding general election**," "by the end of the one hundred seventieth day prior to the next primary." | Exhibit 2, attached to Affidavit of Eric A. Seitz, HRS §11-62(a)(3). |
| 4. In the last preceding general election, i.e., the 2002 general election, 676,242 votes were cast, and accordingly candidates who seek to get their names placed on the 2004 general election ballot by forming a political party were required to submit 677 signatures on a petition by April 1, 2004. | Exhibit 14, attached to Defendant's Motion to Dismiss or in the Alternative For Summary Judgment filed December 4, 2007, Declaration of Dwayne D. Yoshina dated October 12, 2004, at ¶¶4, 5, 6. |
| 5. Candidates who are not affiliated with a qualified political party are required to submit a petition containing the signatures of registered voters comprising "not less than one percent of the votes cast in the State at the last presidential election," "by the end of the sixtieth day prior to the general election." | Exhibit 1, attached to Affidavit of Eric A. Seitz, HRS §11-113(c)(2). |

| | |
|---|---|
| 6. In the last preceding presidential election, i.e., the 2000 presidential election, 371,033 votes were cast in Hawaii, and accordingly candidates who seek to get their names on the general election ballot without affiliation with a qualified political party were required to submit at least 3,711 signatures on a petition by September 3, 2004. | Exhibit 14, attached to Defendant's Motion to Dismiss or in the Alternative For Summary Judgment filed December 4, 2007, Declaration of Dwayne D. Yoshina dated October 12, 2004, at ¶¶7, 8. |
| 7. At the time <u>Burdick</u> was decided HRS §11-62 provided that a new party petition required signatures of one percent of the State's registered voters as of the last general election in order to qualify to place candidates on the ballot in the 1986 election. | Exhibit 3, attached to Affidavit of Eric A. Seitz, Act 34, §4, Session Laws of Hawaii, Twelfth State Legislature, Regular Session, 1983. |
| 8. Petitions from independent candidates for president and vice president who were not affiliated with a recognized political party required signatures of one percent of the votes cast in the State at the last presidential election. | Exhibit 3, attached to Affidavit of Eric A. Seitz, Act 34, §14, Session Laws of Hawaii, Twelfth State Legislature, Regular Session, 1983. |
| 9. In 1999 the signature requirement of HRS §11-62 to qualify as a new party was reduced to "**<u>not less than one-tenth of one percent of the total registered voters of the State as of the last preceding general election</u>**." | Exhibit 4, attached to Affidavit of Eric A. Seitz, Act 205, §2, Session Laws of Hawaii, Twentieth State Legislature, Regular Session of 1999. |

| | |
|---|---|
| 10. Standing Committee Reports of both houses on Act 205, Session Laws of Hawaii, Twentieth State Legislature, Regular Session of 1999 clearly indicate that the purpose of the amendment was to make it easier for a political party to qualify and operate in Hawaii so as to provide the voting public greater choice in political parties. | Exhibit 5, attached to Affidavit of Eric A. Seitz, Senate Standing Committee Report 854, Journal of the Senate of the Twentieth Legislature of the State of Hawaii, Regular Session of 1999, and House Standing Committee Report 1469, Journal of the House of Representatives of the Twentieth Legislature, State of Hawaii, Regular Session of 1999. |
| 11. Plaintiffs petitioned the Office of Elections, State of Hawaii to have the names of their respective candidates placed on the general election ballots as independent candidates for the offices of President and Vice President of the United States pursuant to HRS §11-113(c)(2). | Exhibit 6, attached to Affidavit of Eric A. Seitz, Affidavit of Robert H. Stiver dated October 11, 2004, at ¶¶3, 4; Exhibit 7, attached to Affidavit of Eric A. Seitz, Affidavit of David W. Porter dated October 11, 2004, at ¶¶3,4. |
| 12. By letters dated September 20, and 24, 2004, Defendant informed Plaintiffs respectively that they failed to satisfy the signature requirement of HRS §11-113(c)(2). | Exhibit 6, attached to Affidavit of Eric A. Seitz, Affidavit of Robert H. Stiver dated October 11, 2004, at ¶¶5, 6; Exhibit 7, attached to Affidavit of Eric A. Seitz, Affidavit of David W. Porter dated October 11, 2004, at ¶¶5,6. |
| 13. The petition form from the Office of Elections required signatories to provide their name, address, and birthdate. | Exhibit 8, attached to Affidavit of Eric A. Seitz, examples of petitions submitted by Plaintiffs to the Office of Elections. |

| | |
|---|---|
| 14. In verifying the signatures on Plaintiffs' petitions if a signatory did not provide all of the required information or if the information was not immediately legible to the examiner the Office of Elections refused to count the signature without making a serious effort to decipher the name and/or use other identifying information, did not attempt to validate signatories by cross-referencing addresses and/or birthdates on the statewide voter registration system, and rejected signatories whose address on the petition did not exactly match the address on the statewide voter registration system, including those that could be verified by the use of post office box addresses. | Exhibit 6, attached to Affidavit of Eric A. Seitz, Affidavit of Robert H. Stiver dated October 11, 2004, at ¶¶9, 13, 14, 15; Exhibit 7, attached to Affidavit of Eric A. Seitz, Affidavit of David W. Porter dated October 11, 2004, at ¶¶9, 17. |
| 15. After Defendant Yoshina initially determined that Plaintiffs had not submitted a sufficient number of signatures on their petition, Defendant Yoshina conducted the administrative hearings on Plaintiffs challenge/appeal of Defendant Yoshina's rejection of their candidates petitions. | Exhibit 6, attached to Affidavit of Eric A. Seitz, Affidavit of Robert H. Stiver dated October 11, 2004, at ¶¶5, 6, 7, 8, 9; Exhibit 7, attached to Affidavit of Eric A. Seitz, Affidavit of David W. Porter dated October 11, 2004, at ¶¶5, 6, 7, 8, 9, 12. |

/

/

/

/

/

DATED: Honolulu, Hawai'i, _____JAN 1 0 2008_____.

        /s/ Eric A. Seitz
        ERIC A. SEITZ
        LAWRENCE I. KAWASAKI

        Attorneys for Plaintiffs
        RALPH NADER, PETER MIGUEL
        CAMEJO, ROBERT H. STIVER,
        MICHAEL A. PEROUTKA,
        CHUCK BALDWIN, AND DAVID W.
        PORTER