IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RALPH NADER, PETER MIGUEL CAMEJO, ROBERT H. STIVER, MICHAEL A. PEROUTKA, CHUCK BALDWIN, and DAVID W. PORTER,<br><br>Plaintiffs,<br><br>vs.<br><br>DWAYNE D. YOSHINA, Chief Election Officer, State of Hawaii,<br><br>Defendants. | CIVIL NO. 04-00611 JMS/LEK<br><br>CERTIFICATE OF COMPLIANCE |

## CERTIFICATE OF COMPLIANCE

I DO HEREBY CERTIFY that this Concise Statement of Material Facts complies with the word limitation of LR56.1(d) of the Local Rules of Practice for the United States District Court for the District of Hawaii ("Local Rules") because it contains 1,270 words, excluding parts of the brief exempted by LR7.5(d), Local Rules.

DATED:   Honolulu, Hawaii, __JAN 1 0 2008__.

/s/ Eric A. Seitz
ERIC A. SEITZ