IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RALPH NADER, PETER MIGUEL CAMEJO, ROBERT H. STIVER, MICHAEL A. PEROUTKA, CHUCK BALDWIN, and DAVID W. PORTER, </br></br>Plaintiffs,</br></br>vs.</br></br>DWAYNE D. YOSHINA, Chief Election Officer, State of Hawaii,</br></br>Defendants. | CIVIL NO. 04-00611 JMS/LEK</br></br>AFFIDAVIT OF ERIC A. SEITZ; EXHIBITS 1-10 |

## AFFIDAVIT OF ERIC A. SEITZ

STATE OF HAWAII            )
                           )  SS.
CITY AND COUNTY OF HONOLULU )

ERIC A. SEITZ, being first duly sworn on oath, deposes and says:

(1) I am the principal attorney for the Plaintiffs RALPH NADER, PETER MIGUEL CAMEJO, ROBERT H. STIVER, MICHAEL A. PEROUTKA, CHUCK BALDWIN, and DAVID W. PORTER in the above entitled matter.

(2) Attached hereto as Exhibit 1 is a true and correct copy of Section 11-113, Haw. Rev. Stat.

(3)     Attached hereto as Exhibit 2 is a true and correct copy of Section 11-62, Haw. Rev. Stat.

(4)     Attached hereto as Exhibit 3 is a true and correct copy of Act 34, Session Laws of Hawaii, Twelfth State Legislature, Regular Session, 1983.

(5)     Attached hereto as Exhibit 4 is a true and correct copy of Act 205, Session Laws of Hawaii, Twentieth State Legislature, Regular Session of 1999.

(6)     Attached hereto as Exhibit 5 are true and correct copies of Senate Standing Committee Report 854, Journal of the Senate of the Twentieth Legislature of the State of Hawaii, Regular Session of 1999, and House Standing Committee Report 1469, Journal of the House of Representatives of the Twentieth Legislature, State of Hawaii, Regular Session of 1999.

(7)     Attached hereto as Exhibit 6 is a true and correct copy of the Affidavit of Robert H. Stiver which is attached to Plaintiffs' Motion for Preliminary Injunction filed herein on October 11, 2004.

(8)     Attached hereto as Exhibit 7 is a true and correct copy of the Affidavit of David W. Porter which was attached to Plaintiffs' Motion for Preliminary Injunction filed herein on October 11, 2004.

(9)     Attached hereto as Exhibit 8 are true and correct copies of

excerpts of Plaintiffs' petitions filed with the Office of Elections.

(10) Attached hereto as Exhibit 9 is a true and correct copy of the Court's Order Denying Plaintiffs' Motion for Temporary Restraining Order/Preliminary Injunction filed herein on October 13, 2004.

(11) Attached hereto as Exhibit 10 is a true and correct copy of Plaintiffs' Memorandum in Opposition to Defendant's Motion to Dismiss, filed herein on September 28, 2005 (attachments omitted).

ERIC A. SEITZ

Subscribed and sworn to before me
this 10th day of January 2008

Notary Public, State of Hawai'i
My Commission Expires: 9/17/