# MICHIE'S
# HAWAII
# REVISED STATUTES
# ANNOTATED

---

## With Provision for Subsequent Pocket Parts

---

*Prepared by the Editorial Staff of the Publisher*

---

# VOLUME 1

## 2006 Replacement

---



## LexisNexis®

## EXHIBIT 1

§ 11-113                    ELECTIONS, GENERALLY                    § 11-113

c 189, § 1(7); am L 1980, c 264, § 1(g); am L 1983, c 34, § 13; am L 1984, c 62, § 1; am L 1996, c 173, § 4]

### NOTES TO DECISIONS

**Authority to compel proper ballots. —** Circuit courts have the power to prevent use of a ballot not in the proper form and to compel officials to prepare and distribute proper ballots. Johnston v. Ing, 50 Haw. 379, 441 P.2d 138, 1968 Haw. LEXIS 130 (1968) (decided under prior law).

**Sufficiency of ballot generally. —** A ballot, to be sufficient, must neither mislead nor advocate a position, but must simply state the question clearly. Thirty Voters ex rel. County of Kauai v. Doi, 61 Haw. 179, 599 P.2d 286, 1979 Haw. LEXIS 148 (1979).

A ballot is not defective merely because it is mechanically easier for the voter to vote for rather than against any given proposition, so long as the ballot language is not misleading or deceptive. Kahalekai v. Doi, 60 Haw. 324, 590 P.2d 543, 1979 Haw. LEXIS 93 (1979).

**State constitutional amendments. —** Where the ballot used in a constitutional ratification election is in a form which produces a knowing and deliberate expression of voter choice, the vote satisfies the requirement of electoral approval. Kahalekai v. Doi, 60 Haw. 324, 590 P.2d 543, 1979 Haw. LEXIS 93 (1979).

A determination of what inducements motivated voters in the adoption of a proposed constitutional amendment is outside the scope of any judicial examination where the language and meaning of the amendment are clear and the ballot is neither misleading nor deceptive. Kahalekai v. Doi, 60 Haw. 324, 590 P.2d 543, 1979 Haw. LEXIS 93 (1979).

The authority of a constitutional convention to determine the manner in which proposed amendments are to be submitted to the vote of the electorate is subject only to the limitation that the ballot must enable the voters to express their choice on the amendments presented and be in a form and language which will not mislead or deceive the voter. Kahalekai v. Doi, 60 Haw. 324, 590 P.2d 543, 1979 Haw. LEXIS 93 (1979).

**Cited** in Erum v. Cayetano, 881 F.2d 689, 1989 U.S. App. LEXIS 11212 (9th Cir. 1989).

### § 11-113. Presidential ballots.

(a) In presidential elections, the names of the candidates for president and vice president shall be used on the ballot in lieu of the names of the presidential electors, and the votes cast for president and vice president of each political party shall be counted for the presidential electors and alternates nominated by each political party.

(b) A "national party" as used in this section shall mean a party established and admitted to the ballot in at least one state other than Hawaii or one which is determined by the chief election officer to be making a bona fide effort to become a national party. If there is no national party or the national and state parties or factions in either the national or state party do not agree on the presidential and vice presidential candidates, the chief election officer may determine which candidates' names shall be placed on the ballot or may leave the candidates' names off the ballot completely.

(c) All candidates for President and Vice President of the United States shall be qualified for inclusion on the general election ballot under either of the following procedures:

(1) In the case of candidates of political parties which have been qualified to place candidates on the primary and general election ballots, the appropriate official of those parties shall file a sworn application with the chief election officer not later than 4:30 p.m. on the sixtieth day prior to the general election, which shall include:

(A) The name and address of each of the two candidates;

181

Case 1:04-cv-00611-ACK-LEK    Document 57-4    Filed 01/10/2008    Page 3 of 4

(B) A statement that each candidate is legally qualified to serve under the provisions of the United States Constitution;

(C) A statement that the candidates are the duly chosen candidates of both the state and the national party, giving the time, place, and manner of the selection.

