# SESSION LAWS OF HAWAII

TWENTIETH STATE LEGISLATURE

REGULAR SESSION OF 1999

EXHIBIT 4

**ACT 205**      S.B. NO. 631

A Bill for an Act Relating to Political Parties.

*Be It Enacted by the Legislature of the State of Hawaii:*

SECTION 1. Section 11-61, Hawaii Revised Statutes, is amended by amending subsection (b) to read as follows:

"(b) Any party which does not meet the following requirements or the requirements set forth in sections 11-62 to 11-64, shall be subject to disqualification:
   (1) A party must have had candidates running for election at the last general election for any of the offices listed in paragraph (2) whose terms had expired. This does not include those offices which were vacant because the incumbent had died or resigned before the end of the incumbent's term; and
   (2) The party received at least ten per cent of all votes cast:
      (A) For any of the offices voted upon by all the voters in the State; or
      (B) In at least fifty per cent of the congressional districts;[1]
      [(C) In at least the six senatorial districts with the lowest votes cast for the office of state senator; or
      (D) In at least fifty per cent of the representative districts for the office of state representative.]; or
   (3) The party received at least four per cent of all the votes cast for all the offices of state senator statewide; or
   (4) The party received at least four per cent of all the votes cast for all the offices of state representative statewide; or
   (5) The party received at least two per cent of all the votes cast for all the offices of state senate and all the offices of state representative combined statewide."

SECTION 2. Section 11-62, Hawaii Revised Statutes, is amended by amending subsection (a) to read as follows:

"(a) Any group of persons hereafter desiring to qualify as a political party for election ballot purposes in the State shall file with the chief election officer a petition as provided in [[]this[]] section. The petition for qualification as a political party shall:
   (1) Be filed not later than 4:30 p.m. on the one hundred seventieth day prior to the next primary;
   (2) Declare as concisely as may be the intention of signers thereof to qualify as a statewide political party in the State and state the name of the new party;
   (3) Contain the name, signature, residence address, date of birth, and other information as determined by the chief election officer of currently registered voters comprising not less than one-tenth of one per cent of the total registered voters of the State as of the last preceding general election;
   (4) Be accompanied by the names and addresses of the officers of the central committee and of the respective county committees of the political party and by the party rules; and
   (5) Be upon the form prescribed and provided by the chief election officer."

SECTION 3. Statutory material to be repealed is bracketed. New statutory material is underscored.

SECTION 4. This Act shall take effect upon its approval.

(Approved July 2, 1999.)

**Note**

1. Semicolon should be bracketed.

# ACT 206 S.B. NO. 635

A Bill for an Act Relating to Substance Abuse Testing.

*Be It Enacted by the Legislature of the State of Hawaii:*

SECTION 1. Chapter 329B, Hawaii Revised Statutes, is amended by adding a new section to be appropriately designated and to read as follows:

"**§329B-  Substance abuse on-site screening tests, testing procedures, and confidentiality.** The substance abuse on-site screening test shall be administered for pre-employment purposes only according to the instructions of the manufacturer and this section:
(1) Every employer using a substance abuse on-site screening test for pre-employment screening shall administer the test according to the United States Food and Drug Administration package insert that accompanies the substance abuse test, and shall adhere to any applicable on-site screening drug test guidelines adopted by the United States Food and Drug Administration. Any on-site screening test shall also be approved by the director for such pre-employment screening;
(2) Every employer using a substance abuse on-site screening test for pre-employment screening shall adhere to the rules adopted pursuant to section 329B-8 pertaining to specimen collection, urine specimen, shipping of specimens, chain of custody, and confidentiality that may be applicable to on-site drug testing;
(3) If a substance abuse on-site screening test obtains a test result that indicates the presence of drugs, alcohol, or the metabolites of drugs; and if the test result may be used to deny or deprive a person of employment or any benefit, or may otherwise result in an adverse action being taken against the person, then the same sample that produced the test result shall be submitted for a confirmatory test to a testing laboratory licensed or approved by the department in accordance with this chapter. A positive confirmatory test shall be reviewed by a medical review officer licensed by the department in accordance with this chapter; and
(4) The operator who administers the substance abuse on-site screening test shall have been trained in the use and administering of the on-site screening test by the manufacturer of the on-site screening test or the manufacturer's designee."

