IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RALPH NADER, et al. | CIVIL NO. 04-00611-DAE/LEK |
| Plaintiffs, | AFFIDAVIT OF DAVID W. PORTER; EXHIBITS 6-14 |
| vs. | |
| DWAYNE D. YOSHINA, Chief Election Officer, State of Hawaii, | |
| Defendant. | |

### AFFIDAVIT OF DAVID W. PORTER

STATE OF HAWAII            )
                           ) SS.
CITY AND COUNTY OF HONOLULU )

DAVID W. PORTER, being first duly sworn on oath, deposes and says:

(1) I am a citizen and resident of the City and County of Honolulu, State of Hawaii, and am one of the named Plaintiffs in the above entitled matter.

(2) At all times pertinent hereto I have been a registered voter in the State of Hawaii and a supporter of the candidacies of Michael A. Peroutka and Chuck Baldwin for the offices of President and Vice-President of the United States.

(3) On or about May 4, 2004, I signed and submitted an application to the Chief Election Officer of the State of Hawaii, Dwayne D. Yoshina, to obtain petitions to place the names of Michael A. Peroutka and Chuck Baldwin on the statewide

EXHIBIT 7

ballot for the general election to be conducted on November 2, 2004. A true and correct copy of the application is attached hereto as Exhibit 6.

(4) On or about September 3, 2004, the signed petitions were filed with the Office of Elections containing the names and signatures of approximately 7,195 registered voters in the State of Hawaii supporting the applications of Michael A. Peroutka and Chuck Baldwin to be placed on the statewide ballot for the general election to be conducted on November 2, 2004.

(5) In a letter dated September 20, 2004, I was notified by Mr. Yoshina's office that of the 7,195 signatures submitted in behalf of Michael A. Peroutka and Chuck Baldwin only 3,481 were determined to be "valid," and 3,714 were determined to be "invalid" and that the number of "valid" signatures failed to satisfy the requirement of Section 11-113, Hawaii Revised Statutes, to provide at least 3,711 signatures of currently registered voters constituting one percent of the votes cast in the last presidential election. A true and correct copy of the letter dated September 20, 2004, is attached hereto as Exhibit 7.

(6) In another letter dated September 24, 2004, Mr. Yoshina informed me that the previous count of "valid" signatures was inaccurate and that the correct total is 3,471 "valid" signatures which is 240 signatures less than the mini-

mum of 3,711 needed to place the names of Michael A. Peroutka and Chuck Baldwin on the statewide ballot for the general election to be conducted on November 2, 2004. A true and correct copy of the letter from Mr. Yoshina dated September 24, 2004, is attached hereto as Exhibit 8.

(7) On September 24, 2004, I sent a letter to Mr. Yoshina objecting to his decision not to place the names of Michael A. Peroutka and Chuck Baldwin on the ballot and requesting a hearing thereupon. A true and correct copy of my letter dated September 24, 2004, is attached hereto as Exhibit 9.

(8) On the same date Mr. Yoshina notified me by letter that a hearing would be conducted on September 30, 2004. A true and correct copy of the written hearing notice from Mr. Yoshina dated September 24, 2004, is attached hereto as Exhibit 10.

(9) At the hearing conducted by Mr. Yoshina on September 30, 2004, I adduced evidence that many of the signatures determined by the Office of Elections to be "invalid" were, in fact, the signatures of currently registered voters in the State of Hawaii whose names were difficult to read and/or who could be verified by the use of post office box addresses and other identifying information that Mr. Yoshina and his staff refused to employ.

(10) At the hearing I also objected to the require-

ment that persons signing the petitions provide their social security numbers, dates of birth, and other personal information that may deter qualified registered voters from supporting potential candidates because of the invasion of those voters' privacy rights and interests.

(11) At the hearing on September 30, 2004, I also objected to the requirement that independent candidates provide a minimum of 3,711 signatures in order to be placed on the statewide ballot when the candidates of recognized parties are not similarly required to provide any signatures whatsoever.

(12) In a written decision dated October 5, 2004, Mr. Yoshina acknowledged that errors had been made by the Office of Elections in tabulating the number of "valid" signatures on the petitions supporting Michael A. Peroutka and Chuck Baldwin; however, Mr. Yoshina found and concluded that the corrected number of "valid" signatures was still insufficient to place the names of Michael A. Peroutka and Chuck Baldwin on the statewide ballot for the election to be conducted on November 2, 2004. A true and correct copy of Mr. Yoshina's written decision is attached hereto as Exhibit 11.

(13) On or about October 1, 2004, I requested in writing that the Office of Elections re-examine the rejected names on the petitions supporting Michael A. Peroutka and Chuck Baldwin. A true and correct copy of my October 1, 2004, letter is attached hereto as Exhibit 12.

(14) In a letter dated October 4, 2004, I was notified by Deputy Attorney General Aaron H. Schulaner that my request for a re-examination was "declined." A true and correct copy of Mr. Schulaner's letter is attached hereto as Exhibit 13.

(15) Attached hereto as Exhibit 14 is a true and correct copy of a partial list of additional valid names which I personally verified by comparing signatures on just a few of the petitions to current lists of registered voters.

(16) Based upon my own personal observations and the partial list of registered voters contained in Exhibit 14, I am informed and believe that the Office of Elections improperly overlooked and/or rejected several hundred valid signatures that -- if counted -- would have enabled Michael A. Peroutka and Chuck Baldwin to meet the minimum threshhold requirement for having their names placed on the statewide ballot for the election to be conducted on November 2, 2004.

(17) Additionally, I am informed and believe that the Office of Elections' failure and refusal to utilize post office box addresses to verify the qualifications and status of several of the signatories to the petitions further deprived Michael A. Peroutka and Chuck Baldwin of the opportunity to meet the minimum threshhold requirement for having their names placed on the statewide ballot for the election to be conducted on November 2, 2004.

(18) Finally, I am informed and believe that the requirement that signatures on candidates' petitions be accompanied by personal information such as social security numbers and birth dates is a deterent factor for registered voters who are concerned about their privacy and about the potential consequences that such information may be misused by third parties.

_____
DAVID W. PORTER

Subscribed and sworn to before me this 11th day of October, 2004.

_____ (Juli T. Seitz)
Notary Public, State of Hawaii

My commission expires: Jan. 4, 2008

