MARK J. BENNETT          2672
Attorney General of Hawaii

AARON H. SCHULANER    6954
HOLLY T. SHIKADA         4017
Deputy Attorneys General
235 S. Beretania Street, Room 304
Honolulu, Hawaii 96813
Telephone: (808) 586-1255
Facsimile: (808) 586-1488
E-mail:aaron.h.schulaner@hawaii.gov

Attorneys for Appellee

IN THE CIRCUIT COURT FOR THE FIRST CIRCUIT

STATE OF HAWAI'I

| | |
|---|---|
| MICHAEL A. PEROUTKA, CHUCK BALDWIN, AND DAVID W. PORTER, <br><br> Appellants, <br><br> vs. <br><br> DWAYNE D. YOSHINA, Chief Election Officer, State of Hawaii, <br><br> Appellee. | CIVIL NO. 04-1-1904-10 (EEH) |

CERTIFIED RECORD ON APPEAL

VOLUME II

Page Nos. 0082 - 0268

EXHIBIT 8

115005_1.DOC

010001

# PETITION TO PLACE THE NAMES OF CANDIDATES FOR PRESIDENT AND VICE-PRESIDENT ON THE STATE OF HAWAII GENERAL ELECTION BALLOT

Petision tapno maikabil ti nagan dagiti kandidato a para Presidente ken Bise-Presidente iti Balota nga mausar iti Eleksion Heneral iti Estado a Hawaii.

ハワイ州総選挙投票用紙に大統領及び副大統領候補者氏名を記載するための嘆願

President __Michael A. Peroutka__
Presidente / 大統領

Vice-President __Chuck Baldwin__
Bise-Presidente / 副大統領

Political Party or Group
Partido wenno gimong
政党又は政治結社

We, as registered voters in the State of Hawaii, declare by signature hereon that we intend to support the candidates named above for President and Vice-President of the United States.

Dakami, kas nairehistro nga agbotos ditoy Estado nga Hawaii, ket ipakaanmomi babaen ti panagpirmami iti daytoy a kasuratan a panggepmi nga suportaran dagiti kandidato nga nainaganan iti ngato nga para Presidente ken Bise-Presidente ti Estados Unidos.

我々は、ハワイ州の登録有権者としてここに記名の候補者を合衆国大統領及び副大統領候補者として支持する事を、本署名をもって宣誓する。

| Social Security Number (optional) Numero iti social security yo ソーシャル・セキュリティ・ナンバー | Print Your Name Here Isurat (Imprenta) yo ti nagan yo ditoy あなたの名前をわかりやすく書いて下さい | | | Sign the Name Under Which You Are Registered to Vote Iperma ti nagan a nakairehistro nga agbotos. あなたが登録した時の名前のサイン | | | Print the Residence Address at Which You Are Registered to Vote Isurat (Imprenta) iti lugar a pagnaedan a nakairehistroan yo あなたが登録した時の住所 | | | Birth Date Pannakaiyanak yo 生年月日 | Date Signed | Status (For Official Use Only) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Last, Apelyedo 苗字 | First Umona a nagan 名前 | Middle Agtenga a nagan 中の名前 (イニシャル) | First Umona a nagan 名前 | Middle Agtenga a nagan 中の名前 (イニシャル) | Last Apelyedo 苗字 | House No. Numero ti balay yo 番地 | Street Name Nagan iti kalsada 道の名前 | Apt. No. Numero ti Apartmen アパート・ナンバー | Mon/Day/Yr Bulan/Aldaw/Tawen 月 日 年 | Mon/Day/Yr Bulan/Aldaw/Tawen 月 日 年 | |
| 7162 | Porter | David | W. | David | W | Porter | 509 | University Ave | #603 | 1/26/64 | 5/30/04 | 21/07 |
| 5116 | Nakamura | Janice | | Janice | | Nakamura | 99-251 | Ahukini Pl. | | 1-17-46 | 5/30/04 | 33/04 |
| | Hachiro, Sandra B. | | | Sandra B. Hachiro | | | 91-1193 | Nanakuli St | | 6-22-54 | 5/30/04 | 40/03 |

0099

MARK J. BENNETT            2672
Attorney General
State of Hawai'i

HOLLY T. SHIKADA           4017
AARON H. SCHULANER         6954
Deputy Attorneys General
Department of Attorney General
235 South Beretania Street, Rm. 304
Honolulu, Hawai'i 96813
Telephone: (808) 586-1255
Fax:       (808) 586-1488

Attorneys for Dwayne D. Yoshina,
Chief Election Officer, State of
Hawai'i

## IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

## STATE OF HAWAI'I

| | |
|---|---|
| RALPH NADER, PETER MIGUEL CAMEJO, AND ROBERT H. STIVER,<br><br>Appellants,<br><br>vs.<br><br>DWAYNE D. YOSHINA, Chief Election Officer, State of Hawai'i,<br><br>Appellee. | CIVIL NO. 04-1-1905-10<br><br>CERTIFIED RECORD ON APPEAL; INDEX; CERTIFICATION OF RECORD; AND CERTIFICATE OF SERVICE |

## CERTIFIED RECORD ON APPEAL

### VOLUME II

**Page Nos. 0068 -0788**

# PETITION TO PLACE THE NAMES OF CANDIDATES FOR PRESIDENT AND VICE-PRESIDENT ON THE STATE OF HAWAII GENERAL ELECTION BALLOT

Petision tapno maikabil ti nagan dagiti kandidato a para Presidente ken Bise-Presidente iti Balota nga mausar iti Eleksion Heneral iti Estado a Hawaii.

ハワイ州総選挙投票用紙に大統領及び副大統領候補者氏名を記載するための数額

| President | RALPH NADER | Vice-President | PETER MIGUEL CAMEJO |
|---|---|---|---|
| Presidente | | Bise-Presidente | |
| 大統領 | | 副大統領 | |

Political Party or Group
Partido wenno gimong
政党又は政治結社

We, as registered voters in the State of Hawaii, declare by signature hereon that we intend to support the candidates named above for President and Vice-President of the United States.

Dakami, kas nairehistro nga agbotos ditoy Estado nga Hawaii, ket ipakaammomi babaen ti panagpirmami iti daytoy a kasuratan a panggepmi nga suportaran dagiti kandidato nga nainaganan iti ngato nga para Presidente ken Bise-Presidente ti Estados Unidos.

我々は、ハワイ州の登録有権者として上記の候補者を合衆国大統領及び副大統領候補者として支持する署名を、本署名をもって宣誓する。

| Social Security Number (optional) | Print Your Name Here | | | Sign the Name Under Which You Are Registered to Vote | Print the Residence Address at Which You Are Registered to Vote | | | Birth Date Mon/Day/Yr | Date Signed Mon/Day/Yr | Status (For Official Use Only) |
|---|---|---|---|---|---|---|---|---|---|---|
| | Last, Apelyedo | First, Umona a nagan | Middle, Agtenga a nagan | | House No. Numero ti balay yo | Street Name Nagan ti Kalsada | Apt. No. Numero ti Apartmen | | | |
| | Lupien, Tho | Thea | A | [signature] | POB 543 | Mt. View, HI | | 8/2/66 | 3/1/03 | YES |
| | Kelley M. Thisd | | | [signature] | P.O. Box 1034 | Pahoa, HI | | 4/22/1975 | 4/22/04 | NJ |
| | Picanco Pualoke | | B | [signature] | 15-641 Hinalo St. | Pahoa | | 9/25/04 | 9/25/04 | NJ |

0101