IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RALPH NADER, PETER MIGUEL CAMEJO, ROBERT H. STIVER, MICHAEL A. PEROUTKA, CHUCK BALDWIN, and DAVID W. PORTER, <br><br>Plaintiffs, <br><br>vs. <br><br>DWAYNE D. YOSHINA, Chief Election Officer, State of Hawaii, <br><br>Defendants. | CIVIL NO. 04-00611 JMS/LEK <br><br> CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that one copy of the within was duly served this date electronically via CM/ECF to the following at the address listed below:

> MARK J. BENNETT, ESQ.
> AARON H. SCHULANER, ESQ.
> HOLLY SHIKADA, ESQ.
> 235 S. Beretania, Street, Room 304
> Honolulu, Hawaii 96813
> Email: aaron.h.schulaner@hawaii.gov
>
> Attorneys for Defendant
> DWAYNE D. YOSHINA

DATED:   Honolulu, Hawaii,   JAN 1 0 2008            .

/s/ Eric A. Seitz
ERIC A. SEITZ