ORIGINAL

MARK J. BENNETT          2672
Attorney General of Hawaii

AARON H. SCHULANER       6954
HOLLY T. SHIKADA         4017
Deputy Attorneys General
235 S. Beretania Street, Room 304
Honolulu, Hawaii 96813
Telephone: (808) 586-1255
Facsimile: (808) 586-1488
E-Mail: Aaron.H.Schulaner@Hawaii.Gov

Attorneys for Defendant

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 15 2008

at 2 o'clock and ____ min. ____ M.
SUE BEITIA, CLERK

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RALPH NADER, PETER MIGUEL CAMEJO, ROBERT H. STIVER, MICHAEL A. PEROUTKA, CHUCK BALDWIN, AND DAVID W. PORTER, | CIVIL NO. 04-00611 JMS/LEK |
| Plaintiffs, | DEFENDANT'S PRETRIAL CONFERENCE STATEMENT; CERTIFICATE OF SERVICE |
| vs. | Final Pretrial Conference DATE:  January 22, 2008 TIME:   9:00 a.m. JUDGE: Hon. Lesile E. Kobayashi |
| DWAYNE D. YOSHINA, Chief Election officer, State of Hawaii, | |
| Defendant. | TRIAL:  March 4, 2008 |

### DEFENDANT'S FINAL PRETRIAL CONFERENCE STATEMENT

Defendant Dwayne D. Yoshina, by and through his attorneys, Mark J. Bennett,

Attorney General of Hawai'i, and his undersigned deputies, hereby submit the following

267764_1.DOC

Pretrial Statement in accordance with Local Rule 16.6 of the Local Rules of the United

States District Court for the District of Hawaii.

A.    PARTIES

Defendant Dwayne D. Yoshina, sued in his official capacity, was the Chief

Election Officer of the State of Hawaii at the time of the events that are the subject

of this action.[1]

B.    JURISDICTION AND VENUE

Defendant has raised the issue of subject matter jurisdiction in his pending

motion to dismiss or in the alternative for summary judgment. Venue is

appropriate.

C.    SUBSTANCE OF ACTION

Plaintiffs Ralph Nader and Michael Peroutka both sought to be on the

presidential ballot in 2004, with their respective running mates Peter Miguel

Camejo and Chuck Baldwin. Plaintiffs were not able to obtain access to the ballot

in compliance with HRS § 11-113. In order to be on the ballot, Plaintiffs would

---

[1] Defendant Yoshina was the Chief Election Officer of the State of Hawaii during the 2004 General Election and during the relevant time period in which Plaintiffs sought to be included on the presidential ballot. Defendant Yoshina retired as the Chief Election Officer on March 1, 2007. The Election Commission which appoints the Chief Election Officer appointed Rex Quidilla as Interim Chief Election Officer while it conducted a search for a new Chief Election Officer. The Election Commission on December 10, 2007 appointed Kevin B. Cronin as the next Chief Election Officer with a starting date of February 1, 2008.

267764_1.DOC

either have needed to be from "qualified political parties" or obtain 3,711 petition signatures, for each presidential candidate, by September 3, 2004. In order to form a "qualified political parties" each presidential candidate would have needed to obtain 677 signatures by April 1, 2004. Plaintiffs elected not to attempt to form political parties and instead chose to obtain access to the presidential ballot by direct petition. Plaintiffs ultimately did not obtain the requisite amount of signatures and as such were not allowed on the presidential ballot.

The Plaintiffs have brought this Complaint seeking federal court intervention asserting that HRS § 11-113's different qualification requirement between political party candidates and independent candidates is unconstitutional. Additionally, Plaintiffs claim that the manner in which the Office of Elections verified the signatures on the presidential petitions was unconstitutional and that if done correctly both presidential candidates would have qualified to be on the ballot. This matter is also currently before the Hawaii Supreme Court.

D.    UNDISPUTED FACTS

There is no dispute that Plaintiffs Ralph Nader and Michael Peroutka both sought to be on the presidential ballot in 2004, with their respective running mates Peter Miguel Camejo and Chuck Baldwin, and that the Office of Elections found that they had not obtained sufficient petition signatures.

267764_1.DOC                                3

E.    DISPUTED FACTUAL ISSUES

Defendant disputes Plaintiffs allegation that the Office of Elections'
verification procedures were flawed and that Plaintiffs obtained sufficient verified
petition signatures to be included on the presidential ballot.  Defendant disputes
that his actions constituted violations of Plaintiffs' rights or that he is otherwise
liable to Plaintiff.

