MARK J. BENNETT                2672
Attorney General
State of Hawai'i

AARON H. SCHULANER        6954
HOLLY T. SHIKADA              4017
Deputy Attorneys General
235 S. Beretania Street, Room 304
Honolulu, Hawaii 96813
Tel. (808) 586-1255
Fax (808) 586-1488
Email: aaron.h.schulaner@hawaii.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| RALPH NADER, PETER MIGUEL CAMEJO, ROBERT H. STIVER, MICHAEL A. PEROUTKA, CHUCK BALDWIN, AND DAVID W. PORTER,<br><br>    Plaintiffs,<br><br>vs.<br><br>DWAYNE D. YOSHINA, Chief Election Officer, State of Hawaii,<br><br>    Defendant. | CIVIL NO. 04-00611 JMS/LEK<br><br>DEFENDANTS' SEPARATE AND CONCISE STATEMENT OF FACTS IN REPLY AND OPPOSITION TO PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT AND PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT; CERTIFICATE OF SERVICE<br><br>HEARING<br>Date: January 28, 2008<br>Time: 9:00 a.m.<br>Judge: Hon. J. Michael Seabright |

DEFENDANTS' SEPARATE AND CONCISE STATEMENT OF
FACTS IN REPLY AND OPPOSITION TO PLAINTIFFS' MEMORANDUM IN
OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR IN THE
ALTERNATIVE FOR SUMMARY JUDGMENT AND PLAINTIFFS'
CROSS-MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule LR 56.1 of the Local Rules of Practice for the United States District Court for the District of Hawaii, Defendants submit this separate and concise statement of material facts in reply and opposition to Plaintiffs' Memorandum in Opposition to Defendant's Motion to Dismiss or in the Alternative for Summary Judgment and Plaintiffs' Cross-Motion for Summary Judgment to Plaintiffs' Motion for Partial Summary Judgment.

Facts 1 through 15 correspond to the facts and supporting evidence presented in Plaintiffs' Concise Statement of Material Facts in Support of Plaintiffs' Memorandum in Opposition to Defendant's Motion to Dismiss or in the Alternative for Summary Judgment ("Plaintiffs' Concise Statement").

| 1. | Undisputed. | See Plaintiffs' Concise Statement |
|----|-------------|-----------------------------------|
| 2. | Undisputed. | See Plaintiffs' Concise Statement |
| 3. | Undisputed. | See Plaintiffs' Concise Statement |
| 4. | Undisputed. | See Plaintiffs' Concise Statement |
| 5. | Undisputed. | See Plaintiffs' Concise Statement |
| 6. | Undisputed. | See Plaintiffs' Concise Statement |
| 7. | Undisputed. | See Plaintiffs' Concise |

| | | Statement |
|---|---|---|
| 8. | Undisputed. | See Plaintiffs' Concise Statement |
| 9. | Undisputed. | See Plaintiffs' Concise Statement |
| 10. | Undisputed. | See Plaintiffs' Concise Statement |
| 11. | Undisputed. | See Plaintiffs' Concise Statement |
| 12. | Undisputed. | See Plaintiffs' Concise Statement |
| 13. | Partially disputed. The petition form cited by Plaintiffs contains the following columns for the voter to fill out (1) "Print Your Name Here," (2) "Sign the Name Under Which You Are Registered to Vote," (3) "Print the Residence Address at Which You are Registered to Vote," (4) "Birth Date," and (5) "Date Signed." There is also a column for the voter's "Social Security Number," however completing this column is optional. | See Plaintiffs' Concise Statement |
| 14. | Disputed. The law provides for the manner in which it is determined whether an individual is qualified to sign the petition. HAR § 2-51-112. Specifically, the signatory is checked against the statewide voter registration system ("SVRS") to determine if he is an active registered voter. The SVRS allows for voter records to be pulled up by either social security number or name. As such, it is critical that signatories comply with the requirement of printing their name in order to avoid illegibility issues, which will result in the record not be being accessible. After the voter's record is either pulled up by name or social security number, the law provides for the manner in which the signatory will be validated: (1) if the signatory on the petition exists as an active registered voter in the | Exhibit A of Exhibit 10 to Defendant's Motion to Dismiss or in the Alternative for Summary Judgment (Peroutka v. Yoshina, Civ. No. 04-1-1904-10 (SSM), Decision of the Court and Order (November 23, 2004)) at pages 3-4; Exhibit B of Exhibit 10 (Nader v. Yoshina, Civ. No. 04-1-1905-10 (SSM), Decision of the Court and Order (November 23, 2004) at pages 3-4. |

| | | |
|---|---|---|
| | SVRS, then the signatory is counted; (2) if the signatory does not exist as an active registered voter in the SVRS, then the signatory is not counted; (3) if there are duplicate signatures, and the signatory is an active registered voter, then the signatory is counted once; and (4) "if the signatory does not provide all of the required information on the petition or if the information is not legible, then the signatory may not be counted." HAR § 2-51-113(b)(1)-(4). The Honorable Sabrina S. McKenna found that the procedures of HAR § 2-51-113(b)(1)-(4) were followed in verifying signatures and that in reviewing the record she confirmed that many of the names submitted were not legible and that most signatories did not provide their social security number. | |
| 15. | Undisputed. | See Plaintiffs' Concise Statement |

