IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RALPH NADER, PETER MIGUEL CAMEJO, ROBERT H. STIVER, MICHAEL A. PETROUKA, CHUCK BALDWIN, and DAVID W. PORTER,<br><br>        Plaintiffs,<br><br>    vs.<br><br>DWAYNE D. YOSHINA, Chief Election Officer, State of Hawaii,<br><br>        Defendant.<br>_____ | CIVIL NO. 04-00611 JMS/LEK<br><br>ORDER REGARDING PRETRIAL DEADLINES |

## ORDER REGARDING PRETRIAL DEADLINES

A bench trial in this matter is scheduled for **March 4, 2008**. The court orders the following pretrial deadlines and procedures in addition to those already set forth in the November 14, 2007 Amended Rule 16 Scheduling Order (Doc. No. 52):

(1) A final pretrial conference shall be held before the trial judge on **February 28, 2008** at 9:00 a.m.

(2) The parties shall file jointly a set of any facts to which they have stipulated by **February 27, 2008**.

(3) The parties shall each file proposed findings of fact and conclusions of law by **February 27, 2008**, as follows:

- The findings and conclusions shall be in numbered paragraphs, with authority stated for each paragraph (e.g., name of witness, exhibit number, case citation, etc.); and
- The parties are to (1) submit two additional copies to chambers, and (2) email an electronic version of the document to chambers' email inbox (Seabright_Orders@hid.uscourts.gov).

(4) For each non-hostile witness, the party calling the witness shall file and provide the court and opposing counsel a declaration setting forth the direct testimony of the witness by **March 3, 2008**.

- The declaration shall be in lieu of live direct testimony;
- The witness shall be available on March 4, 2008 for live cross-examination, unless the opposing counsel stipulates that no cross-examination is requested; and

//
//
//
//

- Redirect testimony shall be live if cross-examination is live.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, January 28, 2008.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

*Nader v. Yoshina*, Civ. No. 04-00611 JMS/LEK, Order Regarding Pretrial Deadlines