# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL 04-00611JMS-LEK |
| CASE NAME: | Ralph Nader, et al., vs. Dwayne D. Yoshina, Chief Election Officer, State of Hawaii |
| ATTYS FOR PLA: | Eric A. Seitz |
| ATTYS FOR DEFT: | Aaron H. Schulaner |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Gloria Bediamol |
| DATE: | 1/28/2008 | TIME: | 9:05 - 9:35 |

COURT ACTION: Dwayne D. Yoshina's Motion to Dismiss or in the Alternative Motion for Summary Judgment [53]

Arguments made.

As to Count 1, the Court GRANTED Defendants' Motion for Summary Judgment and DENIED Plaintiffs' Cross-Motion for Summary Judgment. The Court DENIED Defendant's Motion for Summary Judgment and DENIED Plaintiffs' Cross-Motion as to Count II.

The Court will issue a written order.

Submitted by: Dottie Miwa, Courtroom Manager