# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00611JMS-LEK |
| CASE NAME: | Ralph Nader, et al. Vs. Dwayne D. Yoshina, Chief Election Officer, State of Hawaii |
| ATTYS FOR PLA: | Lawrence I. Kawasaki |
| ATTYS FOR DEFT: | Aaron H. Schulaner |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 02/04/2008 | TIME: | 9:40-9:45 |

COURT ACTION:   EP: Final Pretrial Conference held.

Trial Days: Plaintiff - ½, Defendant - ½.
Witnesses: Plaintiff - 2 to 3, Defendant - 1 to 2.
Exhibits: Plaintiff - 1 to 50; Defendant - 100 to 150.  Parties will probably stipulate to 40 joint trial exhibits.
Motions in Limine: Plaintiff - 0, Defendant - 0.

Submitted by: Warren N. Nakamura, Courtroom Manager