IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RALPH NADAR, et al.,  )<br>  )<br>    Plaintiff,  )<br>  vs.  )<br>  )<br>KEVIN B. CRONIN, Chief Election  )<br>Officer, State of Hawaii,  )<br>  )<br>    Defendant.  )<br>_____ ) | CIVIL NO. 04-00611 JMS/LEK<br><br>ORDER RE-ASSIGNING<br>CASE |

ORDER RE-ASSIGNING CASE

Good cause appearing therefore,

IT IS ORDERED that the above-entitled case originally assigned to the Honorable J. Michael Seabright is reassigned to the Honorable Alan C. Kay. All further pleadings shall be filed and docketed as Civil No. 04-00611 ACK/LEK.

All previously scheduled dates remain unchanged, including the pretrial conference and trial dates.

DATED:  Honolulu, Hawaii, February 12, 2008.



　　　　　　　　　　　　　　　　　　 /s/ Helen Gillmor_____

　　　　　　　　　　　　　　　　　　Chief United States District Judge