ERIC A. SEITZ
ATTORNEY AT LAW
A LAW CORPORATION

ERIC A. SEITZ           1412
LAWRENCE I. KAWASAKI    5820
820 Mililani Street, Suite 714
Honolulu, Hawai'i  96813
Telephone:  (808) 533-7434
Facsimile:  (808) 545-3608

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RALPH NADER, PETER MIGUEL CAMEJO, ROBERT H. STIVER, MICHAEL A. PEROUTKA, CHUCK BALDWIN, and DAVID W. PORTER, <br><br> Plaintiffs, <br><br> vs. <br><br> DWAYNE D. YOSHINA, Chief Election Officer, State of Hawaii, <br><br> Defendants. <br> _____ | CIVIL NO. 04-00611 ACK/LEK <br><br> PLAINTIFFS' FINAL WITNESS LIST; CERTIFICATE OF SERVICE <br><br><br><br><br><br><br><br><br> (Trial: March 4, 2008) |

PLAINTIFFS' FINAL WITNESS LIST

Plaintiffs RALPH NADER, PETER MIGUEL CAMEJO, ROBERT

H. STIVER, MICHAEL A. PEROUTKA, CHUCK BALDWIN, and DAVID W.

PORTER, by and through their undersigned counsel, pursuant to the Amended

Rule 16 Scheduling Order filed herein on November 14, 2007, hereby submits the following list of witnesses they intend to call at the trial in the above referenced matter:

(1) Robert H. Stiver
c/o Eric A. Seitz
820 Mililani Street, Suite 714
Honolulu, Hawaii 96813

Plaintiff Robert H. Stiver will testify as to the circumstances surrounding the Office of Elections, State of Hawaii's rejection of the Ralph Nader and Peter Miguel Camejo Campaign's petition to have their names placed on the ballot for the offices of President and Vice President of the United States in the statewide general election on November 2, 2004. Expected length of testimony, 3 hrs.

(2) David W. Porter
c/o Eric A. Seitz, Esq.
820 Mililani Street, Suite 714
Honolulu, Hawaii 96813

Plaintiff David W. Porter will testify as to the circumstances surrounding the Office of Elections, State of Hawaii's rejection of the Michael A. Peroutka and Chuck Baldwin Campaign's petition to have their names placed on the ballot for the offices of President and Vice President of the United States in the statewide general election on

November 2, 2004.  Expected length of testimony, 3 hrs.

DATED:  Honolulu, Hawai'i,  February 12, 2008                        .



 /s/ Eric A. Seitz
ERIC A. SEITZ
LAWRENCE I. KAWASAKI

Attorneys for Plaintiffs
RALPH NADER, PETER MIGUEL
CAMEJO, ROBERT H. STIVER,
MICHAEL A. PEROUTKA,
CHUCK BALDWIN, AND DAVID
W. PORTER

CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that one copy of the within was duly this date electronically via CM/ECF to the following at the address listed below:

>MARK J. BENNETT, ESQ.
>AARON H. SCHULANER, ESQ.
>HOLLY SHIKADA, ESQ.
>235 S. Beretania, Street, Room 304
>Honolulu, Hawaii 96813
>Email: aaron.h.schulaner@hawaii.gov
>
>Attorneys for Defendant
>DWAYNE D. YOSHINA

DATED:   Honolulu, Hawaii,  February 12, 2008                     .


                                              /s/ Eric A. Seitz
                                             ERIC A. SEITZ