

MARK J. BENNETT        2672
Attorney General of Hawai`i

AARON H. SCHULANER    6954
HOLLY T. SHIKADA      4017
Deputy Attorneys General
235 S. Beretania Street, Room 304
Honolulu, Hawai`i 96813
Telephone: (808) 586-1255
Facsimile: (808) 586-1488
E-mail: aaron.h.schulaner@hawaii.gov

Attorneys for Defendant

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 12 2008

at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| RALPH NADER, PETER MIGUEL CAMEJO, ROBERT H. STIVER, MICHAEL A. PEROUTKA, CHUCK BALDWIN, and DAVID W. PORTER, <br><br>Plaintiffs,<br><br>vs.<br><br>KEVIN B. CRONIN, Chief Election Officer, State of Hawai`i,<br><br>Defendant. | Civil No. 04-00611 ACK-LEK<br><br>DEFENDANT'S FINAL WITNESS LIST; CERTIFICATE OF SERVICE<br><br><br><br><br><br>TRIAL: March 4, 2008 |

### DEFENDANT'S FINAL WITNESS LIST

Defendant Kevin B. Cronin, by and through his attorneys, Mark J. Bennett, Attorney General of Hawai`i, and his undersigned deputies, hereby submit the following Final Witness List, pursuant to this Court's Amended Rule 16

271326_2.DOC

Scheduling Order, filed on November 14, 2007, and identify all witnesses expected to testify at trial, as follows:

WITNESSES TO BE CALLED:

Defendant anticipates calling the following witnesses at trial. Defendant reserves the right to name any additional witnesses listed in Plaintiff's witness list, and to supplement this list as appropriate.

1. LORI M. TOMCZYK, c/o Department of the Attorney General, Ballot Operations Section Head for the Office of Elections.

Ms. Tomczyk is expected to testify regarding Plaintiff's allegations and any other related matters pertaining to Plaintiffs' Complaint. As the Ballot Operations Section Head, Ms. Tomczyk was in charge of the review of petitions and testified at the underlying administrative hearing regarding the manner in which signatures were verified and that Plaintiffs had failed to obtain the necessary petition signatures to qualify for inclusion on the presidential ballot.

Estimated length of testimony on direct examination: Not Applicable. Pursuant to the Court's Order, dated January 28, 2008, the parties will be submitting declarations of non hostile witnesses in lieu of live direct testimony by March 3, 2008.

2.   DWAYNE D. YOSHINA, former Chief Election Officer.

Currently, Mr. Yoshina has expressed that he is unwilling to testify in this matter, and as such is not expected to testify. However, in an abundance of caution he has been included in this witness list, in case he ultimately changes his mind. In the event Mr. Yoshina testifies, it is expected that he will testify regarding Plaintiff's allegations and any other related matters pertaining to Plaintiffs' Complaint. Mr. Yoshina conducted the underlying administrative hearings regarding the manner in which signatures were verified and whether Plaintiffs had failed to obtain the necessary petition signatures to qualify for inclusion on the presidential ballot.

Estimated length of testimony on direct examination: Not Applicable. Pursuant to the Court's Order, dated January 28, 2008, the parties will be submitting declarations of non hostile witnesses in lieu of live direct testimony by March 3, 2008. In the event Mr. Yoshina does not ultimately agree to testify at trial, no declaration will be submitted.

3.   All individuals listed in Plaintiffs' Final Witness List, or any other filing in this case.

DATED: Honolulu, Hawai`i, February 12, 2008.

_____
AARON H. SCHULANER
HOLLY T. SHIKADA
Deputy Attorneys General

Attorneys for Defendant
KEVIN B. CRONIN

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Witness List was served by HAND-DELIVERY on February 12, 2008, to the following parties at the last known address listed below:

>ERIC A. SEITZ, ESQ.
>LAWRENCE T. KAWASAKI, ESQ.
>820 Mililani Street, Suite 714
>Honolulu, Hawai`i 96813
>
>Attorneys for Plaintiffs

DATED: Honolulu, Hawai`i, February 12, 2008.

>AARON H. SCHULANER
>HOLLY T. SHIKADA
>Deputy Attorneys General
>
>Attorneys for Defendant

271326_2.DOC