MARK J. BENNETT            2672
Attorney General of Hawai`i

AARON H. SCHULANER         6954
HOLLY T. SHIKADA           4017
Deputy Attorneys General
235 S. Beretania Street, Room 304
Honolulu, Hawai`i 96813
Telephone: (808) 586-1255
Facsimile: (808) 586-1488
E-mail: aaron.h.schulaner@hawaii.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| RALPH NADER, PETER MIGUEL CAMEJO, ROBERT H. STIVER, MICHAEL A. PEROUTKA, CHUCK BALDWIN, and DAVID W. PORTER,<br><br>Plaintiffs,<br><br>vs.<br><br>KEVIN B. CRONIN, Chief Election Officer, State of Hawai`i,<br><br>Defendant. | Civil No. 04-00611 ACK-LEK<br><br>STIPULATION REGARDING AUTHENTICITY AND ADMISSIBILITY OF EXHIBITS<br><br><br><br><br><br>TRIAL: March 4, 2008 |

STIPULATION REGARDING AUTHENTICITY AND
ADMISSIBILITY OF EXHIBITS

Plaintiffs Ralph Nader, Peter Miguel Camejo, Robert H. Stiver,

Michael A. Peroutka, Chuck Baldwin, and David W. Porter, by and through their

-2841807.doc

attorneys, Eric A. Seitz and Lawrence I. Kawasaki, and Defendant Kevin B. Cronin, by and through his attorneys, Mark J. Bennett, Attorney General of Hawai`i, and his undersigned deputies, hereby submit the following Stipulation Regarding Authenticity and Admissibility of Exhibits, pursuant to this Court's Amended Rule 16 Scheduling Order, filed on January 28, 2008.

The parties stipulate to the authenticity and admissibility of the following joint exhibits to be used at trial:

