ORIGINAL

MARK J. BENNETT            2672
Attorney General of Hawaii

AARON H. SCHULANER         6954
HOLLY T. SHIKADA           4017
Deputy Attorneys General
235 S. Beretania Street, Room 304
Honolulu, Hawaii 96813
Telephone: (808) 586-1255
Facsimile: (808) 586-1488
E-Mail: aaron.h.schulaner@hawaii.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 27 2008

at __ o'clock and __ __M
SUE BEITIA, CLERK

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RALPH NADER, PETER MIGUEL CAMEJO, ROBERT H. STIVER, MICHAEL A. PEROUTKA, CHUCK BALDWIN, AND DAVID W. PORTER,<br><br>Plaintiffs,<br><br>vs.<br><br>KEVIN B. CRONIN, Chief Election officer, State of Hawaii,<br><br>Defendant. | CIVIL NO. 04-00611 ACK-LEK<br><br>DEFENDANT'S PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW; EXHIBIT A; CERTIFICATE OF SERVICE<br><br><br><br>TRIAL<br>DATE: March 4, 2008<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Alan C. Kay |

## DEFENDANT'S PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

Defendant Kevin B. Cronin, in his official capacity as Chief Election Officer, State of Hawaii, by and through his attorneys Mark J. Bennett, Attorney General, and his undersigned deputies hereby submits his Proposed Findings of Fact and Conclusions of Law, attached hereto as Exhibit A.

DATED:   Honolulu, Hawaii, February 27, 2008.

_____
AARON H. SCHULANER
HOLLY T. SHIKADA
Deputy Attorneys General

Attorneys for Defendant