## CERTIFICATE OF SERVICE

I hereby certify, a true and correct copy of the foregoing document was duly served, on this date, upon the following individual(s) in the manner indicated:

| | |
|---|---|
| ERIC A. SEITZ, ESQ.<br>LAWRENCE I. KAWASAKI, ESQ.<br>820 Mililani Street, Suite 714<br>Honolulu, Hawaii 96813<br>Ph: 533-7434/Fax: 545-3608<br>eseitzatty@yahoo.com | [ X ] HAND-DELIVERY<br>[ ] U.S. MAIL<br>[ ] FAX<br>[ ] E-MAIL |

DATED: Honolulu, Hawaii, February 27, 2008.

*/s/ Aaron H. Schulaner*
AARON H. SCHULANER