# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV NO. 04-00611ACK-LEK |
| CASE NAME: | Ralph Nader, et al. Vs. Kevin B. Cronin, Chief Election Officer, State of Hawaii |
| ATTYS FOR PLA: | Eric A. Seitz |
| ATTYS FOR DEFT: | Aaron H. Schulaner |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Alan C. Kay | REPORTER: | Cynthia Fazio |
| DATE: | 02/28/2008 | TIME: | l0:02am-ll:l7am |

COURT ACTION:  EP: Final PreTrial Conference-

No Motions in Limine have been filed.

Court and Counsel discussed the Facts of this case that will be presented at Trial.

Non Jury Trial Date of 3/4/2008 is hereby continued to 3/10/2008 @9:00 a.m.

Length of Trial-1 to 2 Days

Witnesses-Plaintiff-2

       Defendant-1

Counsel are to file Supplemental Findings Fact Conclusion of Law by 3/4/2008.

Plaintiff's Counsel is to submit a List of the signatories to Defendant's Counsel that you feel should have been verified and categories and reasons  by the close of business on 3/4/2008.

Submitted by Leslie L. Sai, Courtroom Manager