# MINUTES

CASE NUMBER:       CV NO. 04-00611ACK-LEK

CASE NAME:         Ralph Nader, et al. Vs. Kevin B. Cronin, etc.

ATTYS FOR PLA:     Eric A. Seitz and Lawrence I. Kawasaki

ATTYS FOR DEFT:    Aaron H. Schulaner

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Alan C. Kay | REPORTER: | Cynthia Fazio |
| DATE: | 3/10/2008 | TIME: | 9:05am-12:00Noon<br>1:05pm-4:00pm |

COURT ACTION:  EP: Non Jury Trial-Plaintiffs'-David W. Porter and Robert H. Stiver are present and the Defendant's Representative-Lori M. Tomczyk-Ballot Operations Section Head for the Office of Elections-State of Hawaii also present.

Plaintiff Witnesses-David W. Porter-CST and Robert H. Stiver-CST.

Plaintiffs' Rested.

Defendants Witness-Lori M. Tomczyk-CST.

Joint Exhibits-J-1 through J-64 and J-68-Admitted.

1:15pm-1:22pm-Defendant's Oral Motion for Directed Verdict-Oral Argument held. Court hereby takes the Motion under advisement.

Further Non Jury Trial continued to 3/11/2008 @9:00 a.m.


Submitted by Leslie L. Sai, Courtroom Manager