# MINUTES

CASE NUMBER: CV NO. 04-00611ACK-LEK

CASE NAME: Ralph Nader, et al. Vs. Kevin B. Cronin, etc.

ATTYS FOR PLA: Eric A. Seitz and Lawrence I. Kawasaki

ATTYS FOR DEFT: Aaron H. Schulaner

INTERPRETER:

JUDGE: Alan C. Kay          REPORTER: Cynthia Fazio

DATE: 3/11/2008             TIME: 9:10am-ll:16am

COURT ACTION:  EP: Non Jury Trial (2nd Day)-Plaintiffs'-David W. Porter and Robert H. Stiver are present and the Defendant's Representative-Lori M. Tomczyk-Ballot Operations Section Head for the Office of Elections-State of Hawaii also present.

Defendants Witness-Lori M. Tomczyk-resumed Witness Stand.

Joint Exhibits-J-69 and J-70 Admitted.

Closing Oral Arguments on behalf of the Plaintiffs and the Defendant.

Court will hold in abeyance its decision in this case until 6/2/2008 awaiting a ruling by the Hawaii Supreme Court.

Submitted by Leslie L. Sai, Courtroom Manager