IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| RALPH NADER, PETER MIGUEL CAMEJO, ROBERT H. STIVER, MICHAEL A. PEROUTKA, CHUCK BALDWIN, and DAVID W. PORTER, Plaintiffs, vs. KEVIN B. CRONIN, Chief Election Officer, State of Hawai`i, Defendant. | Civil No. 04-00611 ACK/LEK JOINT EXHIBIT LIST |
|---|---|

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
MAR 11 2008
at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

| PRESIDING JUDGE The Honorable Alan C. Kay | PLAINTIFF'S ATTORNEY Eric A. Seitz | DEFENDANT'S ATTORNEY Aaron H. Schulaner |
|---|---|---|
| TRIAL DATE(S) March 4, 2008 | COURT REPORTER | COURTROOM DEPUTY |

| EXHIBIT NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|
| J-1 | | | 3/10/08 | Peroutka, et al. v. Yoshina: Civil No. 04-1-1904-10 (SSM) Nader, et al. v. Yoshina: Civil No. 04-1-1905-10 (SSM) Appellants' Joint Notice of Appeal; Exhibits A-D; Certificate of Service |
| J-2 | | | 11 | Peroutka, et al. v. Yoshina: Civil No. 04-1-1904-10 (SSM) Decision of the Court and Order |
| J-3 | | | 11 | In the Matter of Peroutka for President Campaign 2004 Petition: 2004-002 Findings of Fact, Conclusions of Law and Decision dated October 5, 2004 |
| J-4 | | | 11 | Document submitted at hearing on September 30, 2004 (Peroutka Exhibit 1) Hawaii Administrative Rules, Section 2-51- |

271741_1.DOC

| PRESIDING JUDGE<br>The Honorable Alan C. Kay | | | PLAINTIFF'S ATTORNEY<br>Eric A. Seitz | DEFENDANT'S ATTORNEY<br>Aaron H. Schulaner | |
|---|---|---|---|---|---|
| TRIAL DATE(S)<br>March 4, 2008 | | | COURT REPORTER | COURTROOM DEPUTY | |
| EXHIBIT NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | |
| | | | | 113 Presidential Petitions | |
| J-5 | | | 3/10/08 | Document submitted at hearing on September 30, 2004 (Peroutka Exhibit 2) Hawaii Revised Statutes, Section 11-113 Presidential Ballots | |
| J-6 | | | " | Document submitted at hearing on September 30, 2004 (Peroutka Exhibit 3) Hawaii Revised Statutes, Section 12-4(b) Names on Nomination Papers | |
| J-7 | | | " | Document submitted at hearing on September 30, 2004 (Peroutka Exhibit 4) Certified Mail/Return Receipt letter to David W. Porter, Peroutka for President 2004 from Dwayne D. Yoshina, Chief Election Officer dated September 24, 2004 | |
| J-8 | | | " | Document submitted at hearing on September 30, 2004 (Peroutka Exhibit 5) Information on North Carolina Federal Law Suit | |
| J-9 | | | " | Document submitted at hearing on September 30, 2004 (Peroutka Exhibit 6) Office of Elections – Peroutka 4 Batch Synopsis | |
| J-10 | | | " | Document submitted at hearing on September 30, 2004 (Peroutka Exhibit 7) Office of Elections – Peroutka 4 Batch Petition Sets (annotated) | |
| J-11 | | | " | Document submitted at hearing on September 30, 2004 (Peroutka Exhibit 8) Peroutka List of Challenged Signatures | |
| J-12 | | | " | Document submitted at hearing on September 30, 2004 (State Exhibit 1) Declaration of Intent for Peroutka and Baldwin for President and Vice President | |

| PRESIDING JUDGE<br>The Honorable Alan C. Kay | | | PLAINTIFF'S ATTORNEY<br>Eric A. Seitz | | DEFENDANT'S ATTORNEY<br>Aaron H. Schulaner |
|---|---|---|---|---|---|
| TRIAL DATE(S)<br>March 4, 2008 | | | COURT REPORTER | | COURTROOM DEPUTY |
| EXHIBIT NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | |
| J-13 | | | 3/10/08 | Document submitted at hearing on September 30, 2004 (State Exhibit 2) Application for Petition signed by David W. Porter dated May 4, 2004 | |
| J-14 | | | " | Document submitted at hearing on September 30, 2004 (State Exhibit 3) Letter from Dwayne D. Yoshina, Chief Election Officer to David W. Porter, Peroutka for President 2004 dated July 29, 2004 | |
| J-15 | | | " | Document submitted at hearing on September 30, 2004 (State Exhibit 4) Certified Mail/Return Receipt Letter from Dwayne D. Yoshina, Chief Election Officer to David W. Porter, Peroutka for President 2004 dated August 24, 2004 | |
| J-16 | | | " | Document submitted at hearing on September 30, 2004 (State Exhibit 5) Time Stamp – Filing of Presidential Petition Peroutka at 3:17 p.m. Hawaii Time on September 3, 2004 | |
| J-17 | | | " | Document submitted at hearing on September 30, 2004 (State Exhibit 6) Certified Mail/Return Receipt Letter from Dwayne D. Yoshina, Chief Election Officer to David W. Porter, Peroutka for President 2004 dated September 20, 2004 | |
| J-18 | | | " | Document submitted at hearing on September 30, 2004 (State Exhibit 7) Certified Mail/Return Receipt Letter from Dwayne D. Yoshina, Chief Election Officer to David W. Porter, Peroutka for President 2004 dated September 24, 2004 | |
| J-19 | | | " | Document submitted at hearing on September 30, 2004 (State Exhibit 8) | |

