AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| RALPH NADER, PETER MIGUEL CAMEJO, ROBERT H. STIVER, MICHAEL A. PEROUTKA, CHUCK BALDWIN, AND DAVID W. PORTER,<br><br>　　　　Plaintiff(s),<br><br>　　V.<br><br>KEVIN B. CRONIN, Chief Election Officer, State of Hawaii<br><br>　　　　Defendant(s). | JUDGMENT IN A CIVIL CASE<br><br>Case: CIV. NO. 04-00611 ACK-LEK<br><br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>May 2, 2008<br><br>At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓] **Decision by Court.** This action came to trial before the Court. The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of the Defendant on all counts pursuant to the "FINDINGS OF FACT, CONCLUSIONS OF LAW AND DECISION" filed on May 1, 2008.

May 2, 2008                                    SUE BEITIA
Date                                           Clerk
                                               _____
                                               (By) Deputy Clerk