

ERIC A. SEITZ
ATTORNEY AT LAW
A LAW CORPORATION

**ORIGINAL**

| | |
|---|---|
| ERIC A. SEITZ | 1412 |
| LAWRENCE I. KAWASAKI | 5820 |

820 Mililani Street, Suite 714
Honolulu, Hawai'i 96813
Telephone: (808) 533-7434
Facsimile: (808) 545-3608

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 30 2008

at _____ and _____ min ____ M
SUE BEITIA, CLERK

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RALPH NADER, PETER MIGUEL CAMEJO, ROBERT H. STIVER, MICHAEL A. PEROUTKA, CHUCK BALDWIN, and DAVID W. PORTER,<br><br>Plaintiffs,<br><br>vs.<br><br>DWAYNE D. YOSHINA, Chief Election Officer, State of Hawaii,<br><br>Defendants. | CIVIL NO. 04-00611 ACK/LEK<br><br>PLAINTIFFS' JOINT NOTICE OF APPEAL; PLAINTIFFS' REPRESENTATION STATEMENT; CERTIFICATE OF SERVICE |

PLAINTIFFS' JOINT NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiffs RALPH NADER,

PETER MIGUEL CAMEJO, ROBERT H. STIVER, MICHAEL A. PEROUTKA,



CHUCK BALDWIN, and DAVID W. PORTER, by and through their undersigned attorneys, pursuant to Rule 3(a) and (b), Federal Rules of Appellate Procedure, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Judgment entered in favor of Defendants on May 2, 2008, the Findings of Fact, Conclusions of Law and Decision in favor of Defendants filed on May 1, 2008, and the Order (1) Granting in Part and Denying in Part Defendant's Motion to Dismiss or in the Alternative for Summary Judgment; and (2) Denying Plaintiffs' Cross-Motion for Summary Judgment filed February 7, 2008.

DATED: Honolulu, Hawai'i, May 30, 2008.

_____
ERIC A. SEITZ
LAWRENCE I. KAWASAKI

Attorneys for Appellants
MICHAEL A. PEROUTKA,
CHUCK BALDWIN,
DAVID W. PORTER, and

RALPH NADER,
PETER MIGUEL CAMEJO,
ROBERT H. STIVER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RALPH NADER, PETER MIGUEL CAMEJO, ROBERT H. STIVER, MICHAEL A. PEROUTKA, CHUCK BALDWIN, and DAVID W. PORTER,<br><br>Plaintiffs,<br><br>vs.<br><br>DWAYNE D. YOSHINA, Chief Election Officer, State of Hawaii,<br><br>Defendants. | CIVIL NO. 04-00611 ACK/LEK<br><br>PLAINTIFFS' REPRESENTATION STATEMENT |

PLAINTIFFS' REPRESENTATION STATEMENT

Plaintiffs RALPH NADER, PETER MIGUEL CAMEJO, ROBERT H. STIVER, MICHAEL A. PEROUTKA, CHUCK BALDWIN, and DAVID W. PORTER, by and through their undersigned attorneys, hereby gives notice pursuant to Circuit Rule 3-2, Circuit Rules of the United States Court of Appeals for the Ninth Circuit of the following parties and their respective counsel in the above entitled action:

/

/

/

ERIC A. SEITZ, ESQUIRE
LAWRENCE I. KAWASAKI, ESQUIRE
820 Mililani Street, Suite 714
Honolulu, Hawai'i 96813
Telephone: (808) 533-7434
Facsimile: (808) 545-3608
E-Mail: eseitzatty@yahoo.com ; seitzoffice@yahoo.com

Attorneys for Plaintiffs


MARK J. BENNETT, ESQ.
AARON H. SCHULANER, ESQ.
HOLLY SHIKADA, ESQ.
235 S. Beretania, Street, Room 304
Honolulu, Hawaii 96813
Telephone: (808) 586-1255
Facsimile: (808) 586-1488
E-Mail: aaron.h.schulaner@hawaii.gov

Attorneys for Defendant

DATED:  Honolulu, Hawai'i, May 30, 2008.

_____
ERIC A. SEITZ
LAWRENCE I. KAWASAKI

CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that one copy of the within was duly this date via hand-delivery to the following at the address listed below:

>MARK J. BENNETT, ESQ.
>AARON H. SCHULANER, ESQ.
>HOLLY SHIKADA, ESQ.
>235 S. Beretania, Street, Room 304
>Honolulu, Hawaii 96813
>Email: aaron.h.schulaner@hawaii.gov
>
>Attorneys for Defendant
>DWAYNE D. YOSHINA

DATED:   Honolulu, Hawaii, May 30, 2008.

_____
ERIC A. SEITZ