AO83

# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

For Internal Use Only

Receipt    243753

Trans      151377

Received From:   **ERIC A. SEITZ**
Case Number:
Reference Number:   **CV 04-611ACK**

| | | |
|---|---|---|
| | Check | 455.00 |
| | Total | 455.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| APPEAL, NOTICE OF, CROSS | 086900 | 1 | 105.00 |
| APPEAL, NOTICE OF, CROSS | 510000 | 1 | 150.00 |
| APPEAL, NOTICE OF, CROSS | 086400 | 1 | 200.00 |
| | **Total** | | **455.00** |
| | Tend | | 455.00 |
| | Due | | 0.00 |

05/30/2008 01:23:33 PM      Deputy Clerk:  ag/LG

