# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

### DOCKET FEE PAYMENT NOTIFICATION FORM

I.    **SHORT CASE TITLE:**    Ralph Nader, et al., vs. Dwayne D. Yoshina

    **U.S. COURT OF APPEALS DOCKET NUMBER:**_____

    **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

    **U.S. DISTRICT COURT DOCKET NUMBER:**  Civil 04-00611ACK-LEK

II    **DATE NOTICE OF APPEAL FILED:**    May, 30, 2008

III    **U.S. COURT OF APPEALS PAYMENT STATUS:**

    **DOCKET FEE PAID ON:**  05/30/08    **AMOUNT:**  $455.00

    **NOT PAID YET:**    **BILLED:**

    **U.S. GOVERNMENT APPEAL:**    **FEE WAIVED**:

    **WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?**

    **IF YES, SHOW DATE**:    **& ATTACH COPY OF ORDER/CJA**

    **WAS F.P. STATUS REVOKED**:    **DATE:**

    **WAS F.P. STATUS LIMITED IN SOME FASHION?**

    **IF YES, EXPLAIN:**

IV    **COMPANION CASES, IF ANY:**

V.    **COMPLETED IN THE U.S. DISTRICT COURT BY**:

    Laila M. Geronimo

_____

AMENDED NOTIFICATION _____ PAID_____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note:  This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of
the U.S. Court of Appeals Docket Fee.)

# UNITED STATES DISTRICT COURT
### DISTRICT OF HAWAII
### OFFICE OF THE CLERK
### 300 ALA MOANA BLVD., RM C-338
### HONOLULU, HAWAII 96850

**SUE BEITIA**
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

June 16, 2008

To All Counsel of Record as Appellees:

      IN RE:   Ralph Nader, et al., vs. Dwayne D. Yoshina

             Civil 04-00611ACK-LEK

Dear Counsel:

      Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on May 30, 2008 .

      All counsel (or Pro Se) should read and follow the enclosed instructions. Thank You.

                    Sincerely Yours,
                    SUE BEITIA, CLERK

                    by: Laila M. Geronimo
                    Deputy Clerk

Enclosures

cc:    Clerk, 9th CCA w/copy of NA,
             docket sheet, dfnf
      Ralph Nader, et al., (attorney for appellant)
             w/copy of instructions for civil appeals
             Transcript Desig. & Ordering Form
             with instructions and a copy of the
             docket sheet; CADS