# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JUN 20 2008

## DOCKET FEE PAYMENT NOTIFICATION FORM

FILED_____
DOCKETED_____
DATE      INITIAL

I. **SHORT CASE TITLE:** Ralph Nader, et al., vs. Dwayne D. Yoshina

   **U.S. COURT OF APPEALS DOCKET NUMBER:** 08-16444

   **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

   **U.S. DISTRICT COURT DOCKET NUMBER:** Civil 04-00611ACK-LEK

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 25 2008

II **DATE NOTICE OF APPEAL FILED:** May, 30, 2008

at ___ o'clock and ___ min ___ M.
SUE BEITIA, CLERK

III **U.S. COURT OF APPEALS PAYMENT STATUS:**

   **DOCKET FEE PAID ON:** 05/30/08      **AMOUNT:** $455.00

   **NOT PAID YET:**                      **BILLED:**

   **U.S. GOVERNMENT APPEAL:**            **FEE WAIVED:**

   **WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?**

   **IF YES, SHOW DATE:**      **& ATTACH COPY OF ORDER/CJA**

   **WAS F.P. STATUS REVOKED:**      **DATE:**

   **WAS F.P. STATUS LIMITED IN SOME FASHION?**

   **IF YES, EXPLAIN:**

IV **COMPANION CASES, IF ANY:**

V **COMPLETED IN THE U.S. DISTRICT COURT BY:**

   Laila M. Geronimo

_____

AMENDED NOTIFICATION _____ PAID _____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)