(2) In the case of candidates of parties or groups not qualified to place candidates on the primary or general election ballots, the person desiring to place the names on the general election ballot shall file with the chief election officer not later than 4:30 p.m. on the sixtieth day prior to the general election:

(A) A sworn application which shall include the information required under paragraph (1)(A) and (B), and (C) where applicable;

(B) A petition which shall be upon the form prescribed and provided by the chief election officer containing the signatures of currently registered voters which constitute not less than one per cent of the votes cast in the State at the last presidential election. The petition shall contain the names of the candidates, a statement that the persons signing intend to support those candidates, the address of each signatory, the date of the signer's signature and other information as determined by the chief election officer.

Prior to being issued the petition form, the person desiring to place the names on the general election ballot shall submit a notarized statement from each candidate of that person's intent to be a candidate for President or Vice President of the United States on the general election ballot in the State of Hawaii. Such statements may be withdrawn by a prospective candidate for Vice President and an alternative candidate for Vice President be substituted anytime prior to the notification of qualification or disqualification provided in subsection (d). Any such substitutions shall be accompanied by a notice of substitution satisfying subparagraph (A), a statement of intent as required by this paragraph, and a letter by the candidate for President endorsing the substitute candidate for Vice President. Upon receipt of a notice of substitution and all other required documents, the substitute shall replace the original candidate for Vice President on the general election ballot. The petitions issued in the names of the original candidates will remain valid for the purposes of this section.

(d) Each applicant, and the candidates named, shall be notified in writing of the applicant's or candidate's eligibility or disqualification for placement on the ballot not later than 4:30 p.m. on the tenth business day after filing. The chief election officer may extend the notification period up to an additional five business days, if the applicants and candidates are provided with notice of the extension and the reasons therefore.

(e) If the applicant, or any other party, individual, or group with a candidate on the presidential ballot, objects to the finding of eligibility or disqualification the person may, not later than 4:30 p.m. on the fifth day after the finding, file a request in writing with the chief election officer for a hearing on the question. A hearing shall be called not later than 4:30 p.m. on the tenth day after the

receipt of the request and shall be conducted in accord with chapter 91. A decision shall be issued not later than 4:30 p.m. on the fifth day after the conclusion of the hearing. [L 1970, c 26, pt of § 2; am L 1973, c 217, § 1(ff); am L 1977, c 189, § 1(8); am L 1983, c 34, § 14; am L 1993, c 304, § 6]

**Cross references.** — As to presidential elections, see Chapter 14.

### § 11-114. Order of offices on ballot.

The order of offices on a ballot shall be arranged substantially as follows: first, president and vice president of the United States; next, United States senators; next, United States house of representatives; next, governor and lieutenant governor; next, state senators; next, state representatives; and next, county offices. [L 1970, c 26, pt of § 2; am L 1973, c 217, § 1(gg); am L 1980, c 264, § 1(h)]

### § 11-115. Arrangement of names on the ballot.

(a) The names of the candidates shall be placed upon the ballot for their respective offices in alphabetical order except:

(1) As provided in section 11-118;

(2) For the limitations of the voting system in use; and

(3) For the case of the candidates for vice president and lieutenant governor in the general election whose names shall be placed immediately below the name of the candidate for president or governor of the same political party.

(b) In elections using the paper ballot or electronic voting systems where the names of the candidates are printed and the voter records the voter's vote on the face of the ballot, the following format shall be used: A horizontal line shall be ruled between each candidate's name and the next name, except between the names of presidential and vice presidential candidates and candidates for governor and lieutenant governor of the same political party in the general election. In such case the horizontal line shall follow the name of the candidates for vice president and lieutenant governor of the same political party, thereby grouping the candidates for president and vice president and governor and lieutenant governor of the same political party within the same pair of horizontal lines.

(c) Immediately to the left of (before) or to the right of (after) the candidate name or names, according to the requirements of the voting system, two vertical lines shall be ruled, so that in conjunction with the horizontal lines, a box shall be formed to the left of or to the right of the name and its equivalent, if any.

(d) In case of the candidates for president and vice president and governor and lieutenant governor of the same political party, only one box shall be formed opposite their set of names. The boxes shall be of sufficient size to give ample room in which to designate the choice of the voter in the manner prescribed for the voting system in use. All of the names upon a ballot shall be