SECTION 2. Section 329B-2, Hawaii Revised Statutes, is amended as follows:

1. By adding a new definition to be appropriately inserted and to read:

| Bill No. | Act No. | Senate Committee Report No. | House Committee Report No. | Conference Committee Report No. |
|---|---|---|---|---|
| HB1497 | 286 | 1529 | 735 | 89 |
| HB1522 | 287 | 1084, 1553 | 330, 1057 | 64 |
| HB1548 | 288 | 1005 | 589, 790 | 55 |
| HB1575 | 079 | 1108, 1413 | 255, 763 | 181 |
| HB1594 | 289 | 1161, 1247 | 282, 1058 | 174 |
| HB1595 | 290 | 1048, 1259 | 465, 972 | |
| HB1616 | 291 | 1109, 1248 | 283, 1051 | |
| HB1617 | 292 | 1181, 1249 | 284, 1042 | |
| HB1621 | 293 | 1110, 1250 | 285, 1043 | |
| HB1622 | 069 | 1038, 1576 | 925 | 91 |
| HB1628 | 294 | 1144, 1446 | 340, 854 | 73 |
| HB1637 | 118 | 1167, 1513 | 616, 1079 | 74 |
| HB1649 | 295 | 1527 | 331, 1080 | 189 |
| HB1663 | 119 | 1163, 1520 | 99, 673, 765 | 175 |
| HB1664 | 120 | 984, 1606 | 110, 671, 1097 | 176 |
| HB1693 | 296 | 1164, 1450 | 497, 1044 | 178 |
| HB1703 | 054 | 976, 1559 | 308, 995 | |
| SB0005 | 157 | 121, 599 | 1364, 1782 | 12 |
| SB0027 | 235 | 237 | 1157, 1728 | 23 |
| SB0036 | 236 | 388, 845 | 1738 | 43 |
| SB0040 | 090 | 549 | 1283, 1729 | 19 |
| SB0044 | 070 | 688 | 1424, 1811 | |
| SB0131[1] | 093 | 502, 744 | 1213, 1433, 1766 | 120 |
| SB0186 | 237 | 847 | 1471 | 39 |
| SB0207 | 238 | 140, 679 | 1343, 1813 | |
| SB0236 | 239 | 414, 849 | 1693 | 20 |
| SB0238 | 240 | 647 | 1346, 1776 | 108 |
| SB0285 | 241 | 77, 329, 696 | 1689 | 34 |
| SB0365 | 094 | 708 | 1740 | 29 |
| SB0392[2] | 158 | 21, 801 | 1247, 1829 | 50 |
| SB0484 | 037 | 88, 850 | 1696 | |
| SB0513 | 242 | 439, 788 | 1391, 1848 | 154 |
| SB0528 | 159 | 400, 652 | 1400, 1743 | 8 |
| SB0550 | 199 | 112, 726 | 1301, 1684 | |
| SB0588 | 095 | 897 | 1279, 1759 | |
| SB0590 | 200 | 824 | 1288, 1680 | 41 |
| SB0591 | 201 | 825 | 1510 | |
| SB0592 | 202 | 826 | 1461 | |
| SB0616 | 203 | 898 | 1463 | 37 |
| SB0628 | 096 | 851 | 1699 | 36 |
| SB0630 | 204 | 853 | 1468 | 31 |
| SB0631 | 205 | 854 | 1469 | |
| SB0635 | 206 | 691 | 1414, 1760 | |
| SB0638 | 071 | 718 | 1425, 1836 | |
| SB0646[3] | 160 | 217, 767 | 1131, 1329, 1846 | 123 |
| SB0663 | 207 | 29 | 1244, 1752 | |
| SB0664 | 208 | 30 | 1245, 1744 | 21 |
| SB0676 | 261 | 32 | 1319, 1669 | 24 |
| SB0700 | 262 | 242, 710 | 1241, 1704 | 25 |
| SB0709 | 263 | 244, 884 | 1246, 1835 | 22 |

---

[1] See also Floor Amendment Number 15.
[2] See also Floor Amendment Number 6.
[3] See also Floor Amendment Number 14.