F.    RELIEF PRAYED

Plaintiffs seek declaratory and injunctive relief, in addition to reimbursement
of costs, including reasonable attorney's fees .

G.    POINTS OF LAW

Defendant has a pending motion to dismiss or in the alternative for summary
judgment.  Defendant asserts that the State of Hawaii's election laws imposes
reasonable, nondiscriminatory restrictions upon the First and Fourteenth
Amendment rights of voters and that the State's important regulatory interests are
generally sufficient to justify the restrictions.  See Burdick v. Takushi, 504 U.S.
428, 112 S.Ct. 2059 (1992), Anderson v. Celebrezze, 460 U.S. 780, 788, 103 S.Ct.
1564, 1569-1570 (1983), American Party of Texas v. White, 415 U.S. 767, 94
S.Ct. 1296 (1974), Erum v. Cayetano, 881 F.2d 689 (9th Cir. 1989).  Defendant
additionally argues that abstention is appropriate in this case as the dispute

regarding the Plaintiffs access to the presidential ballot is currently before the

Hawaii Supreme Court.  Younger v. Harris, 401 U.S. 37 (1971).

H.    PREVIOUS MOTIONS

On July 13, 2005, Defendant filed a motion to dismiss based on the Younger

abstention doctrine, given the pending Hawaii Supreme Court cases.  Plaintiffs

filed their memorandum in opposition on September 25, 2005.  A hearing on

Defendant's motion was held on October 13, 2005.  The parties orally agreed at

that time to stipulate to staying the proceedings until the resolution of appeals

before the Hawaii Supreme Court.  A formal stipulation was submitted and granted

on October 28, 2005 staying the proceedings.  On March 31, 2006, the Court, in

order to avoid leaving the motion unresolved for an extended period of time,

denied without prejudice Defendant's Motion to Dismiss.

I.    WITNESSES TO BE CALLED

    1.    Dwayne D. Yoshina
       c/o Aaron H. Schulaner
       Deputy Attorney General
       235 S. Beretania Street, Room 304
       Honolulu, Hawaii 96813

Defendant Yoshina is expected to testify regarding liability, Plaintiff's

allegations, and other related matters.

    2.    Lori M. Tomczyk
       c/o Aaron H. Schulaner
       Deputy Attorney General

235 S. Beretania Street, Room 304
Honolulu, Hawaii 96813

Ms. Tomczyk is expected to testify regarding liability, Plaintiff's allegations,

and other related matters.

3.      Glenn Takahashi
        c/o Aaron H. Schulaner
        Deputy Attorney General
        235 S. Beretania Street, Room 304
        Honolulu, Hawaii 96813

Mr. Takahashi is expected to testify regarding liability, Plaintiff's

allegations, and other related matters.

4.      Amy Kam
        c/o Aaron H. Schulaner
        Deputy Attorney General
        235 S. Beretania Street, Room 304
        Honolulu, Hawaii 96813

Ms. Kam is expected to testify regarding liability, Plaintiff's allegations, and

other related matters.

5.      Rex Quidilla
        c/o Aaron H. Schulaner
        Deputy Attorney General
        235 S. Beretania Street, Room 304
        Honolulu, Hawaii 96813

Mr. Quidilla is expected to testify regarding liability, Plaintiff's allegations,

and other related matters.

6.    Kevin B. Cronin
      c/o Aaron H. Schulaner
      Deputy Attorney General
      235 S. Beretania Street, Room 304
      Honolulu, Hawaii 96813

Mr. Cronin is expected to testify regarding liability, Plaintiff's allegations,

and other related matters.

7.    David P. Porter
      c/o Eric Seitz, Esq.
      820 Mililani Street, Suite 714
      Honolulu, Hawaii 96813

Mr. Porter is expected to testify regarding liability, Plaintiff's allegations,

and other related matters.

8.    Robert H. Stiver
      c/o Eric Seitz, Esq.
      820 Mililani Street, Suite 714
      Honolulu, Hawaii 96813

Mr. Stiver is expected to testify regarding liability, Plaintiff's allegations,

and other related matters.

9.    Michael A. Peroutka
      c/o Eric Seitz, Esq.
      820 Mililani Street, Suite 714
      Honolulu, Hawaii 96813

Mr. Peroutka is expected to testify regarding liability, Plaintiff's allegations,

and other related matters.