## DEFENDANTS' STATEMENT OF FACTS IN REPLY AND OPPOSITION

| | | |
|---|---|---|
| 16. | On September 20, 2004, the Office of Elections informed Plaintiffs they failed to qualify for inclusion on the presidential ballot and that they could request a hearing. | Exhibits 1 & 2 (Letters from the Office of Elections to Robert Stiver and David Porter) |
| 17. | On September 24, 2004, the Office of Elections revised its calculations but still found that Plaintiffs did not have enough verified signatures. Plaintiffs were informed of the revised calculations. | Exhibits 3 & 4 (Letters from the Office of Elections to Robert Stiver and David Porter) |
| 18. | On October 1, 2004 a settlement agreement was reached between the Office of Elections and the Nader Campaign. It provided for a review of the ballots by Defendant Yoshina. | Exhibit 5 (Nader Settlement Agreement) |
| 19. | On October 5, 2004, a decision was issued finding that the Peroutka campaign had not obtained enough verified signatures. | Exhibit 6 (Peroutka for President Campaign, 2004-002, Findings of |

|     |                                                                                                                                                                                    |                                                                                                                                                                        |
| --- | ---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- | ---------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
|     |                                                                                                                                                                                    | Fact, Conclusions of Law and Decision)                                                                                                                                 |
| 20. | On October 18, 2004, Defendant Yoshina issued his findings regarding his review of the Nader petition and found that it had not obtained enough verified signatures.              | Exhibit 7 (Settlement Agreement Findings of Defendant Yoshina)                                                                                                         |
| 21. | On October 28, 2004, Plaintiffs filed a notice of appeal of both the Peroutka and Nader decisions in the Circuit Court of the First Circuit, State of Hawaii.                      | Exhibits 8 & 9 (Peroutka v. Yoshina, Civ. No. 04-1-1904-10 (SSM), Decision of the Court and Order Nader v. Yoshina, Civ. No. 04-1-1905-10 (SSM))                       |
| 22. | On November 23, 2004, the Honorable Sabrina S. McKenna affirmed the underlying Peroutka administrative hearing decision.                                                           | Exhibit A of Exhibit 10 (Peroutka v. Yoshina, Civ. No. 04-1-1904-10 (SSM), Decision of the Court and Order (Nov. 23, 2004))                                            |
| 23. | On November 23, 2004, the Honorable Sabrina S. McKenna affirmed the decision of Defendant Yoshina in regards to the review he conducted pursuant to the Nader settlement agreement.| Exhibit B of Exhibit 10 (Nader v. Yoshina, Civ. No. 04-1-1905-10 (SSM), Decision of the Court and Order (Nov. 23, 2004)                                                |
| 24. | On April 13, 2005, Plaintiffs filed a Joint Notice of Appeal to the Hawaii Supreme Court, which is still currently pending with it.                                                | Exhibit 10 (Joint Notice of Appeal)                                                                                                                                    |
| 25. | The two paths of getting on the presidential ballot (political party or by petition) are reasonable and ensure that only candidates who can show more than a modicum of support are able to be on the ballot. | Exhibit 14 at ¶¶ 26-28 (Declaration of Yoshina)                                                                                                                        |

DATED: Honolulu, Hawaii, January 17, 2008.

*[signature]*

AARON H. SCHULANER
HOLLY T. SHIKADA
Deputy Attorney General

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify, a true and correct copy of the foregoing document was duly served, on this date, upon the following individual(s) in the manner indicated:

| | |
|---|---|
| ERIC A. SEITZ, ESQ.<br>LAWRENCE I. KAWASAKI, ESQ.<br>820 Mililani Street, Suite 714<br>Honolulu, Hawaii 96813<br>Ph: 533-7434/Fax: 545-3608<br>eseitzatty@yahoo.com | [ X] HAND-DELIVERY<br>[  ] U.S. MAIL<br>[  ] FAX<br>[  ] E-MAIL |

DATED:  Honolulu, Hawaii, January 17, 2008.

_____
AARON H. SCHULANER