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| J-1 | Peroutka, et al. v. Yoshina: Civil No. 04-1-1904-10 (SSM) <br> Nader, et al. v. Yoshina: Civil No. 04-1-1905-10 (SSM) <br> Appellants' Joint Notice of Appeal; Exhibits A-D; Certificate of Service |
| J-2 | Peroutka, et al. v. Yoshina: Civil No. 04-1-1904-10 (SSM) <br> Decision of the Court and Order |
| J-3 | In the Matter of Peroutka for President Campaign 2004 Petition: 2004-002 <br> Findings of Fact, Conclusions of Law and Decision dated October 5, 2004 |
| J-4 | Document submitted at hearing on September 30, 2004 (Peroutka Exhibit 1) <br> Hawaii Administrative Rules, Section 2-51-113 Presidential Petitions |
| J-5 | Document submitted at hearing on September 30, 2004 (Peroutka Exhibit 2) <br> Hawaii Revised Statutes, Section 11-113 Presidential Ballots |
| J-6 | Document submitted at hearing on September 30, 2004 (Peroutka Exhibit 3) <br> Hawaii Revised Statutes, Section 12-4(b) Names on Nomination Papers |
| J-7 | Document submitted at hearing on September 30, 2004 (Peroutka Exhibit 4) |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
|  | Certified Mail/Return Receipt letter to David W. Porter, Peroutka for President 2004 from Dwayne D. Yoshina, Chief Election Officer dated September 24, 2004 |
| J-8 | Document submitted at hearing on September 30, 2004 (Peroutka Exhibit 5)<br>Information on North Carolina Federal Law Suit |
| J-9 | Document submitted at hearing on September 30, 2004 (Peroutka Exhibit 6)<br>Office of Elections – Peroutka 4 Batch Synopsis |
| J-10 | Document submitted at hearing on September 30, 2004 (Peroutka Exhibit 7)<br>Office of Elections – Peroutka 4 Batch Petition Sets (annotated) |
| J-11 | Document submitted at hearing on September 30, 2004 (Peroutka Exhibit 8)<br>Peroutka List of Challenged Signatures |
| J-12 | Document submitted at hearing on September 30, 2004 (State Exhibit 1)<br>Declaration of Intent for Peroutka and Baldwin for President and Vice President |
| J-13 | Document submitted at hearing on September 30, 2004 (State Exhibit 2)<br>Application for Petition signed by David W. Porter dated May 4, 2004 |
| J-14 | Document submitted at hearing on September 30, 2004 (State Exhibit 3)<br>Letter from Dwayne D. Yoshina, Chief Election Officer to David W. Porter, Peroutka for President 2004 dated July 29, 2004 |
| J-15 | Document submitted at hearing on September 30, 2004 (State Exhibit 4)<br>Certified Mail/Return Receipt Letter from Dwayne D. Yoshina, Chief Election Officer to David W. Porter, Peroutka for President 2004 dated August 24, 2004 |
| J-16 | Document submitted at hearing on September 30, 2004 (State Exhibit 5)<br>Time Stamp – Filing of Presidential Petition Peroutka at 3:17 p.m. Hawaii Time on September 3, 2004 |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| J-17 | Document submitted at hearing on September 30, 2004 (State Exhibit 6)<br>Certified Mail/Return Receipt Letter from Dwayne D. Yoshina, Chief Election Officer to David W. Porter, Peroutka for President 2004 dated September 20, 2004 |
| J-18 | Document submitted at hearing on September 30, 2004 (State Exhibit 7)<br>Certified Mail/Return Receipt Letter from Dwayne D. Yoshina, Chief Election Officer to David W. Porter, Peroutka for President 2004 dated September 24, 2004 |
| J-19 | Document submitted at hearing on September 30, 2004 (State Exhibit 8)<br>Letter from David W. Porter, Peroutka for President 2004 to Dwayne D. Yoshina, Chief Election Officer dated September 24, 2004 |
| J-20 | Document submitted at hearing on September 30, 2004 (State Exhibit 9)<br>Certified Mail/Return Receipt Letter from Dwayne D. Yoshina, Chief Election Officer to David W. Porter, Peroutka for President 2004 dated September 24, 2004 |
| J-21 | Document submitted at hearing on September 30, 2004 (State Exhibit 10)<br>Office of Elections Petition Verification Summary Sheets |
| J-22 | Document submitted at hearing on September 30, 2004 (State Exhibit 11)<br>Office of Elections Duplicate Signatures |
| J-23 | Document submitted at hearing on September 30, 2004 (State Exhibit 12)<br>Peroutka Petition Batches 1 to 16 |
| J-24 | Document submitted at hearing on September 30, 2004 (State Exhibit 13)<br>Copy of Hawaii Revised Statute § 11-113 Presidential Ballots |
| J-25 | Document submitted at hearing on September 30, 2004 (State Exhibit 14)<br>Factsheet – "Petition Process to place the name candidates for President and Vice President on the State of Hawaii General Election Ballot" |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| J-26 | Document submitted at hearing on September 30, 2004 (State Exhibit 15)<br>Specimen of Petition Set on 8-1/2 x 11 paper |
| J-27 | Document submitted at hearing on September 30, 2004 (State Exhibit 16)<br>Specimen of Petition Set on 8-1/2 x 14 paper |
| J-28 | Document submitted at hearing on September 30, 2004 (State Exhibit 17)<br>Office of Elections – Recap Sheet |
| J-29 | Document submitted at hearing on September 30, 2004 (State Exhibit 18)<br>Copy of Hawaii Administrative Rules, Subchapter 10 Presidential Petitions |
| J-30 | Transcript of hearing on September 30, 2004 |
| J-31 | Letter to Dwayne D. Yoshina from David W. Porter dated October 1, 2004 |
| J-32 | Challenges to Disqualified Voters (2) |
| J-33 | Peroutka, et al. v. Yoshina: Civil No. 04-1-1904-10 (SSM)<br>Nader, et al. v. Yoshina: Civil No. 04-1-1905-10 (SSM)<br>Appellants' Joint Notice of Appeal; Exhibits A-D; Certificate of Service |
| J-34 | Nader, et al. v. Yoshina: Civil No. 04-1-1905-10 (SSM)<br>Decision of the Court and Order |
| J-35 | Document submitted at hearing on September 29, 2004<br>Letter to Holly Shikada, Attorney General's Office from Jay L. Friedheim, Nader for President 2004 dated October 1, 2004 |