271741_1.DOC

3

| PRESIDING JUDGE<br>The Honorable Alan C. Kay | | | PLAINTIFF'S ATTORNEY<br>Eric A. Seitz | | DEFENDANT'S ATTORNEY<br>Aaron H. Schulaner |
|---|---|---|---|---|---|
| TRIAL DATE(S)<br>March 4, 2008 | | | COURT REPORTER | | COURTROOM DEPUTY |
| EXHIBIT NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | |
| | | | 3/10/08 | Letter from David W. Porter, Peroutka for President 2004 to Dwayne D. Yoshina, Chief Election Officer dated September 24, 2004 | |
| J-20 | | | " | Document submitted at hearing on September 30, 2004 (State Exhibit 9) Certified Mail/Return Receipt Letter from Dwayne D. Yoshina, Chief Election Officer to David W. Porter, Peroutka for President 2004 dated September 24, 2004 | |
| J-21 | | | " | Document submitted at hearing on September 30, 2004 (State Exhibit 10) Office of Elections Petition Verification Summary Sheets | |
| J-22 | | | " | Document submitted at hearing on September 30, 2004 (State Exhibit 11) Office of Elections Duplicate Signatures | |
| J-23 | | | " | Document submitted at hearing on September 30, 2004 (State Exhibit 12) Peroutka Petition Batches 1 to 16 | |
| J-24 | | | " | Document submitted at hearing on September 30, 2004 (State Exhibit 13) Copy of Hawaii Revised Statute § 11-113 Presidential Ballots | |
| J-25 | | | " | Document submitted at hearing on September 30, 2004 (State Exhibit 14) Factsheet – "Petition Process to place the name candidates for President and Vice President on the State of Hawaii General Election Ballot" | |
| J-26 | | | " | Document submitted at hearing on September 30, 2004 (State Exhibit 15) Specimen of Petition Set on 8-1/2 x 11 paper | |
| J-27 | | | " | Document submitted at hearing on September 30, 2004 (State Exhibit 16) | |

271741_1.DOC

4

| PRESIDING JUDGE<br>The Honorable Alan C. Kay | | | PLAINTIFF'S ATTORNEY<br>Eric A. Seitz | DEFENDANT'S ATTORNEY<br>Aaron H. Schulaner |
|---|---|---|---|---|
| TRIAL DATE(S)<br>March 4, 2008 | | | COURT REPORTER | COURTROOM DEPUTY |

| EXHIBIT NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|
| | | | | Specimen of Petition Set on 8-1/2 x 14 paper |
| J-28 | | | 3/10/08 | Document submitted at hearing on September 30, 2004 (State Exhibit 17) Office of Elections – Recap Sheet |
| J-29 | | | " | Document submitted at hearing on September 30, 2004 (State Exhibit 18) Copy of Hawaii Administrative Rules, Subchapter 10 Presidential Petitions |
| J-30 | | | " | Transcript of hearing on September 30, 2004 |
| J-31 | | | " | Letter to Dwayne D. Yoshina from David W. Porter dated October 1, 2004 |
| J-32 | | | " | Challenges to Disqualified Voters (2) |
| J-33 | | | " | Peroutka, et al. v. Yoshina: Civil No. 04-1-1904-10 (SSM)<br>Nader, et al. v. Yoshina: Civil No. 04-1-1905-10 (SSM)<br>Appellants' Joint Notice of Appeal; Exhibits A-D; Certificate of Service |
| J-34 | | | " | Nader, et al. v. Yoshina: Civil No. 04-1-1905-10 (SSM)<br>Decision of the Court and Order |
| J-35 | | | " | Document submitted at hearing on September 29, 2004<br>Letter to Holly Shikada, Attorney General's Office from Jay L. Friedheim, Nader for President 2004 dated October 1, 2004 |
| J-36 | | | " | Document submitted at hearing on September 29, 2004<br>Letter to Robert H. Stiver, Nader for President from Dwayne D. Yoshina, Chief Election Officer dated October 18, 2004 |
| J-37 | | | " | Document submitted at hearing on September 29, 2004 (Nader Exhibit 1) Certified Mail/Return Receipt Letter to |