10.   Ralph Nader
      c/o Eric Seitz, Esq.

820 Mililani Street, Suite 714
Honolulu, Hawaii 96813

Mr. Nader is expected to testify regarding liability, Plaintiff's allegations,

and other related matters.

11.    Custodian of Records
Office of Elections
c/o Aaron H. Schulaner
Deputy Attorney General
235 S. Beretania Street, Room 304
Honolulu, Hawaii 96813

This witness is expected to testify regarding the authenticity of exhibits

related to the petition process, the decision that Plaintiffs had failed to obtain

sufficient verified signatures, and any other exhibits used by Plaintiffs and

Defendant.

12.    All individuals listed in Plaintiffs' pretrial statement, or any other

filing in this case.

13.    Defendant reserves the right to supplement/amend its pretrial

statement as deemed necessary, based upon further investigation and discovery.

14.    Defendant reserves the right to identify other persons who may have

knowledge of discoverable information relevant to the claims and the defenses.

J.    EXHIBITS, SCHEDULES AND SUMMARIES

Defendant anticpates offering the following exhibits at trial and reserves the

right to supplement this list as appropriate:

267764_1.DOC

The filings from <u>Peroutka v. Yoshina</u>, Civ. No. 04-1-1904-10 EEH and

<u>Nader v. Yoshina</u>, Civ. No. 04-1-1905-10 EEH, and the subsequent appeals to the

Hawaii Supreme Court designated <u>Peroutka v. Yoshina</u>, Sct. No. 27233 and <u>Nader</u>

<u>v. Yoshina</u>, Sct. No. 27234, and the present civil case, Nader v. Yoshina, Civ. No.

04-00611 DAE-LEK.  These filings include the certified records on appeals filed

on October 28, 2004 in the Circuit Court cases which contain the relevant materials

from the underlying administrative hearings conducted before Chief Election

Officer Dwayne D. Yoshina, such as the petition sets.

Sponsoring witness: The authors of the relevant documents, Ms. Tomczyk,

Mr. Yoshina, and/or a custodian of records of the Office of Elections.

K.     FURTHER DISCOVERY OR MOTIONS

The discovery deadline and dispostive motions cut off have passed.

Defendant does not envision any further mtoions, except for motions in limine.

L.     STIPULATIONS

Although there have been no discussions between counsel on this subject, it

is anticipated that there will be agreement as to the authenticity and admissibility

of some trial exhibits.

M.     AMENDMENTS, DISMISSALS

None.

N.     SETTLEMENT DISCUSSIONS

There have been settlement conferences between the parties, facilitated by

the Court.  However, there has been no resolution.

O.     AGREED STATEMENT OF FACTS

The parties should be able to agree on some of the facts of this case.

P.     BIFURCATION, SEPARARATE TRIAL OF ISSUES

Defendant's position is that neither bifurcation nor a separate trial is feasible

or desired.

Q.     REFERENCE TO MASTER OR MAGISTRATE JUDGE

Defendant currently has taken no position regarding referring this action to a

magistrate judge.

R.     APPOINTMENT AND LIMITATION OF EXPERTS

Defendant does not believe that an appointment of an impartial expert

witness or a limitation of the number of expert witnesses is necessary at this time.

S.     TRIAL

A bench trial is schedule for March 4, 2008.

T.     ESTIMATE OF TRIAL TIME

Defendant estimates that it will require no more than one day to present its

case.

U.   <u>CLAIMS OF PRIVILEGE</u>

   None currently anticipated.

V.   <u>MISCELLANEOUS</u>

   None.

   DATED:  Honolulu, Hawai'i, January 15, 2008.


                              _____
                              AARON H. SCHULANER.
                              Deputy Attorney General

                              Attorney for Defendant
                              DWAYNE D. YOSHINA,
                              CHIEF ELECTION OFFICER,
                              STATE OF HAWAII

## CERTIFICATE OF SERVICE

I hereby certify, a true and correct copy of the foregoing document was duly

served, on this date, upon the following individual(s) in the manner indicated:

ERIC A. SEITZ, ESQ.                     [ X ]  HAND-DELIVERY
LAWRENCE I. KAWASAKI, ESQ.
820 Mililani Street, Suite 714          [   ]  U.S. MAIL
Honolulu, Hawaii 96813
Ph: 533-7434/Fax: 545-3608              [   ]  FAX
eseitzatty@yahoo.com
                                        [   ]  E-MAIL

DATED:  Honolulu, Hawaii, January 15, 2008.

AARON H. SCHULANER

267764_1.DOC