| J-36 | Document submitted at hearing on September 29, 2004<br>Letter to Robert H. Stiver, Nader for President from Dwayne D. Yoshina, Chief Election Officer dated October 18, 2004 |
| J-37 | Document submitted at hearing on September 29, 2004 (Nader Exhibit 1)<br>Certified Mail/Return Receipt Letter to Robert H. Stiver, Nader for President 2004 from Dwayne D. Yoshina, Chief Election Officer – Hearing Confirmation dated September 24, 2004 |
| J-38 | Document submitted at hearing on September 29, 2004 (Nader Exhibit 2)<br>Fax to Lori Tomczyk, Ballot Operations Section Head from |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| | Smita Khatri, Nader for President 2004 dated September 28, 2004 |
| J-39 | Document submitted at hearing on September 29, 2004 (Nader Exhibit 3)<br>Fax to Jay L. Friedheim, Nader for President 2004 from Aaron H. Schulaner, Attorney General's Office dated September 28, 2004 |
| J-40 | Document submitted at hearing on September 29, 2004 (Nader Exhibit 4)<br>Letter from Robert H. Stiver, Nader for President 2004 to Dwayne D. Yoshina, Chief Election Officer dated September 28, 2004 |
| J-41 | Document submitted at hearing on September 29, 2004 (Nader Exhibit 5)<br>Fax to Jay L. Friedheim from Smita Khatri dated September 28, 2004 |
| J-42 | Document submitted at hearing on September 29, 2004 (Nader Exhibit 6)<br>Email from Richard Winger to Smita Khatri and Robert H. Stiver dated September 25, 2004 |
| J-43 | Document submitted at hearing on September 29, 2004 (Nader Exhibit 7)<br>Certified Return Receipt Letter from Dwayne D. Yoshina, Chief Election Officer to Robert H. Stiver, Nader for President 2004 dated September 24, 2004 |
| J-44 | Document submitted at hearing on September 29, 2004 (Nader Exhibit 8)<br>Certified Mail/Return Receipt Letter from Dwayne D. Yoshina, Chief Election Officer to Robert H. Stiver, Nader for President 2004 dated September 20, 2004 |
| J-45 | Document submitted at hearing on September 29, 2004 (Nader Exhibit 9)<br>Gross count of disqualified signatures from Robert H. Stiver and Shaun Stenshol |
| J-46 | Document submitted at hearing on September 29, 2004 hearing (Nader Exhibit 10)<br>Actually registered |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| J-47 | Document submitted at hearing on September 29, 2004 (State Exhibit 1)<br>Copy of Hawaii Revised Statutes, Section 11-113 Presidential Ballots |
| J-48 | Document submitted at hearing on September 29, 2004 (State Exhibit 2)<br>Fax letter from Grant Smith, National Coordinator, Nader for President 2004 to Lori Tomczyk, Ballot Operations Section Head dated July 15, 2004 |
| J-49 | Document submitted at hearing on September 29, 2004 (State Exhibit 3)<br>Application for Petition signed by Robert H. Stiver on July 16, 2004 |
| J-50 | Document submitted at hearing on September 29, 2004 (State Exhibit 4)<br>Fact Sheet titled "The Petition Process to Place the Names of Candidates for President and Vice President on the State of Hawaii General Election Ballot" |
| J-51 | Document submitted at hearing on September 29, 2004 (State Exhibit 5)<br>Copy of Hawaii Administrative Rules, Subchapter 10 Presidential Petitions |
| J-52 | Document submitted at hearing on September 29, 2004 (State Exhibit 6)<br>Letter from Dwayne D. Yoshina, Chief Election Officer to Robert H. Stiver dated August 2, 2004 |
| J-53 | Document submitted at hearing on September 29, 2004 (State Exhibit 7)<br>Time Stamp – Filing of Presidential Petition<br>Ralph Nader at 4:13 p.m. Hawaii Time on September 3, 2004 |
| J-54 | Document submitted at hearing on September 29, 2004 (State Exhibit 8)<br>Nader Petition Batches 1 to 13 submitted at hearing on September 29, 2004 |
| J-55 | Document submitted at hearing on September 29, 2004 (State Exhibit 9)<br>Certified Mail/Return Receipt letter to Robert H. Stiver from |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| | Dwayne D. Yoshina, Chief Election Officer dated September 20, 2004 |
| J-56 | Document submitted at hearing on September 29, 2004 (State Exhibit 10)<br>Petition Verification Summary Sheet |
| J-57 | Document submitted at hearing on September 29, 2004 (State Exhibit 11)<br>Letter from Robert H. Stiver, Nader for President 2004 to Dwayne D. Yoshina, Chief Election Officer dated September 23, 2004 |
| J-58 | Document submitted at hearing on September 29, 2004 (State Exhibit 12)<br>Certified Mail/Return Receipt Letter from Dwayne D. Yoshina, Chief Election Officer to Robert H. Stiver, Nader for President 2004 dated September 24, 2004 |
| J-59 | Document submitted at hearing on September 29, 2004 (State Exhibit 13)<br>Certified Mail/Return Receipt Letter from Dwayne D. Yoshina, Chief Election Officer to Robert H. Stiver, Nader for President 2004 dated September 24, 2004 |
| J-60 | Document submitted at hearing on September 29, 2004 (State Exhibit 14)<br>Fax to Lori Tomczyk, Ballot Operations Section Head from Theresa Amato, Nader for President 2004, dated September 24, 2004 |
| J-61 | Document submitted at hearing on September 29, 2004 (State Exhibit 15)<br>Fax to Lori Tomczyk, Ballot Operations Section Head from Smita Khatri, Nader for President 2004 dated September 28, 2004 |
| J-62 | Document submitted at hearing on September 29, 2004 (State Exhibit 16)<br>Nader/Camejo Incomplete Set Recap dated September 15, 2004 |
| J-63 | Transcript of hearing on September 29, 2004 |
| J-64 | Letter to Aaron H. Schulaner, Esq. from Jay Lawrence Friedheim, Esq. dated September 28, 2004 |

DATED: Honolulu, Hawai`i, February 12, 2008.

*[signature]*

AARON H. SCHULANER
HOLLY T. SHIKADA
Deputy Attorneys General

Attorneys for Defendant
KEVIN B. CRONIN

*[signature]*

ERIC A. SEITZ
LAWRENCE I. KAWASAKI

Attorneys for Plaintiffs
RALPH NADER, PETER MIGUEL CAMEJO, ROBERT H. STIVER, MICHAEL A. PEROUTKA, CHUCK BALDWIN, and DAVID W. PORTER