| PRESIDING JUDGE<br>The Honorable Alan C. Kay | | | | PLAINTIFF'S ATTORNEY<br>Eric A. Seitz | DEFENDANT'S ATTORNEY<br>Aaron H. Schulaner |
|---|---|---|---|---|---|
| TRIAL DATE(S)<br>March 4, 2008 | | | | COURT REPORTER | COURTROOM DEPUTY |
| EXHIBIT NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | |
| | | | 3/10/08 | Robert H. Stiver, Nader for President 2004 from Dwayne D. Yoshina, Chief Election Officer – Hearing Confirmation dated September 24, 2004 | |
| J-38 | | | ″ | Document submitted at hearing on September 29, 2004 (Nader Exhibit 2) Fax to Lori Tomczyk, Ballot Operations Section Head from Smita Khatri, Nader for President 2004 dated September 28, 2004 | |
| J-39 | | | ″ | Document submitted at hearing on September 29, 2004 (Nader Exhibit 3) Fax to Jay L. Friedheim, Nader for President 2004 from Aaron H. Schulaner, Attorney General's Office dated September 28, 2004 | |
| J-40 | | | ″ | Document submitted at hearing on September 29, 2004 (Nader Exhibit 4) Letter from Robert H. Stiver, Nader for President 2004 to Dwayne D. Yoshina, Chief Election Officer dated September 28, 2004 | |
| J-41 | | | ″ | Document submitted at hearing on September 29, 2004 (Nader Exhibit 5) Fax to Jay L. Friedheim from Smita Khatri dated September 28, 2004 | |
| J-42 | | | ″ | Document submitted at hearing on September 29, 2004 (Nader Exhibit 6) Email from Richard Winger to Smita Khatri and Robert H. Stiver dated September 25, 2004 | |
| J-43 | | | ″ | Document submitted at hearing on September 29, 2004 (Nader Exhibit 7) Certified Return Receipt Letter from Dwayne D. Yoshina, Chief Election Officer to Robert H. Stiver, Nader for President 2004 dated September 24, 2004 | |
| J-44 | | | | Document submitted at hearing on | |

| PRESIDING JUDGE<br>The Honorable Alan C. Kay | | | | PLAINTIFF'S ATTORNEY<br>Eric A. Seitz | DEFENDANT'S ATTORNEY<br>Aaron H. Schulaner |
|---|---|---|---|---|---|
| TRIAL DATE(S)<br>March 4, 2008 | | | | COURT REPORTER | COURTROOM DEPUTY |
| EXHIBIT NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | |
| | | | | September 29, 2004 (Nader Exhibit 8) Certified Mail/Return Receipt Letter from Dwayne D. Yoshina, Chief Election Officer to Robert H. Stiver, Nader for President 2004 dated September 20, 2004 | |
| J-45 | | | 3/10/08 | Document submitted at hearing on September 29, 2004 (Nader Exhibit 9) Gross count of disqualified signatures from Robert H. Stiver and Shaun Stenshol | |
| J-46 | | | " | Document submitted at hearing on September 29, 2004 hearing (Nader Exhibit 10) Actually registered | |
| J-47 | | | " | Document submitted at hearing on September 29, 2004 (State Exhibit 1) Copy of Hawaii Revised Statutes, Section 11-113 Presidential Ballots | |
| J-48 | | | " | Document submitted at hearing on September 29, 2004 (State Exhibit 2) Fax letter from Grant Smith, National Coordinator, Nader for President 2004 to Lori Tomczyk, Ballot Operations Section Head dated July 15, 2004 | |
| J-49 | | | " | Document submitted at hearing on September 29, 2004 (State Exhibit 3) Application for Petition signed by Robert H. Stiver on July 16, 2004 | |
| J-50 | | | " | Document submitted at hearing on September 29, 2004 (State Exhibit 4) Fact Sheet titled "The Petition Process to Place the Names of Candidates for President and Vice President on the State of Hawaii General Election Ballot" | |
| J-51 | | | " | Document submitted at hearing on September 29, 2004 (State Exhibit 5) | |

| PRESIDING JUDGE<br>The Honorable Alan C. Kay | | | | PLAINTIFF'S ATTORNEY<br>Eric A. Seitz | DEFENDANT'S ATTORNEY<br>Aaron H. Schulaner |
|---|---|---|---|---|---|
| TRIAL DATE(S)<br>March 4, 2008 | | | | COURT REPORTER | COURTROOM DEPUTY |
| EXHIBIT NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | |
| J-52 | | | 3/10/08 | Copy of Hawaii Administrative Rules, Subchapter 10 Presidential Petitions | |
| J-53 | | | " | Document submitted at hearing on September 29, 2004 (State Exhibit 6) Letter from Dwayne D. Yoshina, Chief Election Officer to Robert H. Stiver dated August 2, 2004 | |
| J-54 | | | " | Document submitted at hearing on September 29, 2004 (State Exhibit 7) Time Stamp – Filing of Presidential Petition Ralph Nader at 4:13 p.m. Hawaii Time on September 3, 2004 | |
| J-55 | | | " | Document submitted at hearing on September 29, 2004 (State Exhibit 8) Nader Petition Batches 1 to 13 submitted at hearing on September 29, 2004 | |
| J-56 | | | " | Document submitted at hearing on September 29, 2004 (State Exhibit 9) Certified Mail/Return Receipt letter to Robert H. Stiver from Dwayne D. Yoshina, Chief Election Officer dated September 20, 2004 | |
| J-57 | | | " | Document submitted at hearing on September 29, 2004 (State Exhibit 10) Petition Verification Summary Sheet | |
| J-58 | | | " | Document submitted at hearing on September 29, 2004 (State Exhibit 11) Letter from Robert H. Stiver, Nader for President 2004 to Dwayne D. Yoshina, Chief Election Officer dated September 23, 2004 | |
| | | | " | Document submitted at hearing on September 29, 2004 (State Exhibit 12) Certified Mail/Return Receipt Letter from Dwayne D. Yoshina, Chief Election Officer to Robert H. Stiver, Nader for President 2004 | |

| PRESIDING JUDGE<br>The Honorable Alan C. Kay | | | | PLAINTIFF'S ATTORNEY<br>Eric A. Seitz | DEFENDANT'S ATTORNEY<br>Aaron H. Schulaner |
|---|---|---|---|---|---|
| TRIAL DATE(S)<br>March 4, 2008 | | | | COURT REPORTER | COURTROOM DEPUTY |
| EXHIBIT NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | |
| | | | | dated September 24, 2004 | |
| J-59 | | | 3/10/08 | Document submitted at hearing on September 29, 2004 (State Exhibit 13) Certified Mail/Return Receipt Letter from Dwayne D. Yoshina, Chief Election Officer to Robert H. Stiver, Nader for President 2004 dated September 24, 2004 | |
| J-60 | | | // | Document submitted at hearing on September 29, 2004 (State Exhibit 14) Fax to Lori Tomczyk, Ballot Operations Section Head from Theresa Amato, Nader for President 2004, dated September 24, 2004 | |
| J-61 | | | // | Document submitted at hearing on September 29, 2004 (State Exhibit 15) Fax to Lori Tomczyk, Ballot Operations Section Head from Smita Khatri, Nader for President 2004 dated September 28, 2004 | |
| J-62 | | | // | Document submitted at hearing on September 29, 2004 (State Exhibit 16) Nader/Camejo Incomplete Set Recap dated September 15, 2004 | |
| J-63 | | | // | Transcript of hearing on September 29, 2004 | |
| J-64 | | | // | Letter to Aaron H. Schulaner, Esq. from Jay Lawrence Friedheim, Esq. dated September 28, 2004 | |

271741_1.DOC                                                                 9

ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| RALPH NADER, PETER MIGUEL CAMEJO, ROBERT H. STIVER, MICHAEL A. PEROUTKA, CHUCK BALDWIN, and DAVID W. PORTER,<br><br>Plaintiffs,<br><br>vs.<br><br>KEVIN B. CRONIN, Chief Election Officer, State of Hawai`i,<br><br>Defendant. | Civil No. 04-00611 ACK/LEK<br><br>SUPPLEMENTAL JOINT EXHIBIT LIST |

| PRESIDING JUDGE<br>The Honorable Alan C. Kay | PLAINTIFF'S ATTORNEY<br>Eric A. Seitz | DEFENDANT'S ATTORNEY<br>Aaron H. Schulaner |
|---|---|---|
| TRIAL DATE(S)<br>March 11, 2008 | COURT REPORTER | COURTROOM DEPUTY |

| EXHIBIT NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|
| J-65 | | | | Hawai`i Administrative Rules, Title 2, Subtitle 4 Elections, Chapter 51 Voting, Appendix A (Affidavit on Application for Voter Registration) |
| J-66 | | | | Hawai`i Administrative Rules, Title 2, Subtitle 4 Elections, Chapter 51 Voting, Appendix H (Petition to Place the Names of Candidates for President and Vice-President on the State of Hawai`i General Election Ballot) |

274979_1.DOC

(J-67) 3/10/08 Voter's list used with Pltf's witness David Porter

(J-68) 3/10/08 voter's list used with Pltf's witness Robert H. Stiver (over)

(J-69) 3/11/08 Binder - voter list used with next witness - Lori Tomczyk

(J-70) 3/11/08 Declaration of
Lori Tomczyk